AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

DR. ANTHONY W. CZARNIK

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:    05 - 400 -

ILLUMINA, INC.

TO: (Name and address of Defendant)

ILLUMINA, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Martin S. Lessner (#3109)
Adam W. Poff (#3990)
YOUNG CONAWAY
   STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                 JUN 1 5 2005

CLERK                                        DATE

*Evette Watson* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/15/05 |
| NAME OF SERVER (PRINT) ANTHONY SIANNI | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED ILLUMINA, INC by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO AT 1209 ORANGE ST, WILM DE 19801 AT 3:40 PM PERSON ACCEPTING SERVICE= BRIAN PENROD

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/15/05
             Date

Signature of Server

PARCELS INC
4 E 7TH St
Address of Server
WILM DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.