# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DR. ANTHONY W. CZARNIK, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | Civil Action No. 05-400 (JJF) |
| ILLUMINA, INC., | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Illumina, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is hereby extended to and including August 4, 2005.

_/s/ Martin S. Lessner_
Martin S. Lessner #3109
Adam W. Poff #3990
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mlessner@ycst.com
apoff@ycst.com
*Attorneys for Plaintiff*
*Dr. Anthony W. Czarnik*

_/s/ Mary B. Matterer_
Richard K. Herrmann #405
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
*Attorneys for Defendant*
*Illumina, Inc.*

**SO ORDERED** this ____ day of _____, 2005.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge