IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-400-JJF |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Martin M. Zoltick and Lisa N. Phillips to represent the plaintiff in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Martin S. Lessner (No. 3109)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Dated: July 20, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Martin M. Zoltick and Lisa N. Phillips, is GRANTED.

Date: _____, 2005

_____
United States District Judge

WP3:1126604.1                                                                                          64338.1001

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, New Jersey and Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Martin M. Zoltick
Rothwell, Figg, Ernst & Manbeck, PC
Suite 800
1425 K Street, N.W.
Washington, DC 20005
Phone: 202-783-6040
Facsimile: 202-783-6031
E-mail: mzoltick@rfem.com

DATED: July 13, 2005

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Pennsylvania and the District of Columbia, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, PC
Suite 800
1425 K Street, N.W.
Washington, DC 20005
Phone: 202-783-6040
Facsimile: 202-783-6031
E-mail: mzoltick@rfem.com

DATED: July 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>PO Box 2306
>Wilmington, DE 19899-2306

I further certify that on July 20, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>PO Box 2306
>Wilmington, DE 19899-2306

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com

Attorneys for Dr. Anthony W. Czarnik