# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-400-JJF |
| ) | |
| ILLUMINA, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT ILLUMINA, INC.'S MOTION TO DISMISS

Defendant Illumina, Inc. moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Illumina relies on the accompanying Memorandum in support of this motion.

Dated: August 4, 2005

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann #405
　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer #2696
　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS &
　　　　　　　　　　　　　　　　　　　　　　　WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　Mark A. Pals, P.C.
　　　　　　　　　　　　　　　　　　　　　　　Marcus E. Sernel
　　　　　　　　　　　　　　　　　　　　　　　Stephen T. Webb
　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　200 East Randolph Drive
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　(312) 861-2000

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Illumina, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DR. ANTHONY W. CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-400-JJF |
| ) | |
| ILLUMINA, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court having considered Defendant Illumina, Inc.'s Motion to Dismiss and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, I electronically filed the foregoing document, **DEFENDANT ILLUMINA, INC.'S MOTION TO DISMISS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 4th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

Martin M. Zoltick, Esq.
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC  20005
mzoltick@rfem.com
lphillips@rfem.com

Dated: August 4, 2005            */s/ Mary B. Matterer*
                                 Richard K. Herrmann #405
                                 Mary B. Matterer #2696
                                 MORRIS JAMES HITCHENS &
                                 WILLIAMS LLP
                                 222 Delaware Avenue, 10th Floor
                                 Wilmington, DE  19801
                                 (302) 888-6800
                                 mmatterer@morrisjames.com

                                 *Counsel for Illumina, Inc.*