## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-400-JJF |
| | ) |
| ILLUMINA, INC. | ) |
| | ) |
| Defendant. | ) |

_____)

### DEFENDANT ILLUMINA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant Illumina, Inc. certifies that Illumina has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: August 4, 2005

    _/s/ Mary B. Matterer_____
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
Stephen T. Webb
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

***Counsel for Illumina, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, I electronically filed the foregoing document, **DEFENDANT ILLUMINA, INC.'S RULE 7.1 DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the 4th day of August, 2005, the foregoing document was served via email on the following non-registered participants:

Martin M. Zoltick, Esq.
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
mzoltick@rfem.com
lphillips@rfem.com

Dated: August 4, 2005                    ___/s/ Mary B. Matterer_____
                                         Richard K. Herrmann #405
                                         Mary B. Matterer #2696
                                         MORRIS JAMES HITCHENS &
                                         WILLIAMS LLP
                                         222 Delaware Avenue, 10th Floor
                                         Wilmington, DE 19801
                                         (302) 888-6800
                                         mmatterer@morrisjames.com

                                         *Counsel for Illumina, Inc.*