# EXHIBIT A

0037

# INVENTION DISCLOSURE FORM

This form is provided to permit evaluation of the patent potential of company inventions, and to facilitate preparation of patent applications when warranted. Please fill in each space as completely as possible, and use additional sheets when necessary.

1. Name: Chanfeng Zhao, Steven M. Barnard, Anthony Czarnik

2. Date: 04/30/1999

3. State the Title of the Invention: An optical encoding method encapsulates encoding molecules (quantum dots or fluorescence dyes) into porous silica beads.

4. Describe the invention: Use additional sheets if necessary. Attach descriptive materials such as drawings, sketches, photographs, etc. which may help illustrate the invention. Delineate new and important features. Make sure to include both the preferred embodiments as presently identified, and alternative constructions, procedures or equivalent components which can accomplish the same result as the preferred embodiment.

   A new invention is described that provides a facile technique for optically encoding microspheres. The new technology encapsulates optical molecules, fluorophores or chromophores, into more stable porous materials. The optical molecules are encapsulated into the pores of the solid phase by soaking the porous material in a solution of dye and monomer, and/or crosslinking agent, and then rinsing free any dye and monomer on the surface of the porous material. The residue material left in the pores is then polymerized, creating a nondiffusable barrier or in some cases actually covalently immobilizing the dye within the pore. Since the encoding molecules are encapsulated into polymer, they will not come in direct contact with organic solutions, and they will also be less likely to leach out during synthesis or assay. Moreover, since the encoding molecules are physically trapped inside the polymer immobilized in the solid phase's pores, the dyes are spatially separated from any dyes on the particle's surface abrogating the chance of fluorescence energy transfer or resonance electron transfer and it reduces the possibility of physical interaction, i..e aggregation.

5. State the primary purpose of the invention, including the need satisfied or problem solved by the invention:

   The purpose of this invention is to create a facile method of optically encoding microparticles that does not depend on covalent immobilization to the particle surface. The number of available dyes that are available for covalent immobilization is limited, restricting the possible number of codes that can be generated. A method that does not depend on the dye having reactive or derivatizable groups would greatly increase the number of dyes that could be

ILL 04297

potentially used for encoding purposes. In addition, other optically encoding moieties could be encapsulated into the pores, such as, quantum dots, colloidal metals or nanometer size particles. A significant benefit is that the outside surface area of the bead remains free for immobilization of assay components or sites for synthesis.

6. Please list what you feel is the prior art: please include references, articles, talks, abstracts, patents, etc. which are relevant to either the state of the prior art or to the invention. Please include dates and provide copies whenever possible:

Related to Illumina's patents applications.

7. Are there any publications, abstracts, submitted manuscripts, talks, etc. on this work (either already done or in the works)? Please provide details and dates:

The technology of encapsulating fluorescence dyes and other molecules into porous silica glasses, sol-gel films, etc. are well studied in the area of solid-phase laser materials and other optical applications. However, to the best of my knowledge, there is no reported reference, article, talk and patent relevant to:
1. Encapsulate quantum dots into porous materials;
2. Encapsulate quantum dots into porous silica beads as encoding purpose;
3. Encapsulate fluorescence dyes into porous silica as encoding purpose.
4. Encapsulate nanometer size dyed particles into porous materials.

8. Compare new and important features of the invention with the prior art, explaining why and how the invention is better:

The important features of the new invention are:
1) Increased chemical stability of encoding molecules by avoiding direct contacting with organic synthesis reagents and/or assay solutions.
2) Improved signal consistency-no leaking of encoding species during synthesis and assay processes.
3) Improved photostability.
4) Flexibility in adapting other materials to optical encoding methods, e.g., quantum dots, nanometer size particle, oligomers....

9. Please list known competitors or alternate technologies that solve the same problem:
An alternative technology uses different concentrations of fluorescence molecules as codes. The method of attachment to the particles is by physically absorbing the fluorescent molecules into the polymer particle. This method has been published in Walt et. al, Anal. Chem. 1998, 70, 1232-1248. The major disadvantages of this system are:
1) Small number of codes produced

ILL 04298

2) Resolution of the analytical wavelengths is poor
3) Large variation in dye concentration in a given coded population
4) Intensity based codes will be dependent on and sensitive to local environmental changes causing irreproducibility in the code.
5) Only swellable particles can be used.

One company that is selling dye encoded beads is Luminex, Austin Texas.

10. Are there commercial products you envision? Please describe:
   The possible commercial applications are:
   1) Coded beads for self-assembled arrays
   2) Coded beads for diagnostics assays not restricted to array formats
   3) Coded beads for cell biology application, i.e. labeling of organelles
   4) Coded beads for other analytical techniques, i.e., Laser based flow cytometry, capillary electrophoresis, mass spectrometry, spectroscopy (UV/VIS, IR, Near IR, FTIR, )
   5) Coded beads for calibration studies of instruments and as reference standards
   6) Arrays filled with coded beads
   7) Arrays filled with coded beads for medical, diagnostics, agricultural or research applications.

11. What is the immediate research plan or steps to be taken:

   Design proof of principal experiments and acquire preliminary data.

12. What are the longer term research plans or steps to be taken:

   To be determined.

13. Earliest date and place invention was conceived, and substance of conception (identify people and records to support date and place, such as notebook numbers and pages):
   March 4th, 1999. Note book #00016, page 35.

14. Name, title, signature, and address of each person who made an intellectual contribution to the invention described in this disclosure:

   Dr. Chanfeng Zhao
   Scientist
   *Chanfeng Zhao*    5/3/99

ILL 04299

*[signature]* 5/3/99

Dr. Steven M. Barnard
Associate Director, Chemistry


*[signature: AWCzarnik]* 5/3/99

Dr. Anthony Czarnik
Chief Scientific Officer


15.  Name and signature of two witnesses who are not inventors who understand the technical aspects of this invention:


Dr. Todd Dickinson       *[signature]*   5/3/99
Scientist


Steven Auger             *[signature]*   5/3/99
Senior Scientist


ILL 04300