## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> PO Box 2306
> Wilmington, DE 19899-2306

I further certify that on September 23, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

> Richard K. Herrmann, Esquire
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> PO Box 2306
> Wilmington, DE 19899-2306

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Martin S. Lessner (No. 3109)
*mlessner@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Attorneys for Dr. Anthony W. Czarnik