# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-400-JJF |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT ILLUMINA, INC.'S MOTION TO DISMISS
## CZARNIK'S AMENDED COMPLAINT

Defendant Illumina, Inc. moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. Illumina relies on the accompanying Memorandum in support of this motion.

Dated: October 7, 2005

*/s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

***Counsel for Illumina, Inc.***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-CV-400-JJF |
| | ) |
| ILLUMINA, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court having considered Defendant Illumina, Inc.'s Motion to Dismiss Czarnik's Amended Complaint and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2005 that the motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2005, I electronically filed the foregoing document, **DEFENDANT ILLUMINA, INC.'S MOTION TO DISMISS CZARNIK'S AMENDED COMPLAINT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Additionally, I hereby certify that on the 7th day of October, 2005, the foregoing document was served via email on the following non-registered participants:

Martin M. Zoltick, Esq.
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC  20005
mzoltick@rfem.com
lphillips@rfem.com

Dated: October 7, 2005        */s/ Richard K. Herrmann*
                              Richard K. Herrmann #405
                              Mary B. Matterer #2696
                              MORRIS JAMES HITCHENS &
                              WILLIAMS LLP
                              222 Delaware Avenue, 10th Floor
                              Wilmington, DE  19801
                              (302) 888-6800
                              mmatterer@morrisjames.com

                              ***Counsel for Illumina, Inc.***