# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | THE BRANDYWINE BUILDING | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JANET Z. CHARLTON | | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | ROBERT S. BRADY | P.O. BOX 391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | WILMINGTON, DELAWARE 19899-0391 | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | | CURTIS J. CROWTHER | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | (302) 571-6600 | MARGARET M. DIBIANCA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | (800) 253-2234 (DE ONLY) | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | FAX: (302) 571-1253 | KENNETH J. ENOS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | | IAN S. FREDERICKS | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | JAMES J. GALLAGHER | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | 110 WEST PINE STREET | DANIELLE GIBBS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | P.O. BOX 594 | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | GEORGETOWN, DELAWARE 19947 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | (302) 856-3571 | DAWN M. JONES | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | (800) 255-2234 (DE ONLY) | RICHARD S. JULIE | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | FAX: (302) 856-9338 | KAREN E. KELLER | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | | JENNIFER M. KINKUS | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | WWW.YOUNGCONAWAY.COM | EDWARD J. KOSMOWSKI | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | | JOHN C. KUFFEL | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | | |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | | SPECIAL COUNSEL | OF COUNSEL |
| MELANIE K. SHARP | JOHN T. DORSEY | | JOHN D. MCLAUGHLIN, JR. | STUART B. YOUNG |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | | ELENA C. NORMAN (NY ONLY) | EDWARD B. MAXWELL, 2ND |
| | | | PATRICIA A. WIDDOSS | |

DIRECT DIAL: (302) 571-6642
DIRECT FAX: (302) 576-3326
APOFF@YCST.COM

November 4, 2005

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Czarnik v. Illumina, Inc*
              U.S. Dist. Ct. C.A. No. 05-400-JJF

Dear Judge Farnan:

      On behalf of plaintiff Dr. Anthony W. Czarnik, I write to respectfully request the opportunity to present oral argument on defendant Illumina, Inc.'s second motion to dismiss (D.I. 14).

Respectfully,

Adam W. Poff (#3990)

AWP
cc:    Clerk of the Court
        Mary Matterer, Esquire

DB01:1601841.1