```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE

DR. ANTHONY CZARNIK,          :
                              :
          Plaintiff,           :
                              :
     v.                       :    Civil Action No. 05-400-JJF
                              :
ILLUMINA, INC.,               :
                              :
          Defendant.           :
```

## ORDER

At Wilmington, the _13_ day of July 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Illumina, Inc.'s Motion To Dismiss Czarnik's Amended Complaint (D.I. 14) is **GRANTED IN PART AND DENIED IN PART**.

_[signature]_
UNITED STATES DISTRICT JUDGE