## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| _____ ) | |
| DR. ANTHONY W. CZARNIK, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-400 JFF** |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

## NOTICE OF SERVICE

Please take notice that on the 22nd day of March, 2007, copies of the following documents, **DEFENDANT ILLUMINA'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF DR. CZARNIK and DEFENDANT ILLUMINA'S FIRST SET OF INTERROGATORIES TO PLAINTIFF DR. CZARNIK,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

Dated:  March 22, 2007                    /s/ Mary B. Matterer
                                          Richard K. Herrmann #405
                                          Mary B. Matterer #2696
                                          MORRIS JAMES LLP
                                          500 Delaware Avenue, Suite 1500
                                          Wilmington, DE 19801
                                          (302) 888-6800
                                          mmatterer@morrisjames.com

                                          Mark A. Pals, P.C.
                                          Marcus E. Sernel
                                          KIRKLAND & ELLIS LLP
                                          200 East Randolph Drive
                                          Chicago, IL 60601
                                          (312) 861-2000

                                          *Counsel for Illumina, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Additionally, I hereby certify that on the same date, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

_/s/ Mary B. Matterer_
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

**_Counsel for Illumina, Inc._**