# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ADAM W. POFF
DIRECT DIAL: (302) 571-6642
DIRECT FAX: (302) 576-3326
apoff@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 23, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  *Czarnik v. Illumina, Inc.*
U.S. Dist. Ct. C.A. No. 05-400-JJF

Dear Judge Farnan:

Enclosed please find the parties' proposed Rule 16 Scheduling Order. The parties have reached agreement as to all proposed dates.

Respectfully,

Adam W. Poff (No. 3990)

AWP
cc:  Clerk of the Court
     Mary Matterer, Esquire