IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLUMINA, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05-CV-400-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 5, 2007, copies of Plaintiff Dr. Anthony W. Czarnik's First Set of Requests for Production of Documents and Things to Defendant Illumina, Inc. (Nos. 1-30) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, I hereby certify that on April 5, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

2

**BY CM/ECF & HAND DELIVERY**

Richard K. Herrmann Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Adam W. Poff*
        Martin S. Lessner  (No. 3109)
        *mlessner@ycst.com*
        Adam W. Poff (No. 3990)
        *apoff@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        (302) 571-6600

        *Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: April 5, 2007