IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLUMINA, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-400-JJF |

## NOTICE OF SUBPOENAS

**PLEASE TAKE NOTICE** of the attached subpoenas directed to: 1) Morgan, Lewis & Bockius, LLP, 2) Knobbe, Martens, Olson & Bear, LLP, 3) Dorsey & Whitney, LLP, and 4) McDermott, Will & Emory, LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Martin S. Lessner (No. 3109)
*mlessner@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: April 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>PO Box 2306
>Wilmington, DE 19899-2306

I further certify that on April 25, 2007, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

**BY HAND DELIVERY**

>Richard K. Herrmann, Esquire
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>PO Box 2306
>Wilmington, DE 19899-2306

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Martin S. Lessner (No. 3109)
>*mlessner@ycst.com*
>Adam W. Poff (No. 3990)
>*apoff@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6600
>
>Attorneys for Dr. Anthony W. Czarnik