IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLUMINA, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-400-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 25, 2007, copies of (1) Plaintiff Dr. Anthony W. Czarnik's First Set of Interrogatories to Defendant Illumina, Inc. (Nos. 1-18) and (2) this Notice of Service were served upon the following counsel of record in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, I hereby certify that on April 25, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Richard K. Herrmann Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ *Adam W. Poff*
       Martin S. Lessner (No. 3109)
       *mlessner@ycst.com*
       Adam W. Poff (No. 3990)
       *apoff@ycst.com*
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       (302) 571-6600

       *Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: April 25, 2007