**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DR. ANTHONY W. CZARNIK,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ILLUMINA, INC.,  )<br>  )<br>    Defendant.  )<br>  )<br>  ) | Civil Action No. 05-400 JFF |

## NOTICE OF SERVICE

Please take notice that on the 27th day of April, 2007, copies of the following document, **DEFENDANT ILLUMINA'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1),** were served on counsel as indicated:

| **VIA EMAIL AND HAND DELIVERY** | **VIA EMAIL AND FEDEX** |
|---|---|
| Martin S. Lessner, Esq. | Martin M. Zoltick, Esq. |
| Adam W. Poff, Esq. | Lisa N. Phillips, Esq. |
| Young Conaway Stargatt & Taylor, LLP | Rothwell, Figg, Ernst & Manbeck, P.C. |
| The Brandywine Building | 1425 K Street, N.W., Suite 800 |
| 1000 West Street, 17th Floor | Washington, DC  20005 |
| Wilmington, DE  19801 | 202.783.6040 |
| mlessner@ycst.com | mzoltick@rfem.com |
| apoff@ycst.com | lphillips@rfem.com |

Dated: April 27, 2007            */s/ Mary B. Matterer*
                                      Richard K. Herrmann #405
                                      Mary B. Matterer #2696
                                      MORRIS JAMES LLP
                                      500 Delaware Avenue, Suite 1500
                                      Wilmington, DE 19801
                                      (302) 888-6800
                                      mmatterer@morrisjames.com

                                      Mark A. Pals, P.C.
                                      Marcus E. Sernel
                                      KIRKLAND & ELLIS LLP
                                      200 East Randolph Drive
                                      Chicago, IL 60601
                                      (312) 861-2000

                                      ***Counsel for Illumina, Inc.***