IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DR. ANTHONY W. CZARNIK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLUMINA, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-400-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 27, 2007, copies of Plaintiff Dr. Anthony W. Czarnik's Second Set of Requests for Production of Documents and Things to Defendant Illumina, Inc. (Nos. 31-73) were served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, I hereby certify that on April 27, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

Richard K. Herrmann Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        Martin S. Lessner (No. 3109)
        *mlessner@ycst.com*
        Adam W. Poff (No. 3990)
        *apoff@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        *Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: April 27, 2007