IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK,<br><br>    Plaintiff,<br><br>v.<br><br>ILLUMINA, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:05-CV-400-JJF<br>)<br>)<br>)<br>)<br>) |

**STIPULATED PROTECTIVE ORDER**

**DECLARATION OF COMPLIANCE**

    I, the undersigned, hereby acknowledge that I have read the Stipulated Protective Order entered in this action, understand the terms thereof, agree to be bound by such terms, and agree to be subject to the jurisdiction of said Court in all matters relating to said Stipulated Protective Order. I acknowledge that I will treat all information designated as "Confidential" and/or "Highly Confidential" strictly in accordance with the terms and conditions of this Stipulated Protective Order, and that I understand that any unauthorized use of such material that I receive may constitute contempt of court.

Date:_____

_____
Signature

Address:_____

_____
Print Name

15