# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-400 JJF |
| ILLUMINA, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that on the 7th day of May, 2007, copies of the following document, **ILLUMINA'S OBJECTIONS AND RESPONSES TO DR. CZARNIK'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC  20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

| | |
|---|---|
| Dated: May 7, 2007 | */s/ Mary B. Matterer* |
| | Richard K. Herrmann #405 |
| | Mary B. Matterer #2696 |
| | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | (302) 888-6800 |
| | mmatterer@morrisjames.com |
| | |
| | Mark A. Pals, P.C. |
| | Marcus E. Sernel |
| | KIRKLAND & ELLIS LLP |
| | 200 East Randolph Drive |
| | Chicago, IL 60601 |
| | (312) 861-2000 |
| | |
| | ***Counsel for Illumina, Inc.*** |