IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., )<br>)<br>    Defendant. )<br>)<br>) | Civil Action No. 05-400 JJF |

## NOTICE OF SERVICE

Please take notice that on the 29th day of May, 2007, copies of the following document,

**ILLUMINA'S RESPONSES TO DR. CZARNIK'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 31-73)**, were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

Dated: May 29, 2007

    */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

***Counsel for Illumina, Inc.***