IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK,         ) <br> ) <br> Plaintiff,         ) <br> ) <br> v.         ) <br> ) <br> ILLUMINA, INC.         ) <br> ) <br> Defendant.         ) <br> ) | Civil Action No. 1:05-CV-400-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2007, a true and correct copy of Plaintiff Dr. Anthony W. Czarnik's Third Set of Requests for Production of Documents and Things to Defendant Illumina, Inc. (Nos. 74-123) was served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, I hereby certify that on May 30, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

Richard K. Herrmann Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306


YOUNG CONAWAY STARGATT & TAYLOR, LLP


  /s/ *Adam W. Poff*
Martin S. Lessner (No. 3109)
*mlessner@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600


*Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: May 30, 2007