IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLUMINA, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-400 JJF |

## NOTICE OF SERVICE

Please take notice that on the 30th day of May, 2007, copies of the following documents, **ILLUMINA'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF DR. CZARNIK; ILLUMINA'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF DR. CZARNIK; and ILLUMINA'S SECOND SET OF INTERROGATORIES TO PLAINTIFF DR. CZARNIK**, were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

2

Dated:  May 30, 2007         */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

***Counsel for Illumina, Inc.***