IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DR. ANTHONY W. CZARNIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-400-JJF |
| | ) | |
| ILLUMINA, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 29, 2007, a true and correct copy of (1) Responses of Plaintiff Dr. Anthony W. Czarnik to Defendant Illumina's Second Set of Requests for Production of Documents and Things, (2) Responses of Plaintiff Dr. Anthony W. Czarnik to Defendant Illumina's Second Set of Interrogatories, (3) Responses of Plaintiff Dr. Anthony W. Czarnik to Defendant Illumina's First Set of Requests for Admission, and (4) this Notice of Service, was served upon the following counsel of record in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Additionally, I hereby certify that on June 29, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, E-MAIL & HAND DELIVERY**

Richard K. Herrmann Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

        YOUNG CONAWAY STARGATT & TAYLOR, LLP


            /s/ *Adam W. Poff*
        Martin S. Lessner  (No. 3109)
        *mlessner@ycst.com*
        Adam W. Poff (No. 3990)
        *apoff@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        (302) 571-6600


        *Attorneys for Plaintiff Dr. Anthony W. Czarnik*

Dated: June 29, 2007