**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DR. ANTHONY W. CZARNIK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-400 JJF** |
| ) | |
| **ILLUMINA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF SERVICE**

Please take notice that on the 29th day of June, 2007, copies of the following document,

**ILLUMINA'S RESPONSES TO DR. CZARNIK'S THIRD SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS (NOS. 74-123),** were served on counsel

as indicated:

**VIA EMAIL AND HAND DELIVERY**
Martin S. Lessner, Esq.
Adam W. Poff, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
mlessner@ycst.com
apoff@ycst.com

**VIA EMAIL AND FEDEX**
Martin M. Zoltick, Esq.
Lisa N. Phillips, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC  20005
202.783.6040
mzoltick@rfem.com
lphillips@rfem.com

Dated:  June 29, 2007

    */s/ Mary B. Matterer*

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

**Counsel for Illumina, Inc.**