**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DR. ANTHONY CZARNIK, )
)
Plaintiff, )
) C.A. No. 05-400 (JJF)
v. )
)
ILLUMINA, INC., )
)
Defendant. )

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF TRIAL COUNSEL**

PLEASE TAKE NOTICE that, with the consent and approval of Plaintiff Dr. Anthony Czarnik, Merchant & Gould and Anthony F. Pantoni, Esquire, hereby enter their appearance in this case as co-lead trial counsel for Plaintiff, replacing Rothwell, Figg, Ernst & Manbeck, P.C. whose appearance is hereby withdrawn; and Potter Anderson & Corroon LLP hereby enters its appearance as local counsel for Plaintiff, replacing Young Conaway Stargatt & Taylor, LLP, whose appearance is hereby also withdrawn.

OF COUNSEL:

Anthony R. Zeuli
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-5208

Anthony F. Pantoni
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA 92101
Tel: (619) 235-4400

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Appearing Attorneys for Plaintiff Dr. Anthony Czarnik*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

OF COUNSEL:

Martin M. Zoltick
Lisa N. Phillips
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, DC 20005
Tel: (202) 783-6040

Dated: July 27, 2007

By: */s/ Adam W. Poff*
Martin S. Lessner (#3109)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 571-6600
mlessner@ycst.com
apoff@ycst.com

*Withdrawing Attorneys for Plaintiff*
*Dr. Anthony Czarnik*

808533 / 32040

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 27, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 27, 2007, I have Electronically Mailed the document to the following person(s):

Richard K. Herrmann
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
919 N. Market Street, Suite 1100
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
Stephen T. Webb
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
swebb@kirkland.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040