# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-400 (JJF) |
| ) | |
| v. ) | |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anthony R. Zeuli of Merchant & Gould P.C., 3200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 and Anthony F. Pantoni of Anthony F. Pantoni, Esquire, 501 West Broadway, Suite 1370, San Diego, CA 92101, to represent Plaintiff, Dr. Anthony Czarnik, in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  July 27, 2007
808559 / 32040

*Attorneys for Plaintiff Dr. Anthony Czarnik*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 27, 2007         Signed:  /s/ Anthony R. Zeuli
                                     Anthony R. Zeuli
                                     MERCHANT & GOULD P.C.
                                     3200 IDS Center
                                     80 South Eighth Street
                                     Minneapolis, MN   55402
                                     (612) 332-5208
                                     tzeuli@merchant-gould.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 27, 2007          Signed:  */s/ Anthony F. Pantoni*
                                                  Anthony F. Pantoni
                                                  ANTHONY F. PANTONI, ESQUIRE
                                                  501 West Broadway, Suite 1370
                                                  San Diego, CA 92101
                                                  (619) 235-4400
                                                  apantoni@pantonilaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 27, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 27, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com | Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>mpals@kirkland.com<br>msernel@kirkland.com<br>swebb@kirkland.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040