IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., )<br>)<br>Defendant. ) | C.A. No. 05-400 (JJF) |

**STIPULATION TO AMEND SCHEDULING ORDER**

WHEREAS, the deadline to amend the pleadings in this matter is July 27, 2007, per the March 28, 2007 Scheduling Order (D.I. 28);

WHEREAS, new counsel for Plaintiff entered their appearance in this matter on July 27, 2007 (D.I. 46);

WHEREAS, Plaintiff's new counsel intend to move to amend the First Amended Complaint (D.I. 13) and file a Second Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendant continue to meet and confer on the proposed amended pleading;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to amend the pleadings shall be extended from July 27, 2007 to July 31, 2007.

The remaining dates in the Scheduling Order remain unchanged.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ Richard L. Horwitz | By: /s/ *[For]* Richard K. Herrmann *With the consent of opposing counsel Marcus E. Sernel* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Richard K. Herrmann<br>Mary B. Matterer<br>222 Delaware Avenue, 10th Floor<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL: | OF COUNSEL: |
| Anthony R. Zeuli<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-5208 | Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Tel: (312) 861-2000 |
| Anthony F. Pantoni<br>ANTHONY F. PANTONI, ESQUIRE<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101<br>Tel: (619) 235-4400 | *Attorneys for Defendant Illumina, Inc.* |
| *Attorneys for Plaintiff Dr. Anthony Czarnik* | |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

809554 / 32044