**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DR. ANTHONY CZARNIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-400 (JJF) |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

Plaintiff may file the Second Amended Complaint attached hereto as Exhibit 1 and that the

Second Amended Complaint shall be deemed filed and served as of the date the Court enters this

Stipulation and Order.

POTTER ANDERSON & CORROON LLP          MORRIS JAMES LLP


By: */s/ David E. Moore*                        By: */s/ Richard K. Herrmann*
    Richard L. Horwitz (#2246)                    Richard K. Herrmann (#405)
    David E. Moore (#3983)                         Mary B. Matterer (#2696)
    Hercules Plaza, 6th Floor                      500 Delaware Avenue, Suite 1500
    1313 N. Market Street                          Wilmington, DE 19801
    Wilmington, DE 19899                           Tel: (302) 888-6800
    Tel: (302) 984-6000                            rherrmann@morrisjames.com
    rhorwitz@potteranderson.com                    mmatterer@morrisjames.com
    dmoore@potteranderson.com

                                     *Attorneys for Defendant*
*Attorneys for Plaintiff*                       *Illumina, Inc.*
*Dr. Anthony Czarnik*


IT IS SO ORDERED this _____ day of _____, 2007.


                                          _____
                                          United States District Judge

809958 / 32044