IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-400 (JJF) ) ) |
| ILLUMINA, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION TO AMEND SCHEDULING ORDER**

WHEREAS, the deadline to amend the pleadings in this matter is July 27, 2007, per the March 28, 2007 Scheduling Order (D.I. 28);

WHEREAS, new counsel for Plaintiff entered their appearance in this matter on July 27, 2007 (D.I. 46);

WHEREAS, Plaintiff's new counsel intend to move to amend the First Amended Complaint (D.I. 13) and file a Second Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendant continue to meet and confer on the proposed amended pleading;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline to amend the pleadings shall be extended from July 27, 2007 to July 31, 2007.

The remaining dates in the Scheduling Order remain unchanged.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ *signature* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By: /s/ *signature* (For) <br> Richard K. Herrmann <br> Mary B. Matterer <br> 222 Delaware Avenue, 10th Floor <br> 919 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 <br> Tel: (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com |

*With the consent of opposing counsel Marcus E. Sernel*

OF COUNSEL:

Anthony R. Zeuli
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-5208

Anthony F. Pantoni
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA 92101
Tel: (619) 235-4400

*Attorneys for Plaintiff
Dr. Anthony Czarnik*

OF COUNSEL:

Mark A. Pals, P.C.
Marcus E. Sernel
Stephen T. Webb
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-2000

*Attorneys for Defendant
Illumina, Inc.*

IT IS SO ORDERED this 30 day of July, 2007.

/s/ *signature*
United States District Judge

809554 / 32044

2