IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK,         )<br>                              )<br>     Plaintiff,              )<br>                              )    C.A. No. 05-400 (JJF)<br>  v.                          )<br>                              )<br>ILLUMINA, INC.,               )<br>                              )<br>     Defendant.              )| |

### STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the March 28, 2007 Scheduling Order (D.I. 28) shall be amended as follows:

Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the subject of the expert's report by October 30, 2007, and from the opposing party by November 30, 2007.

Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report or by December 15, 2007, whichever is later, unless otherwise agreed in writing by the parties or ordered by the Court.

The remaining dates in the Scheduling Order remain unchanged.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: */s/ Richard K. Herrmann*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL:<br><br>Anthony R. Zeuli<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-5208<br><br>Anthony F. Pantoni<br>ANTHONY F. PANTONI, ESQUIRE<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101<br>Tel: (619) 235-4400<br><br>*Attorneys for Plaintiff*<br>*Dr. Anthony Czarnik* | OF COUNSEL:<br><br>Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Tel: (312) 861-2000<br><br>*Attorneys for Defendant*<br>*Illumina, Inc.* |

IT IS SO ORDERED this 29 day of August, 2007.

_____
United States District Judge

814963 / 32040