IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-400 (JJF) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Delaware Local Rules 30.1 through 30.6, Plaintiff, Dr. Anthony Czarnik, will take the deposition by oral examination of Todd Dickinson at the Law Office of Anthony F. Pantoni, 501 West Broadway, Suite 1370, San Diego, CA 92101, commencing at 9:00 A.M. on October 17, 2007, or at such other time and place as agreed to by the parties. The deposition will be taken by stenographic and videographic means before a notary public or other officer duly authorized to administer oaths and will continue day to day until completed. You are invited to attend and cross-examine.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Anthony R. Zeuli<br>Rachel Zimmerman<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Tel:  (612) 371-5208 | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Anthony F. Pantoni<br>ANTHONY F. PANTONI, ESQUIRE<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101<br>Tel:  (619) 235-4400 | *Attorneys for Plaintiff*<br>*Dr. Anthony Czarnik* |

Dated:  October 1, 2007
822374 / 32040

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 1, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 1, 2007, I have Electronically Mailed the document to the following person(s):

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
Stephen T. Webb
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
swebb@kirkland.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040