**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DR. ANTHONY W. CZARNIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-400 JJF |

**NOTICE OF ILLUMINA, INC.'S MOTION TO DISQUALIFY
<u>MERCHANT & GOULD P.C.</u>**

PLEASE TAKE NOTICE that Defendant Illumina, Inc. requests that its Motion to Disqualify Merchant & Gould P.C. be heard on November 9, 2007. This motion was originally filed on October 5, 2007 at D.I. #59 but is being re-filed today in accordance with Judge Farnan's Non-Case Dispositive Motion Procedures.

Dated: October 12, 2007

                                                 */s/ Richard K. Herrmann*
                                                 Richard K. Herrmann #405
                                                 Mary B. Matterer #2696
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801
                                                 (302) 888-6800
                                                 rherrmann@morrisjames.com

                                                 Marcus E. Sernel
                                                 KIRKLAND & ELLIS LLP
                                                 200 East Randolph Drive
                                                 Chicago, IL 60601
                                                 (312) 861-2000

                                                 *Counsel for Illumina, Inc.*