

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-400 (JJF) |
| v. ) | |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, discovery is ongoing in this case pursuant the March 28, 2007 Scheduling Order (D.I. 28), as amended on August 29, 2007 (D.I. 56), with a deadline for initial expert reports on October 30, 2007.

WHEREAS, the Plaintiff has noticed depositions so as to be completed before the deadline of October 30, 2007.

WHEREAS, the Defendant has filed a motion to disqualify Plaintiff's counsel, Merchant & Gould, dated October 5, 2007.

WHEREAS, the Defendant has indicated that it will seek an emergency order of protection if Plaintiff's counsel Merchant & Gould appears at the above depositions or attempts to take other depositions until the motion is decided.

WHEREAS, the parties do not wish to burden the Court with emergency motions, but also desire to complete all discovery necessary to their respective cases.

WHEREAS, the parties ask that the Court hold the current amended Scheduling Order in abeyance until the Court rules on the pending motion.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the March 28, 2007 Scheduling Order (D.I. 28), as amended on August 29, 2007 (D.I. 56), shall be held in abeyance until the Court rules on the pending motion, and will provide the Court a proposed second Amended Scheduling Order within 10 business days following the Order.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ Richard K. Herrmann<br>Richard K. Herrmann<br>Mary B. Matterer<br>222 Delaware Avenue, 10th Floor<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL:<br><br>Anthony R. Zeuli<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-5208<br><br>Anthony F. Pantoni<br>ANTHONY F. PANTONI, ESQUIRE<br>501 West Broadway, Suite 1370<br>San Diego, CA 92101<br>Tel: (619) 235-4400<br><br>*Attorneys for Plaintiff*<br>*Dr. Anthony Czarnik* | OF COUNSEL:<br><br>Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Tel: (312) 861-2000<br><br>*Attorneys for Defendant*<br>*Illumina, Inc.* |

IT IS SO ORDERED this 17 day of October, 2007.

_____
United States District Judge

809554 / 32044

2