IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DR. ANTHONY CZARNIK, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-400 (JJF) |
| | ) | |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF CHRISTOPHER RAIMUND IN OPPOSITION TO
ILLUMINA'S MOTION TO DISQUALIFY MERCHANT & GOULD P.C.**

OF COUNSEL:

Anthony R. Zeuli
Rachel Zimmerman
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-5208

Anthony F. Pantoni
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA 92101
Tel: (619) 235-4400

Dated: October 26, 2007
Public Version Dated: November 2, 2007

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff
Dr. Anthony Czarnik*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-400 (JJF) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF CHRISTOPHER RAIMUND IN OPPOSITION TO ILLUMINA'S MOTION TO DISQUALIFY MERCHANT & GOULD P.C.

[redacted]

Date: October 26, 2007               s/Christopher Raimund
                                     Christopher Raimund

Public Version Dated: November 2, 2007
827929 / 32040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 2, 2007, I have Electronically Mailed the document to the following person(s):

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Mark A. Pals, P.C.
Marcus E. Sernel
Stephen T. Webb
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
swebb@kirkland.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040