IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-400 (JJF) |
| v. | ) |
| | ) **PUBLIC VERSION** |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF ANTHONY R. ZEULI IN SUPPORT OF CZARNIK'S MEMORANDUM OF LAW IN OPPOSITION TO ILLUMINA'S MOTION TO DISQUALIFY MERCHANT & GOULD P.C.

I, Anthony R. Zeuli, declare as follows:

1. I am an attorney with Merchant & Gould, P.C. and represent Dr. Czarnik in the above referenced matter. I make this declaration on my own information, knowledge and belief.

2. Illumina's counsel raised the issue of Merchant & Gould's prior representation of Illumina on July 30, 2007, during a phone call with me. We also discussed Merchant & Gould's request to file a Second Amended Complaint on Czarnik's behalf.

3. I have received and reviewed thousands of documents produced by Illumina in this case that were marked Highly Confidential.

4. Illumina proposed that the parties agree to binding arbitration and dismiss this action.

5. Illumina's counsel suggested to me in a phone call that it may not bring a motion to disqualify if Czarnik would agree to binding arbitration.

6. Illumina's counsel discussed with me that discovery would be part of the arbitration, but on a more limited scale as to the number of depositions.

7. Attached hereto as Exhibit A is a true and correct copy ████████████████
████████████████

8. Attached hereto as Exhibit B is a true and correct copy ███████████████████████████████████████████

9. Attached hereto as Exhibit C is a true and correct copy of a letter dated September 27, 2007 from Anthony Zeuli to Marcus Sernel.

10. Attached hereto as Exhibit D is a true and correct copy of a letter dated September 19, 2007 from Anthony Zeuli to Marcus Sernel.

11. Attached hereto as Exhibit E is a true and correct copy of *Vela v. City of Houston*, No. H-97-3471, 2004 U.S. Dist. LEXIS 14965 (S.D. Tex. 2004).

12. Attached hereto as Exhibit F is a true and correct copy of a letter dated October 5, 2007 from Marcus Sernel to Anthony Zeuli.

13. Attached hereto as Exhibit G is a true and correct copy of the patent application 10/264,574 filed with the Patent Office on October 4, 2002. It was obtained from the U.S.P.T.O.'s public website, as were all the documents attached hereto pertaining to the 10/264,574 application.

14. Attached hereto as Exhibit H is a true and correct copy of the specification filed with the Patent Office on October 4, 2002 for application 10/264,574.

15. Attached hereto as Exhibit I is a true and correct copy of the Declaration for Patent Application filed with the Patent Office on October 4, 2002 for application 10/264,574.

16. Attached hereto as Exhibit J is a true and correct copy of *Civco Med. Instruments v. Protek Med. Prods., Inc.*, No. 4:03-cv-40722, 2004 U.S. Dist. LEXIS 10840 (S.D. Iowa June 4, 2004).

17. Attached hereto as Exhibit K is a true and correct copy of an Information Disclosure Statement filed with the Patent Office on April 8, 2004 for application 10/264,574.

18. Attached hereto as Exhibit L is a true and correct copy of the Examiner's Search Strategy And Results for application 10/264,574 dated September 15, 2005.

19. Attached hereto as Exhibit M is a true and correct copy of the non-final rejection for application 10/264,574 dated September 23, 2005.

20. Attached hereto as Exhibit N is a true and correct copy of the Preliminary Amendment and Suggestion of Interference (including Annex A-D) filed with the Patent Office on September 26, 2005 for application 10/264,574.

21. Attached hereto as Exhibit O is a true and correct copy of the Response (including Annex A-B) filed with the Patent Office on November 23, 2005 for application 10/264,574.

22. Attached hereto as Exhibit P is a true and correct copy of the Request for Withdrawal of Merchant & Gould filed with the Patent Office on June 9, 2006 for application 10/264,574.

23. Attached hereto as Exhibit Q is a true and correct copy of the Request To Correct Inventorship filed with the Patent Office on December 7, 2006 for application 10/264,574.

24. Attached hereto as Exhibit R is a true and correct copy of the Declaration of Interference dated February 27, 2007 for application 10/264,574.

25. Attached hereto as Exhibit S is a true and correct copy of *Unisys Corp. v. Amperif Corp.*, No. 92-1966, 1992 U.S. Dist. LEXIS 12557 (E.D. Pa. Aug. 20, 1992).

I state under penalty of perjury that the foregoing is true and correct.

Date: October 26, 2007                              s/Anthony R. Zeuli
Public Version Dated:  November 6, 2007             Anthony R. Zeuli

829879 / 32040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 6, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 6, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com | Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>mpals@kirkland.com<br>msernel@kirkland.com<br>swebb@kirkland.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040