# EXHIBIT N

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **PRELIMINARY AMENDMENT** | ATTORNEY DOCKET NO. **70051.0002USC1** | |
| | U.S. APPLICATION SERIAL NO. **10/264,574** | CONFIRMATION NO **4126** |
| | FILING DATE **October 4, 2002** | |
| INVENTOR(S) **Kevin Gunderson, et al.** | EXAMINER **Robert Thomas CROW** | GROUP ART UNIT **1634** |
| TITLE OF APPLICATION **Detection of nucleic acid reactions on bead arrays** | | |

## PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Prior to examination on the merits, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims that begins on page 2 of this paper.

**Remarks** begin on page 4 of this paper.

**Amendments to the Claims:**

This listing of claims will replace all prior versions and listings of claims in the application.

**Listing of Claims:**

Claims 1-22 Canceled.

23.  (New) A method for detecting a target sequence comprising a first and second target domain in a sample, said method comprising:  a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; d) amplifying said cleaved probe to form a plurality of amplicons; and e) detecting said amplicons to detect the presence of said target sequence in said sample.


24. (New) A method for amplifying a target sequence comprising a first and second target domain in a sample, said method comprising:  a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said

2

closed circular probe at said cleavage site to form a cleaved probe; and d) amplifying said cleaved probe.

25. (New) A method of detecting the presence of a target nucleic acid sequence in a sample, comprising: contacting said sample with a probe which contains sequence complementary to the target nucleic acid at each terminus of the probe, hybridizing said probe with any of said target nucleic acid sequence in said sample to form a hybridization complex, ligating said hybridization complex to form a modified hybridization complex which serves as a rolling circle amplification template, cleaving said rolling circle template to produce a target nucleic acid sequence product, adding polymerase to said target nucleic acid sequence product to provide amplified target nucleic acid, and detecting said amplified target nucleic acid sequence.

3

**Remarks:**

Applicants have amended the claims herein to present new Claims 23 - 25. Claims

23 and 24 are copied identically from Claims 1 and 37 of U.S. Patent 6,858,412, Willis et

al. A copy of that patent is submitted herewith. Claim 25 is directed to patentably

indistinct subject matter, and contains separate elements corresponding to each of the

elements of Claims 23 and 24, but finds *ipssissimus verbis* support in the above-captioned

patent application and parent patent application (the above-captioned application is a

continuation of the earlier case, filed in April, 2000, but because of a change in fonts, the

pagination is different. The content is the same.)

This preliminary amendment is submitted in order to provoke an Interference with

U.S. Patent 6,858,412. The written descriptive and enabling support for these claims is

discussed at length in the Suggestion of Interference submitted herewith pursuant to 37

CFR 41.202, and the Claim charts submitted in support thereof. Accordingly, they are not

further discussed herein.

Claims 23 and 24 have been found patentable to Willis et al. They are accordingly

necessarily patentable to Applicants, given the presence of support, and an earlier

effective filing date. Accordingly, a Notice of Allowability, and Declaration of

Interference, is respectfully requested.

Upon the filing of these papers, undersigned counsel will contact the Examiner

for an opportunity to meet with him and an appropriate Interference specialist to further

review this matter. Should any questions arise, however, prior to that time, you are

invited to contact undersigned counsel at (202) 326-0333. (A revocation and appointment

of attorney in favor of undersigned counsel is submitted herewith. Counsel's local address

is provided for purposes of contact information.)

Respectfully submitted,

MERCHANT & GOULD P.C.

September 26, 2005
Date

Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005

Steven B. Kelber
Registration No. 30,073
Attorney of Record

**23552**
Patent & Trademark Office

5

*(FN) 1634*

**SEP 2 6 2005**

# TRANSMITTAL FORM

(to be used on all correspondence after initial filing)

| | |
|---|---|
| ATTORNEY DOCKET NO. | **70051.0002USC1** |

| U.S. APPLICATION SERIAL NO. | CONFIRMATION NO. |
|---|---|
| **10/264,574** | **4126** |

| FILING DATE |
|---|
| **October 4, 2002** |

| INVENTOR(S) | EXAMINER | GROUP ART UNIT |
|---|---|---|
| **Kevin Gunderson, et al.** | **Robert Thomas CROW** | **1634** |

| TITLE OF APPLICATION |
|---|
| Detection of nucleic acid reactions on bead arrays |

| ADDRESS TO: | Commissioner for Patents<br>P.O. BOX 1450<br>ALEXANDRIA, VA  22313-1450 |
|---|---|

### ENCLOSURES

- ☒ **Transmittal Form (In Duplicate)**
- ☒ **Revocation and New Appointment of Power of Attorney and Change of Correspondence Address**
- ☒ **Preliminary Amendment**
- ☒ **Statement Under 37 CFR 3.73(b) (1 page, executed)**
- ☒ **Suggestion of Interference, 37 CFR 41.202**
- ☒ **U.S. Patent 6,858,412 (copy)**
- ☒ **Annex A -Support for Preliminary Amendment in Involved Case; Annex B -Support for Preliminary Amendment in Parent Case; Annex C -File History 60/242,901, filed 10/24/00; Annex D -Claim Comparison Chart**
- ☒ **Return Postcard**

☒ Please charge Deposit Account No. 13-2725 in the amount of $0.00 to cover any required fees.  In the event any variance exists between this amount and the Patent Office charges for filing the above-noted documents, including any fees required under 35 CFR 1.136 for any necessary extension of time to make the filing of the attached documents timely, please charge or credit the difference to Deposit Account No. 13-2725.  Further, if these papers are not considered timely filed, then a request is hereby made under 37 CFR 1.136 for the necessary extension of time.  A duplicate copy of this sheet is enclosed.

### CORRESPONDENCE ADDRESS

☒ The address associated with Customer Number: **23552**     *OR* ☐ the correspondence address below.

| | |
|---|---|
| *Name* | |
| *Address* | |
| *City* | *State*          *Zip Code* |

| NAME | Steven B. Kelber | | REGISTRATION NO. | 30,073 | |
|---|---|---|---|---|---|
| SIGNATURE | | DATE | 9/26/05 | TELEPHONE | 202 326-0300 |
| NAME | | | REGISTRATION NO. | | |

SEP 2 6 2005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| SUGGESTION OF INTERFERENCE, 37 CFR 41.202 | ATTORNEY DOCKET NO. 70051.0002USC1 | |
|---|---|---|
| | U.S. APPLICATION SERIAL NO. 10/264,574 | CONFIRMATION NO 4126 |
| | FILING DATE October 4, 2002 | |
| INVENTOR(S) Kevin Gunderson, et al | EXAMINER Robert Thomas CROW | GROUP ART UNIT 1634 |
| TITLE OF APPLICATION Detection of nucleic acid reactions on bead arrays | | |

## SUGGESTION OF INTERFERENCE, 37 CFR 41.202

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Applicants suggest herewith an interference be declared between the above-captioned patent application and U.S. Patent 6,858,412, Willis et al. The requirements of 37 CFR 41.202 are addressed, below:

1. Applicants request an interference be declared between the above-captioned patent application and U.S. Patent 6,858,412, issued Feb. 22, 2005.

2. Applicants' Claims 23 - 25 interfere with Claims 1 - 47 of U.S. Patent 6,858,412. As a Count, Applicants propose Claim 1 or Claim 37 of U.S. Patent 6,858,412 (or Claim 23 or Claim 24 of the above-captioned patent application). (Claim 1 of U.S. Patent 6,858,412 is identical to Applicant's Claim 23 and Claim 37 of U.S. Patent 6,858,412 is identical to Claim 24 of the above-captioned patent application.)

Claims 1 and 37 of U.S. Patent 6,858,412 correspond identically to the proposed Count. Claims 2 - 19 depend directly from Claim 1 and recite features that are shown by the prosecution history of U.S. Patent 6,858,412 to be obvious over Claim 1. Claim 20 of

U.S. Patent 6,858,412 presents limitations identical to Claim 1, but further recites the presence of a barcode sequence in the probe employed. This feature was shown to be obvious in the prosecution of U.S. Patent 6,858,412. Claims 21 - 25 present features similar to some of those of 2 - 19, and were shown to be obvious given Claim 21 during prosecution. Claims 26 - 33 present claims identical to those presented in Claims 21 - 25, and others, but are directed to the detection of a plurality of target sequences, rather than the single sequence of Claims 1 - 25. The detection of multiple sequences using the same process steps would have been obvious given the detection of one target sequence, as recited in the proposed Count.  Claims 34 - 36 merely extend the method of Claims 1 - 33 to identification of a base in a target sequence, which would be obvious, given the method of detecting the target sequence which is recited in Claims 1 - 36 identically. Claim 37 corresponds identically to the proposed Count.  Claims 38 - 47 of U.S. Patent 6,858,412 present the limitations of Claim 37 together with obvious features recited in Claims 2 - 19, noted, as above, to be shown to be obvious during prosecution of U.S. Patent 6,858,412 given Claim 37.

Reliance may be had, for example, on the Office Action of December 20, 2002, Paper No. 11, in the prosecution of U.S. Patent 6,858,412. At items 6 and 7, pp. 8 - 10, all original claims that do not teach cleaving a closed circular probe were rejected as anticipated (Claims 40, 41 and 43 as anticipated by U.S. Patent 5,854,033 and Claims 40 - 43 as anticipated by U.S. Patent 6,221,603). Each of the features of the claims discussed above are shown to be notorious in the art and disclosed in these two references.

The examiner made it clear what the basis was for finding certain original Willis et al claims clear of the prior art:

2

The closest prior art references, Lizardi (U.S. Patent No. 5,854,033) and Mahtani (U.S. Patent No. 6,221,603), do not teach cleaving the closed circular probe before an amplification step.

As Applicants' Claims 23 - 25 each recite cleaving the closed circular probe before amplification, those claims of U. S. Patent 6,858,412 that are not identical to Claims 23 and 24 are obvious thereover.

Willis et al confirmed the sole feature of the claims of U.S. Patent 6,858,412 distinguishing over the prior art was the cleavage recitation. Willis et al amended the claims rejected over prior art to recite cleaving the circular probe (amendment of April 21, 2003, Paper No. 12, page 36, amending independent claim 4). Willis et al relied solely on the recitation of the cleaving of the probe to distinguish over the prior art. Same amendment, page 55. Given the recitation of cleavage in Applicants' claims 23, 24 and 25, the claims of Willis et al are rendered obvious by the proposed Count, and correspond thereto.

Applicants' Claims 23 and 24 correspond identically to the proposed Count. Claim 25 recites the exact same step in language selected to be more nearly parallel to that appearing in Applicant's specification.

A claim is defined as corresponding to a Count wherever the Count, if taken as prior art to that claim, would render the claim obvious. Claims 1 and 37, the proposed count, render Claims 1 - 47 of U.S. Patent 6,858,412 and Claims 23 - 25 of the above-captioned patent application obvious, and accordingly, all claims correspond to the proposed Count.

3. Applicants present a claim chart comparing Claim 1 of U.S. Patent 6,858,412

3

with Claim 23 of the above-captioned patent application and Claim 37 of U.S. Patent 6,858,412 with Claim 24 of the above-captioned patent application. (Annex D). Applicants note, however, that their Claim 23 is word-for-word identical with Claim 1 of U.S. Patent 6,858,412 and their Claim 24 is word-for-word identical with Claim 37 of U.S. Patent 6,858,412. Claims interfere whenever the claim of party A, taken as prior art to the claim of Party B, would render that claim obvious, AND when the claim of Party B, taken as prior art to the claim of Party A, would render that claim obvious. Since a claim necessarily renders the identical claim obvious (and anticipated) Claim 23 of the above-captioned patent application interferes with Claim 1 of U.S. Patent 6,858,412 and Claim 24 of the above-captioned patent application interferes with Claim 37 of U.S. Patent 6,858,412.

4. Applicants will prevail on priority. Applicants' involved application is a continuation application of 09/553,993, filed April 20, 2000. Claim charts showing support for Applicants' claims 23 - 25 are submitted herewith, identifying support for each recitation of each claim in both the involved application filed April 14, 2005 (Annex A) and parent application 09/553,993. (Annex B) As the disclosures of the involved and parent applications are identical, there can be no question that Applicants' are entitled to a date of invention no later than April 20, 2005. (The font was changed in the filing of October 4, 2002, but the text remains identical. Accordingly, the charts of Annex A and B differ only with respect to the page where the same supporting language is found).

In contrast, Applicants note that the earliest possible effective filing date of U.S. Patent 6,858,412 is October 24, 2000, the filing date of provisional application 60/242,901. In fact, Applicants note that the dramatic difference in disclosure between

4

the provisional application (submitted herewith as Annex C) and U.S. Patent 6,858,412 makes it clear that the earliest possible filing date for the claims of U.S. Patent 6,858,412 is October 24, 2001, but note that need not be resolved. Applicants would be entitled to senior party status by at least 6 months, no matter what accordation of benefit is made.

In fact, Applicants are entitled to even earlier effective filing dates, back to at least March of 2000, but will seek benefit of such cases by Motion on declaration of the requested interference.

5. Applicants have amended this application by adding Claims 23 - 25. A claim chart showing the support for each claim in the involved application and parent application 09/553,993 is submitted herewith. (Annex A and B).

Respectfully submitted,

MERCHANT & GOULD P.C.

September 26, 2005
Date

Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
Telephone No. (202) 326-0300
Facsimile No.  (202) 326-0778

Steven B. Kelber
Registration No. 30,073
Attorney of Record

**23552**
Patent & Trademark Office

# ANNEX A

| Claims of Preliminary Amendment | Disclosure in USSN 10/264,574 filed 10/4/2002 |
|---|---|
| 23. A method for detecting a target sequence | Abstract, p. 171 (*The invention finds use in the detection and quantification of a nucleic acid target*) |
| comprising a first and second target domain in a sample, said method comprising: | P. 47, ll. 23 - 26). (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain*). |
| a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, | P. 47, ll. 28- 29. (*Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex*). |
| said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; | P. 47, ll. 22 - 25. (*A single oligonucleotide is used for both OLA and as the circular template for RCA (referred to herein as a "padlock probe" or "RCA probe"). That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...*). |
| iii) at least a first universal priming site; and | P. 49, l. 6. (*The padlock probe also contains a priming site for priming the RCA reaction*). |
| iv) a cleavage site; | P. 48, ll. 22 - 23. (*In a preferred embodiment the padlock probe contains a restriction site. The restriction endonuclease site allows for cleavage...*) |
| wherein said first and second targeting domains hybridize to said first and second target domains; | P. 47, ll. 25 - 27. (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the* |

|  | RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain...). P. 47, ll. 28 - 29. (Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex). |
| b) contacting said first hybridization complex with a ligase to form a closed circular probe; | P. 48, ll. 1 - 3. (Ligation of the "primers" (which are the discrete ends of a single oligonucleotide) results in the formation of a modified hybridization complex containing a circular probe i.e. an RCA template complex.) |
| c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; | P. 48 ll. 25 - 27. (Thus, following RCA, the product nucleic acid is contacted with the appropriate restriction endonuclease. This results in cleavage of the product nucleic acid into smaller fragments.) |
| d) amplifying said cleaved probe to form a plurality of amplicons; and | P. 104, ll. 21 - 23. (In a preferred embodiment, OLA and PCR are combined. As will be appreciated by those in the art, the sequential order of the reaction is variable. That is, in some embodiments, it is desired to perform the genotyping or OLA reaction first followed by PCR amplification.) P. 33, ll. 26 - p. 27, l.1. (Suitable amplification methods include both target amplification and signal amplification and include, but are not limited to, polymerase chain reaction (PCR), ligation chain reaction (sometimes referred to as an oligonucleotide ligase amplification |

*OLA), cycling probe technology (CPT), strand displacement assay (SDA), transcription mediated amplification (TMA), nucleic acid sequence based amplification (NASBA), rolling circle based amplification (RCA), and invasive cleavage technology.)*

e) detecting said amplicons to detect the presence of said target sequence in said sample.

P. 50, ll. 22 - 25. (*Again, these copies are subsequently detected by one of two methods; either hybridizing a labeled oligo complementary to the circular target or via the incorporation of labeled nucleotides in the amplification reaction. The label is detected using conventional label detection methods as described herein...*P. 40, l. 26 (*Many sequences can be analyzed directly from genomic DNA*) Page 27, ll. 24 - 25. (*Detection proceeds via detection of the label as an indication of the presence, absence or amount of the target sequence...*).

Claim 24.  A method for amplifying a target sequence comprising a first and second target domain in a sample, said method comprising:

Abstract, p. 171. (*The invention finds use in the detection and quantification of a nucleic acid target using a variety of amplification techniques...* P. 47, ll. 23 - 26. (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain*).

a) hybridizing said target sequence to a precircle probe to form a first hybridization complex,

as above, Claim 23

said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains;

as above, Claim 23

b) contacting said first hybridization complex with a ligase to form a closed circular probe;

as above, Claim 23

c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; and

as above, Claim 23

d) amplifying said cleaved probe.

as above, Claim 23

| | |
|---|---|
| 25.  A method of detecting the presence of a target nucleic acid sequence in a sample, comprising: | Abstract, p. 171. (*The invention finds use in the detection and quantification of a nucleic acid target using a variety of amplification techniques.*) |
| contacting said sample with a probe which contains sequence complementary to the target nucleic acid at each terminus of the probe, | P. 47, ll. 22 - 25. (*In an preferred embodiment, a single oligonucleotide is used for both OLA and as the circular template for RCA (referred to herein as a "padlock probe" or a "RCA probe"). That is each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid and functions as an OLA primer as described above.*) |
| hybridizing said probe with any of said target nucleic acid sequence in said sample to form a hybridization complex, | P. 47, ll. 28 - 29 (*Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex...*). |
| ligating said hybridization complex to form a modified hybridization complex which serves as a rolling circle amplification template, | P. 48, ll. 1 - 3 (*Ligation of the "primers" (which are at the discrete ends of a single oligonucleotide) results in the formation of a modified hybridization complex containing a circular probe i. e. an RCA template complex.*) |
| cleaving said rolling circle template to produce a target nucleic acid sequence product, | P. 48, ll. 25 - 27. (*Thus, following RCA, the product nucleic acid is contacted with the appropriate restriction endonuclease. This results in cleavage of the product nucleic acid ...*). |
| adding polymerase to said target nucleic acid sequence product to provide amplified target nucleic acid, and | P. 48, ll. 4 -5. (*Addition of a polymerase to the RCA template complex results in the formation of an amplified product nucleic acid.*) |
| detecting said amplified target nucleic acid sequence. | P. 48, ll. 5 - 6. (*Following RCA, the amplified product nucleic acid is detected.*) |

# ANNEX B

| Claims of Preliminary Amendment | Disclosure in USSN 09/553,993 filed 4/20/2000 |
|---|---|
| 23. A method for detecting a target sequence | Abstract, p. 130 (*The invention finds use in the detection and quantification of a nucleic acid target*) |
| comprising a first and second target domain in a sample, said method comprising: | P. 36, l. 33 -p. 37, l. 2. (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain*). |
| a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, | P. 37, l.3 - 4.(*Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex*). |
| said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; | P. 36, l. 33 -35. (*A single oligonucleotide is used for both OLA and as the circular template for RCA (referred to herein as a "padlock probe" or "RCA probe"). That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...*). |
| iii) at least a first universal priming site; and | P. 37, l. 36. (*The padlock probe also contains a priming site for priming the RCA reaction*). |
| iv) a cleavage site; | P. 37, ll. 21 - 25. (*In a preferred embodiment the padlock probe contains a restriction site. The restriction endonuclease site allows for cleavage...*) |
| wherein said first and second targeting domains hybridize to said first and second target domains; | P. 36, l. 33 -p. 37, l. 2. (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the* |

|  | RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain). P. 37, ll 3 - 4. (Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex). |
|---|---|
| b) contacting said first hybridization complex with a ligase to form a closed circular probe; | P. 37, ll. 4 - 6. (Ligation of the "primers" (which are the discrete ends of a single oligonucleotide) results in the formation of a modified hybridization complex containing a circular probe i.e. an RCA template complex.) |
| c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; | P. 37, ll. 22 - 25. (Thus, following RCA, the product nucleic acid is contacted with the appropriate restriction endonuclease. This results in cleavage of the product nucleic acid into smaller fragments.) |
| d) amplifying said cleaved probe to form a plurality of amplicons; and | P. 80, ll. 2 - 5. (In a preferred embodiment, OLA and PCR are combined. As will be appreciated by those in the art, the sequential order of the reaction is variable. That is, in some embodiments, it is desired to perform the genotyping or OLA reaction first followed by PCR amplification.) P. 26, ll. 14 - 19. (Suitable amplification methods include both target amplification and signal amplification and include, but are not limited to, polymerase chain reaction (PCR), ligation chain reaction (sometimes referred to as an oligonucleotide ligase amplification OLA), cycling probe technology (CPT), strand displacement |

*assay (SDA), transcription mediated amplification (TMA), nucleic acid sequence based amplification (NASBA), rolling circle based amplification (RCA), and invasive cleavage technology.)*

e) detecting said amplicons to detect the presence of said target sequence in said sample.

P. 39, ll. 6 - 9. *(Again, these copies are subsequently detected by one of two methods; either hybridizing a labeled oligo complementary to the circular target or via the incorporation of labeled nucleotides in the amplification reaction. The label is detected using conventional label detection methods as described herein...P. 40, l. 26 (Many sequences can be analyzed directly from genomic DNA)* Page 27, ll. 24 - 25. *(Detection proceeds via detection of the label as an indication of the presence, absence or amount of the target sequence...).*

Claim 24. A method for amplifying a target sequence comprising a first and second target domain in a sample, said method comprising:

Abstract, p. 130. (*The invention finds use in the detection and quantification of a nucleic acid target using a variety of amplification techniques...* P. 36, l. 33 - p. 37, l. 2. (*That is, each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid...That is, the first end of the RCA probe is substantially complementary to a first target domain and the second end of the RCA probe is substantially complementary to a second target domain*).

a) hybridizing said target sequence to a precircle probe to form a first hybridization complex,

as above, Claim 23

said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains;

as above, Claim 23

b) contacting said first hybridization complex with a ligase to form a closed circular probe;

as above, Claim 23

c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; and

as above, Claim 23

d) amplifying said cleaved probe.

as above, Claim 23

| | |
|---|---|
| 25. A method of detecting the presence of a target nucleic acid sequence in a sample, comprising: | Abstract, p. 130. (*The invention finds use in the detection and quantification of a nucleic acid target using a variety of amplification techniques.*) |
| contacting said sample with a probe which contains sequence complementary to the target nucleic acid at each terminus of the probe, | P. 36, l. 32 - 35. (*In a preferred embodiment, a single oligonucleotide is used for both OLA and as the circular template for RCA (referred to herein as a "padlock probe" or a "RCA probe"). That is each terminus of the oligonucleotide contains sequence complementary to the target nucleic acid and functions as an OLA primer as described above.*) |
| hybridizing said probe with any of said target nucleic acid sequence in said sample to form a hybridization complex, | P. 37, ll. 2 - 3 (*Hybridization of the oligonucleotide to the target nucleic acid results in the formation of a hybridization complex.*). |
| ligating said hybridization complex to form a modified hybridization complex which serves as a rolling circle amplification template, | P. 37, ll. 4 -5 (*Ligation of the "primers" (which are at the discrete ends of a single oligonucleotide) results in the formation of a modified hybridization complex containing a circular probe i. e. an RCA template complex.*) |
| cleaving said rolling circle template to produce a target nucleic acid sequence product, | P. 37, ll. 23 - 25. (*Thus, following RCA, the product nucleic acid is contacted with the appropriate restriction endonuclease. This results in cleavage of the product nucleic acid ...*). |
| adding polymerase to said target nucleic acid sequence product to provide amplified target nucleic acid, and | P. 37, ll. 7 - 8. (*Addition of a polymerase to the RCA template complex results in the formation of an amplified product nucleic acid.*) |
| detecting said amplified target nucleic acid sequence. | P. 37, ll. 8 - 9. (*Following RCA, the amplified product nucleic acid is detected.*) |

# ANNEX C

BEST AVAILABLE COPY

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

## INVENTOR(S)

| Given Name (First and Middle, if any) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Thomas D. | Willis | 156B Langton St, San Francisco, CA 94103 |
| Paul | Hardenbol | 152 Pasa Robles, Los Altos, CA 94022 |
| Maneesh | Jain | 1118 Laurel Street #1, Menlo Park, CA 94025 |
| Viktor | Stolc | 884 Marshall Drive, Palo Alto, CA 94303 |
| Mostafa | Ronaghi | 3189 Alma Street, Palo Alto, CA 94306 |
| Ronald W. | Davis | 433 Kingsley Avenue, Palo Alto, CA 94305 |

[ ] Additional inventors are being named on the ___ separately numbered sheets attached hereto.

### Title of the Invention

*Direct Multiplex Characterization of Genomic DNA*

### CORRESPONDENCE ADDRESS

Direct all correspondence to:  Patent Group           Tel: (617) 832-1000
                               Foley, Hoag & Eliot LLP  Fax: (617) 832-7000
                               One Post Office Square
                               Boston, MA 02109

### ENCLOSED APPLICATION PARTS *(check all that apply)*

[X] _93_ Pages of Specification        [ ] Small Entity Statement
[X] _15_ Pages of Claims               [ ] Other _____
[X] _21_ Sheets of Drawings
[X] _1_ Sheets of Abstract

### METHOD OF PAYMENT OF FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

[X] A check or money order is enclosed to cover the filing fees.
[ ] The Commissioner is hereby authorized to charge filing fees
    or credit any overpayment to Deposit Account Number: _06-1448._

FILING FEE AMOUNT

$150.00

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[ ] No        [X] Yes. _NIH Grant #HG00205_
                      Name of Government Agency and Government Contract Number

Certificate of Express Mailing          Express Mail Label No. _EL699588802US_

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, postage prepaid, in an envelope addressed to: BOX PROVISIONAL PATENT APPLICATION, Assistant Commissioner for Patents, Washington, DC 20231, on the date indicated below:    By: _____

_October 24, 2000_                                              Robert King
Date of Signature and Mail Deposit

Respectfully submitted,

Dated: _October 24, 2000_

Isabelle M. Clauss, Ph.D.
Reg. No. P-47,326
Attorney for Applicants

Attorney Docket No. _SUV-007.60_

SUV-007.60

# DIRECT MULTIPLEX CHARACTERIZATION OF GENOMIC DNA

## Government Interests

5          This invention was made with government support under HG00205 awarded by the National Institutes of Health. The government has certain rights in the invention.

## Background of the Invention

10          Human diseases arise from a complex interaction of DNA polymorphisms or mutations and environmental factors. Single nucleotide polymorphisms (SNPs) have recently been identified as potentially powerful means for genetic typing, and are predicted to supersede microsatellite repeat analysis as the standard for genetic association, linkage, and mapping studies.

15          The major goal in human genetics is to ascertain the relationship between DNA sequence variation and phenotypic variation. For these studies, molecular polymorphisms are indispensable for conventional meiotic mapping, fine-structure mapping and haplotype analysis. However, with the contemplated sequencing of a reference human genome and identification of all human genes, studies of complex genetic disorders are expected to be more efficient if one were to systematically search all human genes for functional variants by association and linkage 20          disequilibrium studies. This requires the development of technology and methods for the systematic discovery of genetic variation in human DNA, primarily the single nucleotide polymorphisms (SNPs) which are the most abundant.

          Several different types of polymorphism have been reported. A restriction fragment length polymorphism (RFLP) means a variation in DNA sequence that alters the length of a 25          restriction fragment as described in Botstein et al., Am. J. Hum. Genet. 32, 314-331 (1980). The restriction fragment length polymorphism may create or delete a restriction site, thus changing the length of the restriction fragment. RFLPs have been widely used in human and animal genetic analyses (see WO 90/13668; WO90/11369; Donis-Keller, Cell 51, 319-337 (1987); Lander et al., Genetics 121, 85-99 (1989)). When a heritable trait can be linked to a particular 30          RFLP, the presence of the RFLP in an individual can be used to predict the likelihood that the animal will also exhibit the trait.

Other polymorphisms take the form of short tandem repeats (STRs) that include tandem di-, tri- and tetra-nucleotide repeated motifs. These tandem repeats are also referred to as variable number tandem repeat (VNTR) polymorphisms. VNTRs have been used in identity and paternity analysis (U.S. Pat. No. 5,075,217; Armour et al., FEBS Lett. 307, 113-115 (1992); Horn et al., WO 91/14003; Jeffreys, EP 370,719), and in a large number of genetic mapping studies.

Other polymorphisms take the form of single nucleotide variations between individuals of the same species. Such polymorphisms are far more frequent than RFLPs, STRs and VNTRs. Some single nucleotide polymorphisms occur in protein-coding sequences, in which case, one of the polymorphic forms may give rise to the expression of a defective or other variant protein. Other single nucleotide polymorphisms occur in noncoding regions. Some of these polymorphisms may also result in defective or variant protein expression (e.g., as a result of defective splicing). Other single nucleotide polymorphisms have no phenotypic effects. Single nucleotide polymorphisms occur with greater frequency and are spaced more uniformly throughout the genome than other forms of polymorphism. The greater frequency and uniformity of single nucleotide polymorphisms means that there is a greater probability that such a polymorphism will be found in close proximity to a genetic locus of interest than would be the case for other polymorphisms. The presence of SNPs may be indicative of, for example, a certain population, a disease state, or a propensity for a disease state.

Generally, polymorphisms are associated with the susceptibility to develop a certain disease or condition. The presence of mutations in a genome is even more likely to correlate with the likelihood to develop a certain type or "trait." Thus, it is highly desirable to dispose of methods that allow quick and cheap genotyping of subjects. Early identification of alleles that are linked to an increased likelihood of developing a condition would allow early intervention and prevention of the development of the disease.

Pharmacogenomics is the study of the relationship between an individual's genotype and that individual's response to a foreign compound or drug. Differences in metabolism of therapeutics can lead to severe toxicity or therapeutic failure by altering the relation between dose and blood concentration of the pharmacologically active drug. Thus, a physician or clinician may consider applying knowledge obtained in relevant pharmacogenomics studies in determining the type of drug and dosage and/or therapeutic regimen of treatment.

Pharmacogenomics deals with clinically significant hereditary variations in the response to drugs due to altered drug disposition and abnormal action in affected persons. See, for example, Eichelbaum, M. et al. (1996) Clin. Exp. Pharmacol. Physiol. 23(10-11):983-985 and Linder, M. W. et al. (1997) Clin. Chem. 43(2):254-266. In general, two types of

pharmacogenetic conditions can be differentiated. Genetic conditions transmitted as a single factor altering the way drugs act on the body (altered drug action) or genetic conditions transmitted as single factors altering the way the body acts on drugs (altered drug metabolism). These pharmacogenetic conditions can occur either as rare genetic defects or as naturally-occurring polymorphisms. For example, glucose-6-phosphate dehydrogenase deficiency (G6PD) is a common inherited enzymopathy in which the main clinical complication is haemolysis after ingestion of oxidant drugs (anti-malarials, sulfonamides, analgesics, nitrofarans) and consumption of fava beans. Thus, it would be highly desirable to dispose of fast and cheap methods for determining a subject's genotype so as to predict the best treatment.

Thus, there is a considerable demand for high throughput, very low cost nucleotide sequence (e.g., SNPs) identification in regions of known sequence in order to identify alleles of polymorphic genes, e.g., SNPs. There are currently many methods available to screen polymorphisms, e.g., SNPs. A typical genotyping strategy involves three basic steps. The first step consists of amplifying the target DNA, which is necessary since a human genome contains $3 \times 10^9$ base pairs of DNA and most assays lack both the sensitivity and the selectivity to accurately detect a small number of bases, in particular a single base, from a mixture this complex. As a result, most strategies currently used rely on first amplifying a region of several hundred bases including the polymorphic region to be screened using PCR. This reaction requires 2 unique primers for each amplified region ("amplicon"). Once the complexity has been reduced, the second step in the currently used methods consists of differentially labeling the alleles so as to be able to identify the genotype. This step involves attaching some identifiable marker (e.g. fluorescent label, mass tag, etc.) in a manner which is specific to the base being assayed. The third step in currently used methods consists of detecting the allele to determine the individuals genotypes. Detection mechanisms include fluorescent signals, the polarization of a fluorescent signal, mass spectrometry to identify mass tags, etc.

None of the methods currently used are particularly well suited to very high throughput at low cost. One of the principal shortcomings of the available methods are their reliance on the Polymerase Chain Reaction (PCR) in order to generate relatively simple DNA template for polymorphism analysis (i.e., genotyping). This reaction is not easily multiplexed which implies that each assay for identifying a particular polymorphism requires a separate reaction. This makes any high throughput assay cumbersome and expensive as millions of reactions will have to be performed in order to screen the requisite number of polymorphism. Thus, there is a need for a method that allows thousands of polymorphic regions, e.g., SNPs to be analyzed and quantified in a single reaction vessel, greatly increasing the throughput and decreasing the cost of analysis.

## Summary of the Invention

The invention provides methods and compositions for characterizing a nucleic acid sample, e.g., determining the identity of one or more consecutive and/or non-consecutive nucleotides in a sample nucleic acid (the "template nucleic acid"), referred to herein as "genotyping" a sample of nucleic acid The invention also provides methods and compositions for quantifying the amount of a specific nucleotide or sequence, e.g., a mutation or specific allele or RNA sequence in a nucleic acid sample. The invention is particularly well suited for determining the identity of nucleotides in several stretches of at least one nucleotides, e.g., SNPs, in a nucleic acid, since it does not require the use of a different reaction vessel for each nucleotide to identify. In a preferred embodiment, the invention provides methods and compositions for direct multiplexing on genomic DNA.

According to a preferred embodiment of the invention, the method comprises first hybridizing a probe to a template nucleic acid, amplifying the probe using an amplification strategy that is generic for all nucleotides to identify, and detecting the amplification products. At the same time as an allele is differentially labeled, it can be given properties that allow for selective amplification of the allele that is present. This amplification can be accomplished in a manner which is generic to all nucleotides to be identified, thus allowing multiplexing.

In one embodiment, the invention provides a method for identifying one or more consecutive nucleotides in a sample of nucleic acids, comprising (i) hybridizing a probe to nucleic acids in the sample, wherein the probe comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a nucleic acid/probe duplex; (ii) incubating the nucleic acid/probe duplex with one or more dNTPs, a polymerase and a ligase to form a closed circular probe when the dNTPs added are complementary to the nucleotides to identify; (iii) extending primers 1 and/or 2 in the presence of a polymerase, such that the primer(s) extend over the nucleotides to identify in the closed circular probe, to form extension product(s); and (iv) detecting the extension product(s), and thereby determine the identity of the nucleotides to identify.

In another embodiment, the invention provides a method for identifying one or more consecutive nucleotides in a sample of nucleic acids, comprising (i)          hybridizing a probe to a nucleic acid of the sample, wherein the probe comprises a 5' end region that hybridizes to a

region of the nucleic acid that is located immediately 5' of the one or more nucleotides to
identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is
located immediately 3' of the one or more nucleotides to identify ("THR2"); one or more 3' or 5'
most bases that are complementary to the one or more nucleotides to identity; a primer 1
homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a nucleic
acid/probe duplex;

(ii)    incubating the nucleic acid/probe duplex with a ligase to form a closed circular probe
when the 3' most nucleotides of the probe are complementary to the nucleotides to identify;

(iii)    extending primers 1 and/or 2 in the presence of a polymerase, such that the primer(s)
extend over the nucleotides to identify in the closed looped probe, to form extension product(s);
and

(iv)    detecting the extension product(s), and thereby determine the identity of the nucleotides
to identify.

In a preferred embodiment of the invention, step (iii) comprises first extending primer 1
or primer 2, and further comprises amplifying the at least part of the extension product, e.g., by
performing at least one cycle of polymerase chain reaction ("PCR") amplification using primers
1 and 2. Preferably, the number of PCR cycles to perform is sufficient to allow detection of the
amplification products. In certain embodiments, e.g., where one desires quantifying a specific
sequence, it may be desirable to perform several parralel amplification reactions each using a
different number of cycles, such that at least in one set of reactions, the amplification reaction
will be in the exponential phase, and will therefore provide a direct correlation between the level
of amplified product and the number of original sequences. For example, step 3 may comprise
performing 1, 2, 3, 5, 10, 15, 20, 25, 30, 35 or 40 PCR amplification cycles. Alternatively, the
method may comprise performing a single extension reaction, which may be a rolling circle
amplification In yet other embodiments, the method does not include a separate extension step
prior to the amplification step.

In preferred embodiments, the probe further comprises a tag sequence, and optionally one
or more restriction enzyme sites located immediately adjacent to the tag sequence. The tag
sequence is preferably a unique identifier of a probe, such that detection of a specific tag permits
the identification and/or quantification of the sequence of interest. The sequence tag is
preferably located in a region of the probe that will be amplified during the amplification step.
Thus, the sequence is preferably located between THR1 and P1HR or between THR2 and P2HR.
Amplification tags may be identified by their molecular mass, molecular weight, charge, or
nucleotide sequence. Accordingly, the extension or amplification products may, in step (iv) of

the method, include detection by electrophoresis, by mass spectrometry, and/or hybridization. Prior to any of these detection steps, the method can include first separating a portion of the amplified product, such as by restriction enzyme digest.

In one embodiment, the nucleic acid comprising the nucleotide(s) to be identified is genomic DNA, e.g., mammalian genomic DNA. The nucleic acid can also be RNA. The nucleic acid can be that of a mammalian cell, e.g., a human cell, or it can be from a microorganism, such as a bacteria, protozoan or a virus. The one or more nucleotides to identify can be in a polymorphic locus and can be, e.g., a SNP.

In one embodiment, the polymerase of step (iii) is an RNA polymerase and primer 1 or 2 includes a promoter, such that an RNA strand is synthesized. The RNA strand can then be further amplified or it can be detected and identified.

The method of the invention may further by combined with methods for reducing background signals, in particular background amplification signals. In a preferred embodiment in which the extension products are amplified, e.g., by PCR, the probe is rendered inaccessible to amplification prior to the amplification step. This can be achieved, e.g., by labeling primer 1 or primer 2, and the method further comprises separating the labeled extension products from the probe. The label can be, e.g., biotin and the extension products are isolated by contact with a streptavidin coated surface. In another embodiment, the probe contains one or more uracil bases and the original probe is degraded by incubation with uracil-N-glycosylate ("UNG") prior to the amplification step. In yet another embodiment, the method comprises contacting the reagents of the reaction with an agent which degrades nucleotides prior to step (ii).

The method is applicable for characterizing nucleic acids, e.g., for identifying and/or quantifying a single nucleotide in a nucleic acid sample (e.g., a SNP); for identifying two or more consecutive nucleotides in a nucleic acid sample; for identifying two or more non consecutive nucleotides in a nucleic acid sample; as well as for identifying two or more stretches of one or more consecutive nucleotides in a nucleic acid sample. Where two or more stretches of at least one nucleotide are to be identified, the method may comprise hybridizing the nucleic acids of the sample with two or more probes, each of which specifically identifies one of the stretches of one or more consecutive nucleotides. In a preferred embodiment, the probes comprise the same primer 1 and primer 2 homology regions, thereby allowing multiplexing, and allow for combining all probes in one reaction vessel.

In a preferred embodiment, the invention provides a method for identifying one or more consecutive nucleotides in a plurality of sequences of in a sample of nucleic acids, comprising (i) hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes

comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the sequence of one or more nucleotides to identify ("THR2"); one or more 3' or 5' most

5.    nucleotides that are complementary to the sequence of one or more nucleotides to identify; a primer 1 homology region ("P1HR") which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and of its 3' or 5' most nucleotides and which is located between THR1 and P1HR or between THR2 and P2HR, to form a plurality of nucleic acid/probe duplexes; (ii)

10    incubating the plurality of nucleic acid/probe duplexes with a ligase to form a plurality of closed circular probes when the 3' or 5' most nucleotides are complementary to the nucleotides to identify and thereby allow the 5' and 3' ends of the probes to abut; (iii) adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to obtain extension

15    products; (iv) subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and (v) detecting the amplification products by virtue of their tags, to thereby identify the one or more consecutive nucleotides of the plurality of sequences in the sample of nucleic acids.

        In another preferred embodiment, the method is identical to the method described in the

20    previous paragraph, except that the probes do not comprise 3' or 5' most nucleotides, and step (ii) of the method further comprises including a polymerase and one or more nucleotides, such that in the presence of the correct nucleotides, the gap between the 5' and 3' ends of the probe is filled, thereby allowing the probe to be circularized upon ligation.

        In a preferred embodiment, the method futher comprises rendering the probes and/or

25    template nucleic acids inaccessible to amplification between steps (iii) and (iv), either by degradation of the probes and/or nucleic acids or by separation of the extension products from the probes and/or nucleic acids.

        In an even more preferred embodiment, the invention provides a method for determining the identity of one or a plurality of SNPs in a nucleic acid sample, comprising using probes

30    comprising a 3' or 5' most nucleotide that is complementary to a candidate nucleotide of the SNP and a tag sequence that is an identifier of the probe and of the 3' or 5' most nucleotide, and the method comprises determining the identity of the SNPs by detection of the tags, wherein the presence of a tag in the amplified products indicates the presence of a particular nucleotide at the specific SNP that was identified by the tag. SNPs can also be detected in a method that uses

35    probes that do not have a 3' or 5' most nucleotide, but which contain a tag sequence that is an

identifier of the probe, and the method comprises determining the identity of the SNPs by detection of th tags, wehrein the presence of a tag in the amplified products obtained from a reaction in which a particular nucleotide was added, e.g., dCTP, indicates that the SNP identified by the tag is the complementary nucleotide to that which was added to the reaction, i.e., dGTP.

5      The method is also applicable for lowering the complexity of a nucleic acid mixture, e.g., a genomic DNA sample. In an illustrative embodiment, the method includes contacting one or more probes of the invention with the mixture of nucleic acid, extend primer 1 or 2, preferably amplifying the nucleic acid with primers 1 and 2, such as by PCR, to thereby obtain a less complex mixture of nucleic acid.

10     Also within the scope of the invention are methods for determining the structure of one or a plurality of stretches of consecutive nucleotides, such as methods for determining the approximate length or molecular weight of stretches of nucleotides or methods for determining at least part of the nucleotide sequence of the stretches. Accordingly, in one embodiment, the method is a method for multiplex sequencing. Generally, the invention includes using the same

15     type of probes which lack 3' or 5' most nucleotides as those described in the previous embodiments, and all four dNTPs are included during the ligation step, such as to fill the gap between the 5' and 3' ends of the probe. Where a plurality of stretches are to be characterized, the homology regions to primers 1 and 2 of the probes are the same, such that during the amplification step, the same primers can be used for amplifying all the sequences, i.e.,

20     mutliplexing.

       In yet another preferred embodiment, the invention provides methods for quantifying the number of specific sequences, e.g., for determining whether a subject is homozygous or heterozygous for a specific mutation or allele. Quantification can also be applied to RNA, in which case the expression level of certain genes can be determined. The embodiments of the

25     invention which allow quantification are those in which the detection signal will be proportional to the number of sequences originally present in the sample nucleic acid. Such methods thus require controlled amplification. Examples of such methods include direct hybridization of the probes of the invention to the template DNA, e.g., genomic DNA, cicularization of the probes, and controlled PCR, with optionally an extension step prior to PCR amplification. Preferably,

30     several reaction are performed in parrallel with a different number of amplification cycles, such that at least one reaction will be stopped in exponential phase, in which the amount of amplified product is directly proportional to the amount of template sequence. In certain embodiments, a marker nucleic acid may be added as a guide for determining the level of amplified product. The marker may be a known sequence in known proportions that is added prior to the amplification

reaction or at any other step of the reaction. The marker can also be added in the analysis method, e.g., gel electrophoresis.

The methods for characterizing, e.g., genotyping, nucleic acids and those for quantifying sequences can be combined, thereby allowing the simultaneous identification of a sequence and
5    its quantification.

Although the invention is described mostly in the context of using circular probes, it is understood that the use of two probes, which do not form a circular structure upon ligation, but a linear nucleic acid molecule, are also within the scope of the invention. Such probes are further described herein.     The invention provides numerous advantages over existing methods for
10    determining the identity of one ore more consecutive and/or non-consecutive nucleotides, e.g., one or more SNPs. As set forth above, the method allows the use of one set of amplification primers for genotyping any number of non-consecutive nucleotides, thereby eliminating the need to use different set of primers for each nucleotide to be identified, and the need to have one reaction vessel per nucleotide to be identified. The method allows over 10,000 alleles to be
15    detected simultaneously. Accordingly, the claimed method is particularly well suited to very high throughput at low cost. This further simplifies the amplification process in that there is no necessity to design and identify the most appropriate primers for amplifying regions comprising SNPs.

Another advantage is the fact that many more non-consecutive nucleotides can be
20    identified from the same amount of nucleic acid that could previously be used for genotyping a single nucleotide, since numerous non-consecutive nucleotides can be detected simultaneously in one reaction. A typical PCR reaction requires 100 ng of genomic DNA. Traditional methods thus allow one to detect up to 2000 non-consecutive nucleotides with a typical sample from a patient. Using the claimed method, one can detect over 10,000 non-consecutive nucleotides,
25    e.g., SNPs, using only about 5 microliters of blood (a pinprick worth) or from archived blood samples.

Yet a further advantage of the claimed method is provided by its high accuracy (low false positive level). The method uses enzymatic discrimination which is accurate to better than 1 part in 100,000, thus yielding high specificity. In fact, using both the DNA polymerase and the DNA
30    ligase, the method provides a combined specificity over 1 part in 10 billion, thus allowing accurate detection of a single molecule of a human genome. A typical assay according to the method uses 100 ng of genomic DNA containing 30,000 genome copies.

Specific embodiments of the invention provide additional advantages. For example, the use of a circularizing probe including dual homologous regions on the same probe imply a large

20/428241.1 -                                                    9

effective concentration when one end hybridizes to target genomic DNA (4 microM for a 90-mer probe).   In addition, embodiments using a barcode array provide a fast and robust detection assay.

5    **Brief Description of the Drawings**

Fig. 1 is a diagram of a "ligase" type method of the invention on two alleles of a gene, one allele having an A at the SNP position, while the other allele has a T at that position.

Fig. 2 is a diagram of a "ligase/polymerase" type method of the invention on alleles of a gene, one allele having an A at the SNP position, while the other allele has a T at that position.

10    Fig. 3 is a diagram of an embodiment of the invention using an adaptor probe to identify two SNPs, represented as nucleotides X and Y.

Figs. 4A-D are diagrams of probes.

Fig. 5 is a diagram representing a method for determining whether a subject is homozygous or heterozygous in an insertion mutation.

15    Fig. 6 is a photograph of an ethidium bromide stained gel showing PCR amplification products resulting from a "ligase" type reaction described in Example 1.

Fig. 7 is a photograph of an ethidium bromide stained gel showing PCR amplification products resulting from a "ligase/polymerase" type reaction described in Example 2.

Fig. 8 is a photograph of an ethidium bromide stained gel showing PCR amplification products resulting from a "ligase" type reaction with a biotin capture of run-off products, 20    described in Example 3.

Fig. 9 are two photographs of ethidium bromide stained gels showing PCR amplification products resulting form a "ligase" reaction with UNG degradation of original probe, described in Example 4.   The left and right gels contain samples from reactions in which the primer was 25    extended for 2 minutes and 15 minutes, respectively.

Fig. 10 is a photograph of an ethidium bromide stained gel showing the results of a "ligase/polymerase" type reaction with Apyrase degradation of nucleotides and UNG degradation of original probe, described in Example 5.

Fig. 11 is a photograph of an ethidium bromide stained gel showing the results of a 30    multiplexed "ligase/polymerase" type reaction with Apyrase degradation of nucleotides, biotin capture of extension products, and UNG degradation of original probe, described in Example 6.

20/428241.1 -                                   10

Fig. 12 is a photograph of an ethidium bromide stained gel showing the results of a multiplexed "ligase/polymerase" type reaction (same as that showed in Fig. 10) in which the amplification products were degraded by DraI prior to loading onto the electrophoreses gel, as described in Example 6.

Fig. 13 is a photograph of an ethidium bromide stained gel showing the results of a "ligase/polymerase" type reaction performed with a two part probe and with Apyrase degradation of nucleotides, and UNG degradation of original probe, described in Example 7.

Fig. 14 is a photograph of an ethidium bromide stained gel showing the results of a "ligase/polymerase" type reaction performed on S. cerevisiae genomic DNA with Apyrase degradation of nucleotides, and UNG degradation of original probe, described in Example 8.

Fig. 15A is a photograph of an agarose gel showing amplification products.

Fig. 15B is a photograph of a composite image of three of the spots on the hybridization array to which amplification products from a multiplexed "ligase/polymerase" type reaction performed with Apyrase degradation of nucleotides, biotin capture of extension products, and UNG degradation of original probe, were hybridized, as described in Example 9.

Fig. 16 is a photograph of an ethidium bromide stained gel showing the results of a multiplexed "ligase/polymerase" type reaction on S. cerevisiae genomic DNA with Apyrase degradation of nucleotides, and UNG degradation of original probe, described in Example 10.

Fig. 17 is a photograph of an ethidium bromide stained gel showing the results of a "ligase/polymerase" type reaction performed on S. cerevisiae genomic DNA diluted by calf thymus DNA with Apyrase degradation of nucleotides, and UNG degradation of original probe, described in Example 11.

Fig. 18 is a photograph of an ethidium bromide stained gel showing the results of a "ligase/polymerase" type reaction performed on human genomic DNA with Apyrase degradation of nucleotides, and UNG degradation of original probe, described in Example 12.

## Detailed Description of the Invention

### Definitions:

For convenience, the meaning of certain terms and phrases employed in the specification, examples, and appended claims are provided below. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting.

20/428241.1 -                                    11

It must be noted that, as used in the specification and the appended claims, the singular forms "a," "an" and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a DNA" or "a polymorphic DNA" includes two or more such moieties, and the like.

5      The 5' and 3' end of a nucleic acid molecule are referred to as "abutting" each other when they are in contact close enough to allow the formation of a covalent bond. In other words, a 5' end and a 3' end of one nucleic acid or of two nucleic acid molecules abut each other, when in the presence of a ligase and adequate conditions, the 5' and 3' ends would become ligated.

The term "allele", which is used interchangeably herein with "allelic variant" refers to
10    alternative forms of a gene or portions thereof. Alleles occupy the same locus or position on homologous chromosomes. When a subject has two identical alleles of a gene, the subject is said to be homozygous for the gene or allele. When a subject has two different alleles of a gene, the subject is said to be heterozygous for the gene. Alleles of a specific gene can differ from each other in a single nucleotide, or several nucleotides, and can include substitutions, deletions, and
15    insertions of nucleotides. An allele of a gene can also be a form of a gene containing a mutation.

The term "allelic variant of a polymorphic region of a gene" refers to a region of a gene having one of several nucleotide sequences found in that region of the gene in other individuals of the same species.

By "array" or "matrix" is meant an arrangement of addressable locations on the device.
20    The locations can be arranged in two dimensional arrays, three dimensional arrays, or other matrix formats. The number of locations can range from several to at least hundreds of thousands. Most importantly, each location represents a totally independent reaction site.

The term "barcode" or "bar-code" oligonucleotide or probe refers to a nucleic acid having a sequence tag, i.e.g, a specific sequence that servers as a unique identifier of the nucleic
25    acid. For example, a bar-code oliognucleotide can be an oligonucleotide comprising a 20 nucleotide long sequence having a unique sequence that allows this oligonucleotide to be differentiated from other oligonucleotides.

The term "characterizing" a nucleic acid sample refers to the identification of the structure of at least part of the nucleic acid and/or the quantification of the amount of specific
30    sequences within the nucleic acid sample.

A nucleotide sequence is "complementary" to another nucleotide sequence if each of the bases of the two sequences match, i.e., are capable of forming Watson-Crick base pairs. The term "complementary strand" is used herein interchangeably with the term "complement". The

complement of a nucleic acid strand can be the complement of a coding strand or the complement of a non-coding strand.

"Controlled amplification" refers to a method of amplification in which, under at least certain conditions, it is possible to obtain an amount of amplification products that is directly proportional to the amount of original sequence that was amplified, e.g., genomic DNA or RNA.

Also in this patent application, "corresponding" nucleotides are nucleotides on opposite strands that would normally base pair with each other.

The term "detectably labeled molecule" intends a molecule (e.g., a DNA molecule) which has attached thereto, or is associated with, one or more labels capable of directly or indirectly providing for a detectable signal.

"Genotyping" a subject or a nucleic acid refers to the identification of particular alleles or sequences in the nucleic acid, e.g., that of the subject.

The term "heterozygote," as used herein, refers to an individual with different alleles at corresponding loci on homologous chromosomes. Accordingly, the term "heterozygous," as used herein, describes an individual or strain having different allelic genes at one or more paired loci on homologous chromosomes.

The term "homozygote," as used herein, refers to an individual with the same allele at corresponding loci on homologous chromosomes. Accordingly, the term "homozygous," as used herein, describes an individual or a strain having identical allelic genes at one or more paired loci on homologous chromosomes.

"Homology" or "identity" or "similarity" refers to sequence similarity between two peptides or between two nucleic acid molecules. Homology can be determined by comparing a position in each sequence which may be aligned for purposes of comparison. When a position in the compared sequence is occupied by the same base or amino acid, then the molecules are homologous at that position. A degree of homology between sequences is a function of the number of matching or homologous positions shared by the sequences. An "unrelated" or "non-homologous" sequence shares less than 40 % identity, though preferably less than 25 % identity, with one of the sequences of the present invention.

Two single-stranded nucleic acids "hybridize" when they form a double-stranded duplex. The region of double-strandedness can include the full-length of one or both of the single-stranded nucleic acids, or all of one single stranded nucleic acid and a subsequence of the other single stranded nucleic acid, or the region of double-strandedness can include a subsequence of each nucleic acid. Hybridization also includes the formation of duplexes which contain certain

mismatches, provided that the two strands are still forming a double stranded helix. "Stringent hybridization conditions" refers to hybridization conditions resulting in essentially specific hybridization.

The terms "identifying a nucleotide" refer to the determination of whether a base at a
5  particular position in a nucleic acid is an adenine, cytidine, guanosine, thymidine or uridine. In certain embodiments, "identifying a nucleotide" will refer to the determination of which of any set of two or three bases the nucleotide has.

A nucleotide or sequence that is "immediately upstream" of another nucleotide or sequence is used herein to define a nucleotide that is linked directly to the other nucleotide or
10  sequence, i.e., not through one or more other nucleotides.

The term "isolated" as used herein with respect to nucleic acids, such as DNA or RNA, refers to molecules separated from other DNAs or RNAs, respectively, that are present in the natural source of the macromolecule. The term isolated as used herein also refers to a nucleic acid that is substantially free of cellular material, viral material, or culture medium when
15  produced by recombinant DNA techniques, or chemical precursors or other chemicals when chemically synthesized. Moreover, an "isolated nucleic acid" is meant to include nucleic acid fragments which are not naturally occurring as fragments and would not be found in the natural state.

As used herein, the terms "label" and "detectable label" refer to a molecule capable of
20  detection, including, but not limited to, radioactive isotopes, fluorophores, chemiluminescent moieties, enzymes, enzyme substrates, enzyme cofactors, enzyme inhibitors, dyes, metal ions, ligands (e.g., biotin or haptens) and the like. The term "fluorescer" refers to a substance or a portion thereof which is capable of exhibiting fluorescence in the detectable range. Particular examples of labels which may be used under the invention include fluorescein, rhodamine,
25  dansyl, umbelliferone, Texas red, luminol, NADPH, alpha - beta -galactosidase and horseradish peroxidase.

As used herein, the term "ligation" means the formation of a covalent bond between the ends of one or more (usually two) ligonucleotides. The term usually refers to the formation of a phosphodiester bond resulting from a reaction which is usually catalyzed by a ligase. However,
30  the formation of a covalent bond by purely chemical means in the absence of an enzyme is also included in the meaning of "ligation."

The term "microorganism" as used herein means an organism too small to be observed with the unaided eye and includes, but is not limited to bacteria, virus, protozoans, fungi, and ciliates.

20/428241.1

14

The term "microbial gene sequences" refers to gene sequences derived from a microorganism.

The terms "most 5' or 3' nucleotide" or most 5' or 3' base" refers to the nucleotide or base at the 5' end or 3' of a DNA or RNA molecule.

5      The term "mutated gene" refers to an allele of a gene, which is capable of altering the phenotype of a subject having the mutated gene relative to a subject which does not have the mutated gene. If a subject must be homozygous for this allele to have an altered phenotype, the mutation is said to be recessive. If one copy of the mutated gene is sufficient to alter the genotype of the subject, the mutation is said to be dominant. If a subject has one copy of the 10 mutated gene and has a phenotype that is intermediate between that of a homozygous and that of a heterozygous (for that gene) subject, the mutation is said to be co-dominant.

As used herein, the term "nucleic acid" refers to polynucleotides such as deoxyribonucleic acid (DNA), and ribonucleic acid (RNA). The term should also be understood to include, as equivalents, derivatives, variants and analogs of either RNA or DNA made from 15 nucleotide analogs, and, as applicable to the embodiment being described, single (sense or antisense) and double-stranded polynucleotides. Deoxyribonucleotides include deoxyadenosine, deoxycytidine, deoxyguanosine, and deoxythymidine. For purposes of clarity, when referring herein to a nucleotide of a nucleic acid, which can be DNA or an RNA, the terms "adenosine", "cytidine", "guanosine", and thymidine" are used. It is understood that if the nucleic acid is 20 RNA, a nucleotide having a uracil base is uridine.

For purposes of this patent application, a "nucleic acid target" or "nucleic acid template" can be a chromosome or any portion thereof, or can be a recombinant nucleic acid molecule such as a plasmid, oligonucleotide, or other nucleic acid fragment, and may be naturally occurring or synthetic. The template length is not critical, provided that the target is sufficiently long to 25 complement the probe, as described elsewhere herein. The nucleic acid template can be DNA or RNA. When the template is DNA, it is understood that the DNA is provided for use in the method in a denatured or single-stranded form capable of hybridizing to a single-stranded oligonucleotide probe. A nucleic acid template can be one or more nucleic acid molecules.

A "multiplex assay format" refers to any qualitative or quantitative analysis of a mixture 30 of targets, wherein such analyses are carried out in parallel to provide for high throughput analysis of the targets, and the results of the analyses can be distinguished or otherwise deconvoluted in order to provide information about specific targets present in the analytic mixture. An "efficient" or "optimal" multiplexing scheme refers to a multiplex assay format which combines an optimal number of targets into a single analysis group, resulting in a minimal

number of measurements which need to be carried out on the analytic mixture to obtain desired information-without rendering the results of the assay indecipherable or ambiguous (i.e., guaranteeing the ability to obtain information about discrete targets from the results of the multiplexed assay for any given analytic mixture).

5    A "nucleic acid sample" refers to a single nucleic acid molecule or several nucleic acid molecules. A nucleic acid sample can be a lysate of human cells (in which each of the chromosomes is a nucleic acid molecule).

"Perfectly matched" in reference to a duplex means that the poly- or oligonucleotide strands making up the duplex form a double stranded structure with one other such that every 10    nucleotide in each strand undergoes Watson-Crick basepairing with a nucleotide in the other strand. The term also comprehends the pairing of nucleoside analogs, such as deoxyinosine, nucleosides with 2-aminopurine bases, and the like, that may be employed. A mismatch in a duplex between a target polynucleotide and an oligonucleotide or olynucleotide means that a pair of nucleotides in the duplex fails to undergo Watson-Crick bonding. In reference to a triplex, the 15    term means that the triplex consists of a perfectly matched duplex and a third strand in which every nucleotide undergoes Hoogsteen or reverse Hoogsteen association with a basepair of the perfectly matched duplex.

The term "polymorphism" refers to the coexistence of more than one sequence of a gene or portion thereof. A portion of a gene of which there are at least two different sequences is 20    referred to as a "polymorphic region of a gene." A polymorphic region can be a single nucleotide or several nucleotides long.

A "polymorphic DNA" refers to a region of DNA that can exist as two or more variant forms (commonly known as alleles) in a specific group or population. Variation between such variant forms can be on the basis of nucleotide sequence and/or sequence length. For the 25    purposes of the invention, a polymorphic DNA region will typically be flanked by DNA regions having high sequence conservation which provide target sites for the probes of the invention.

A "polymorphic gene" refers to a gene having at least one polymorphic region.

The term "polymorphic locus" is a locus present in a population which shows variation between members of the population (i.e., the most common allele has a frequency of less than 30    0.95). In contrast, a "monomorphic locus" is a genetic locus at little or no variations seen between members of the population (generally taken to be a locus at which the most common allele exceeds a frequency of 0.95 in the gene pool of the population).

A polymorphic variant is a variation in the polynucleotide sequence of a particular gene between individuals of a given species. Polymorphic variants also may encompass " single nucleotide polymorphisms" (SNPs) in which the polynucleotide sequence varies by one base. The presence of SNPs may be indicative of, for example, a certain population, a disease state, or 5 · a propensity for a disease state.

The term "primer" refers to an oligonucleotide which is capable of acting as a point of initiation of synthesis when placed under conditions in which primer extension is initiated. An oligonucleotide "primer" may occur naturally, as in a purified restriction digest or may be produced synthetically.

10      A "run-off product" is used interchangeably herewith with "extension product" and refers to a nucleic acid strand which was extended from a primer hybridized to a template nucleic acid.

Also in this application, a "sequence variation" or "variant" can include any change in a target sequence relative to a control or normal nucleic acid target. The difference can be as subtle as a single nucleotide polymorphism, but can also include two or more adjacent or non-adjacent 15 single nucleotide changes, as well as more pronounced changes from the control that can include nucleic acid insertions, deletions, and rearrangements. Such insertions and deletions can be as small as 1 nucleotide, and no upper limit on insertion or deletion size is expected.

As used herein, a "SNP" is a common alteration that occurs in a single nucleotide base in a stretch of DNA. For example, a SNP may occur once per every 1000 bases of DNA. A SNP 20 may be involved in a disease process, however, the vast majority may not be disease-associated. Given a genetic map based on the occurrence of such SNPs, individuals can be grouped into genetic categories depending on a particular pattern of SNPs in their individual genome. In such a manner, treatment regimens can be tailored to groups of genetically similar individuals, taking into account traits that may be common among such genetically similar individuals.

25      The term "specific hybridization" of a probe to a target site of a template nucleic acid refers to hybridization of the probe predominantly to the target, such that the hybridization signal can be clearly interpreted. As further described herein, such conditions resulting in specific hybridization vary depending on the length of the region of homology, the GC content of the region, the melting temperature "Tm" of the hybrid. Hybridization conditions will thus vary in 30 the salt content, acidity, and temperature of the hybridization solution and the washes.

By "stringency control" is meant the ability to discriminate specific and non-specific binding interactions by changing some physical parameter. In the case of nucleic acid hybridizations, temperature control is often used for stringency. Reactions are carried out at or near the melting temperature (Tm) of the particular double-stranded hybrid pair.

The term "structure of a nucleic acid" refers to a characteristic of the nucleic acid, e.g., its nucleotide composition, nucleotide sequence, molecular weight or length or charge of a portion of it, whether the nucleic acid comprises nucleotide insertion(s), deletion(s) or substitution(s), rearrangement(s).

5          The term "substantially single-stranded" when used in reference to a nucleic acid substrate means that the substrate molecule exists primarily as a single strand of nucleic acid in contrast to a double-stranded substrate which exists as two strands of nucleic acid which are held together by inter-strand base pairing interactions.

The term "thermostable" or "heat resistant" when used in reference to an enzyme, such as 10    a 5' nuclease, indicates that the enzyme is functional or active (i.e., can perform catalysis) at an elevated temperature, i.e., at about 55o C. or higher.

The term "ul" refers to μl or microliter.

The term "ug" referes to μg or microgram.

## General description of the invention

15

The invention provides methods and compositions for identifying one or more consecutive and/or non-consecutive nucleotides in a nucleic acid sample (the "template nucleic acid"). Generally, the method of the invention includes hybridizing one or more probes to a region encompassing the nucleotide(s) to be identified; annealing the 5' and 3' ends of the 20    probe(s) at the nucleotide to be identified; amplifying the annealed probe(s) or extending a primer hybridizing to the probe over the area comprising the one or more nucleotides to identify; and detecting at least some of the amplified products. Illustrative embodiments of the invention are diagrammed in Figures 1, 2 and 3.

Although the method of the invention allows the identification of more than one 25    consecutive and/or non-consecutive nucleotides in a nucleic acid or nucleic acid sample, e.g., a genome, for simplicity, the invention is first described in the context of identifying a single nucleotide, e.g., a SNP, in a nucleic acid sample. The nucleotide to be identified is referred to herein as "nucleotide X" or "SNP" or "nucleotide probed."

In one embodiment, of which an example is set forth in Figure 1, the method of the 30    invention includes hybridizing a probe to a template nucleic acid in region encompassing the nucleotides to be identified. The probe will preferably have the following basic structure: a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of nucleotide X (this region is referred to as

20/428241.1 -                                              18

"template homology region 1" or "THR 1"); a 3' end region that is complementary to, or at least
capable of hybridizing to, a region of the template nucleic acid that is located immediately 3' of
nucleotide X (this region is referred to as "template homology region 2" or "THR 2"); and a 3'
most nucleotide that is complementary to nucleotide X (set forth as nucleotide A in Fig. 1). An
example of such a probe is set forth in Figure 4A. Such probes, when hybridized to a template,
can form a looped structure in which the 5' and 3' ends of the probe abut each other at the base
being probed (Figure 1). Although this illustration, and others described herein refer to a 3' most
nucleotide of the probe, it is also possible to link the nucleotide that is complementary to the
nucleotide to be detected to the 5' end of the probe.

Probes having such a structure can then be ligated into a circle with very high specificity,
e.g., by a thermostable ligase enzyme, if the base of the 3' most nucleotide of the probe matches
(i.e., is complementary to) the template base at the specified position. Accordingly, in the next
step of the embodiment of the method, the 5' and 3' termini of the probe are subjected to
ligation. Ligation will essentially only occur if the 3' most base of the probe is complementary
to nucleotide X. For example, as shown in Figure 1, ligation of the probe hybridized to allele A
will occur, but not ligation of the probe to allele 2, which has a T as this position.

Following the ligation reaction, the probe is subjected to an amplification reaction, e.g.,
PCR amplification, using primers which hybridize to the primer 1 and primer 2 regions ("P1HR"
and P2HR", respectively) in the probe. P1HR and P2HR can be included in THR1 and THR2,
respectively, partially overlap these regions, or be located in other regions of the probe (as is
pictured in Figure 1). If the probe has been ligated at the X position, an amplification product
will be synthesized. However, if the probe has not been ligated, due to a mismatch at nucleotide
X, no amplification product will be obtained, since the first strand extension from primer 1 will
stop at the mismatched nucleotide ("truncated extension product") and will therefore not include
the primer 2 region (see Figure 1).

Optionally, the probe and/or template nucleic acids are eliminated from the reaction
mixture or rendered inaccessible for amplification. This can be done, e.g., by, prior to the
amplification step, extending a primer 1 or primer 2 by incubation of the probes together with
labeled primer 1 or primer 2 (e.g., labeled with a binding agent, e.g., biotin) and dNTPs and a
polymerase. The run-off product can then be isolated on a column containing an agent to which
the binding agent binds (e.g., streptavidin) (see, e.g., Figure 1). The probe and/or template
nucleic acids can also be eliminated by degradation (see below).

The amplified product can then be detected via any of numerous detection methods. In a
preferred embodiment, detection and identification of nucleotide X is done by labeling one of the

20/428241.1 -

19

primers used in the amplification step, and detecting the label. In another embodiment, detection and identification of the nucleotide X is done by the detection of a "tag" that was included in the probe and that has been amplified during the amplification reaction. The tag sequence is preferably included in a region of the probe that is amplified during the amplification reaction,

5.  e.g., between THR1 and P1HR or between THR2 and P2HR. The tag can be detected by any of a variety of methods depending on its nature and includes electrophoretic separation, mass spectrometry, and hybridization. The tag can be labeled, as illustrated in Figure 1. In an even more preferred embodiment, the tag is separated from the amplification product, as also shown in Figure 1.

10  In another embodiment of the invention, of which the first step is exemplified in Figure 2, a nucleic acid template is hybridized with a probe having the following structure: a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of nucleotide X ("THR 1"); and a 3' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that

15  is located immediately 3' of nucleotide X ("THR 2"). An example of such a probe is diagrammed in Figure 4B. Since the probe does not contain a nucleotide that is complementary to nucleotide X, the method includes adding a dNTP that is complementary to nucleotide X, and attaching the nucleotide to the 3' end of the probe by "extending" the probe 5' to 3' in the presence of a polymerase enzyme, preferably lacking strand displacement capability. Since this

20  embodiment of the invention includes both a ligation step and a step using a polymerase, this embodiment is referred to herein as the "ligation/polymerase" type of embodiment. On the other hand, the embodiment set forth in Figure 1, which does not require the use of a polymerase, is referred to as a "ligase" type embodiment.

As in the first embodiment described above, the probe forms a looped or circular

25  structure in which the 5' and 3' ends of the probe abut each other at the base being probed (Figure 2). The two ends of the probe can then be subjected to a ligation reaction, which results in the formation of a closed looped structure if the dNTP added to the reaction is complementary to nucleotide X. This step significantly increases the specificity of the detection method, since in this way, misligation must result from both non-specific ligation as well as non specific dNTP

30  incorporation by the polymerase, thus multiplying the specificity of both enzymes. Four multiplexed reactions (one for each dNTP) would then allow all SNPs to be assayed. As described above in the context of the embodiment depicted in Figure 1, the probe is then amplified using primers that hybridize to P1HR and P2HR of the probe, and the amplified products are detected. The presence of a tag in a reaction performed with a specific nucleotide

indicates that the nucleotide at the SNP is the nucleotide that is complementary to that added in the reaction.

The method of the invention also allows the identification of two or more consecutive nucleotides. For example, a nucleic acid sample comprising two or more consecutive
5  nucleotides to be identified, referred to as nucleotides "Xs", is hybridized with a probe comprising a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of nucleotides Xs ("THR 1"); a 3' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 3' of nucleotides Xs ("THR 2"); and 3' most
10  nucleotides having a sequence that is complementary to the sequence of nucleotides Xs. The probe is then ligated, which will result in the formation of a closed loop structure provided that the 3' most nucleotides of the probe are complementary to the nucleotides Xs. Amplification and detection can be carried out as described above. Performing several reactions each with a probe containing a different sequence of the nucleotides Xs allows the identification of the
15  sequence. For example, where one wishes to determine whether the sequence of two nucleotides is "AT" or "CG" in a sample DNA, one can use two probes, one of which contains the sequence TA and the other of which contains the sequence GC.

In yet another embodiment, of the invention for identifying two or more consecutive nucleotides, referred to as "Xs" in a sample nucleic acid, the sample is contacted with a probe
20  comprising a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of nucleotides Xs ("THR 1"); and a 3' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 3' of nucleotides Xs ("THR 2"). Similarly to the embodiment depicted in Figure 2, one or more dNTPs are added to the reaction mixture
25  including the template DNA and the probe, a polymerase is added, such that nucleotides complementary to the nucleotides Xs are added to the 3' end of the probe. The probe is then ligated, amplified and detected, as described above. It will be understood that this particular embodiment will usually not be useful in determining which of two sequences, both of which contain all four bases, is present in the template nucleic acid. However, this method can be used
30  for identifying whether the Xs in the template nucleic acid contain a sequence containing three, two or one type of bases, which method can, in particular, distinguish such a sequence from one containing all four types of bases.

Also within the scope of the invention are methods for determining the identity of two or more consecutive nucleotides, combining aspects of the embodiments described in the two
35  preceding paragraphs. For example, in a case in which one wishes to determine the identity of 3

20/428241.1 -                                    21

consecutive nucleotides, one may use a probe that contains at its 3' end nucleotides that are complementary to two of the three consecutive nucleotides, the 3' most base not being included. Thus, a dNTP having a base that is complementary to the third nucleotide to identify will have to be added prior to or during the ligation reaction.

5        Through use of a proper combination of probes, the methods of the invention allow the determination of whether a subject is homozygous or heterozygous in the presence or absence of an insertion of one or more nucleotides. For example, where the insertion consists of a single nucleotide, the method obtaining obtaining a representative sample of nucleic acids from the subject and hybridizing the nucleic acids in the sample with two probes: a first probe comprising
10       a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the site of insertion ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the site of insertion ("THR2"); a primer 1 homology region ("P1HR"); a primer 2 homology region ("P2HR"); and a tag sequence which serves as an identifier of the probe which is located between THR1 and P1HR or between THR2 and P2HR,
15       wherein in the presence of a nucleotide insertion, the 5'and 3' ends of the probe will abut upon hybridization (see Figure 5); and a second probe  probe comprising a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the site of insertion ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the nucleotide located immediately 5' to the site of insertion ("THR2"); a
20       primer 1 homology region ("P1HR"); a primer 2 homology region ("P2HR"); and a tag sequence which serves as an identifier of the probe which is located between THR1 and P1HR or between THR2 and P2HR, wherein in the absence of a nucleotide insertion, the 5' and 3' ends of the probe will abut upon hybridization. The nucleic acid/probe duplexes can then be incubated with a ligase to form closed circular probes if the 5' and 3' ends of the probe abut. Primers 1 or 2 and
25       a polymerase can then be added, such that a primer extension products are obtained. The extension products can then be subjected to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products. The amplification products are then detected by virtue of their tag, wherein the presence of amplification products of probe 1 and probe 2 indicates that the subject is heterozygous for the insertion; the presence of
30       an amplification product of probe 1 and not probe 2 indicates that the subject is homozygous for lack of insertion; and the presence of an amplification product of probe 2 and not probe 1 indicates that the subject is homozygous for the insertion.

In a preferred embodiment, the invention provides a method for determining the identity of two or more non-consecutive nucleotides that are located on the same nucleic acid molecule,
35       and preferably within a close distance from each other, e.g., within about 1 kb from each other.

These two nucleotides are referred to "X" and "Y." According to this particular embodiment, which is diagrammed in Figure 3, the template nucleic acid is hybridized with a probe comprising a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of nucleotides X ("THR 1"); a 3' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 3' of nucleotides Y ("THR 2"); and a 3' most nucleotide that is complementary to nucleotide Y. A second probe, referred to as "adaptor probe," is also added to the reaction. This probe comprises a nucleotide sequence that is complementary to, or at least hybridizes to, the region of the template nucleic acid that is located between nucleotide X and nucleotide Y and a 3' most base that is complementary to nucleotide X. If the 3' most base of the probe and that of the adaptor probe are complementary to nucleotides X and Y, respectively, the two probes will be ligated together and form a closed loop, which can be amplified and detected as described above. It is clear that this particular embodiment of the method can also be used to identify two or more nucleotides at each of the two positions X and Y. It is also possible to use two or more adaptor probes, although, the more adaptor molecules are used, the slower the kinetics of hybridization will be.

In another preferred embodiment, the method of the invention is used to determine the identity of two or more non-consecutive nucleotides which may, but need not be, close together on the template nucleic acid, and can be, e.g., located on different nucleic acid molecules. According to this embodiment, either or both of the methods depicted in Figures 1 and 2 can be used for each of the nucleotides to identify (referred to herein as nucleotides "X", "Y" and "Z"). Thus, one probe comprises sequences that are complementary to the sequences abutting nucleotide X, and optionally a 3' most base that is complementary to nucleotide X; a second probe comprises sequences that are complementary to the sequences abutting nucleotide Y, and optionally a 3' most base that is complementary to nucleotide Y; and a third probe that comprises sequences that are complementary to the sequences abutting nucleotide Z, and optionally a 3' most base that is complementary to nucleotide Z. The reaction mixture is then subjected to ligation together or not with a polymerase and one or more dNTPs if one or more of the probes do not contain a 3' most base that is complementary to one of the nucleotides to be identified. In a preferred embodiment, the three probes comprise the same P1HR and P2HR, thereby allowing amplification of all three probes with the same primers and thus within the same reaction vessel. Although this example describes the identification of three nucleotides, it will be understood that any number of nucleotides can be identified.

In an illustrative example, the method comprises determining the identity of two or more sequences (multiplexing) of one or more nucleotides. For example, the method allows the

identification of two or more (i.e., a plurality) SNPs. In a preferred embodiment, the method includes hybridizing a nucleic acid sample with a plurality of probes, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or more nucleotides to identify ("THR2"); one or more 3' or 5' most nucleotides that are complementary to the one or more nucleotides to identify; a primer 1 homology region ("P1HR") which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and of the 3' or 5' most nucleotides and which is located between THR1 and P1HR or between THR2 and P2HR, to form a plurality of nucleic acid/probe duplexes; (ii) incubating the plurality of nucleic acid/probe duplexes with a ligase to form a plurality of closed circular probes when the 3' or 5' most nucleotides are complementary to the nucleotides to identify; (iii) adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to obtain extension products; (iv) subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and (v) detecting the amplification products by virtue of their tags, to thereby identify the one or more consecutive nucleotides of the plurality of sequences in the sample of nucleic acids.

In a related method of multiplexing, the probes do not contain a 3' or 5' most nucleotide, and the reaction further comprises adding at step (ii) one or more dNTPs and a polymerase, such that the addition of one or more nucleotides that are complementary to the one or more nucleotides to identify, allows the 5' and 3' ends of the probe to abut and become ligated to form a closed circular probe. The nucleotides are then identified by determining the presence of the tag and the nucleotides that were added to the reaction.

In a preferred method of multiplexing, the probes may be rendered inaccessible to PCR amplification between steps (iii) and (iv), such as by methods described above and elsewhere herein.

The method of the invention may also be used to lower the complexity of a nucleic acid mixture, e.g., a genomic DNA sample. For example, the nucleic acid mixture may be hybridized with one or more probes as described herein, having homology regions located at the end of the regions of the nucleic acid to be amplified, circularizing the probes in the presence or absence of specific nucleotides, extending primer 1 or primer 2 in the presence of dNTPs, and preferably further amplifying the extended product using primers 1 and 2. This would result in a population

of nucleic acid molecules consisting of a portion of the original nucleic acid mixture, thereby having lowered the complexity of the nucleic acid mixture.

Also within the scope of the invention are methods for determining the structure of a plurality of stretches of consecutive nucleotides in a sample of nucleic acids. For example, the invention allows for multiplex sequencing, e.g., sequencing of several sequence at the same time and in the same vessel. In a preferred embodiment, this is achieved by amplifying the various sequences to be determined with the same set of primers. Determining the structure of a stretch of consecutive nucleotides can also be determining its approximate molecular weight or length. In an illustrative embodiment, the method comprises (i) hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of one of the sequences of one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag which serves as an identifier of the probe, to form a plurality of nucleic acid/probe duplexes; (ii) incubating the plurality of nucleic acid/probe duplexes with dATP, dCTP, dGTP, dTTP, a polymerase and a ligase to form a plurality of closed circular probes; (iii) subjecting the reaction of step (ii) to PCR amplification using primer 1, which hybridizes to P1HR in each probe, and primer 2, which hybridizes to P2HR in each probe, for a number of PCR cycles sufficient to allow detection of the amplification products resulting from the PCR amplification; and (iv) detecting the amplification products by virtue of their tags, and characterizing the amplification products, to thereby determine the structure of a plurality of stretches of consecutive nucleotides in a sample of nucleic acids. For example, the amplification products can be can be sequenced using primers which hybridize to primer 1 or primer 2. Alternatively, the amplified products can be ligated together and the concatenated molecule obtained from the ligation can be sequenced.

The method may further comprise adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products, prior to step (iii). The method may also comprise a step rendering the probe inaccessible to PCR amplification prior to step (iii).

In yet another prefered embodiment, the invention provides a method for quantifying the number of one or more specific sequences in a sample of nucleic acids. The method may be similar to any of the methods described above, so long as the product being detected is present in proportions that are directly correlated with the the amount of original template sequence. This

is the case, e.g., where the method involves a hybridization step to the template DNA, circularization of the probe, extension of primer 1 or primer 2 and detection of the extension product. In a preferred embodiment, the method further comprises an amplification step, wherein the amplification reaction is a controlled amplification. This is the case, e.g., when

5   using PCR amplification and stopping the PCR reaction during the exponential phase. The amount of amplified product in this situation will be directly proportional to the amount of original sequence in the nucleic acid sample. Thus, in a preferred embodiment, several amplification reactions are conducted in parallel, using a different number of amplification cycles in each of them. This will assure that at least one of the reactions will have been stopped

10   in the exponential phase.

In methods for quantifying the number of a specific sequence in a sample, it may also be desirable in certain situations to include a marker nucleic acid. The marker nucleic acid can be added to the reaction during the hybridization stage or at any stage thereafter and be subject or not to the same reactions. Alternatively, the marker DNA is usued merely to determine the

15   amount of amplied product at the end of the amplification step.

The methods for genotyping and those for quantifying can be used simultaneously, so long as the processes are controlled, such that the amount of amplified product is directly correlated to the amount of the original sequence in the sample nucleic acid. In an illustrative embodiment, the method comprises (i) hybridizing one or more probes to nucleic acids in the

20   sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences to genotype and quantify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the specific sequence to genotype and quantify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region

25   ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and which is located between THR1 and P1HR or between THR2 and P2HR, to form one or more nucleic acid/probe duplexes; (ii) incubating the one or more nucleic acid/probe duplexes with one or more dNTPs, a polymerase and a ligase to form one or more closed circular probes when the one or more dNTPs added are complementary to the sequence to genotype; (iii)

30   adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products; (iv) rendering the probes inaccessible to PCR amplification; (v) subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and (vi)

35   detecting the amplification products by virtue of their tag, and quantitating the amount of

20/428241.1 -                                 26

amplified products by comparison with a known amount of molecular marker, to thereby genotype and quantify one or more sequences of one or more nucleotides in a sample of nucleic acids. The method may also use probes having one or more 3' or 5' most nucleotides.

Also witin the scope of the invention, are methods which do not include PCR amplification, but in which detection of the probe is performed by a one step extension of a primer hybridizing to the probe, wherein the extension product extends past the one or more nucleotides to identify, such that a long extension product is obtained when ligation of the 5' and 3' ends of the probe has occurred, whereas a short extension product is obtained if no ligation occurred due to the absence of matched nucleotides. The extension product could be a DNA strand or an RNA strand. In the later case, an RNA promoter would be included in the probe, and a transcript is obtained.

In yet another embodiment, one of the primers used in any of the embodiments described herein comprises an RNA polymerase promoter, e.g., SP6 or T7 promoter. Thus, after amplification, RNA can be transcribed from the primer containing the RNA polymerase promoter.

Numerous variations and combinations of the above-described embodiments of the method of the invention can be made, and preferred ones are set forth below. These methods can be combined, e.g., with methods reducing background signals. In addition, the methods of the invention can also be applied to in situ nucleic acids, e.g., tissue sections.

Nucleic acid variations that can be detected

Nucleic acid variations (i.e., genetic variations) to be detected according to the method of the invention include variations in one or more consecutive or non-consecutive nucleotides in a nucleic acid sample. These variations may be present on a single nucleic acid molecule, e.g., a chromosome, or on several nucleic acid molecules. The invention is particularly applicable for determining the identity of alleles of variable genomic regions (also referred to herein as "allelic variants of a polymorphic region"), e.g., polymorphic regions, is situations in which it has previously been established that different individuals may have one of several possible alleles (as opposed to discovering a new variable region). Generally, the methods of the invention can detect nucleotide insertions, deletions, substitutions, chromosomal translocations and other genetic lesions or variations.

Exemplary variable regions include SNPs. Certain SNPs have two alleles, others have three alleles and yet others have four alleles. The presence of SNPs may be indicative of, for example, a certain population, a disease state, or a propensity for a disease state.

Other variable regions include more than one nucleotides, and may be polymorphic regions, simple sequence repeats (SSRs), short tandem repeats (STRs), and microsatellite repeats (MRs).

In another embodiment, the methods of the invention permit the detection and identification of microorganisms, e.g., pathogens infecting mammals. Thus, the invention can be used, e.g., to identify the particular strain of a virus that is infecting a human subject, e.g., the particular strain of human immunodeficiency virus, or papilloma virus (HPV), among others. Stains of microorganisms often differ from each other in a few nucleotides, whereas the remaining of their genomes is identical. Thus, probes can be made to recognize the conserved regions and to identify the particular variable nucleotide(s).

For example, a wide variety of infectious diseases can be detected by the process of the present invention. Typically, these are caused by bacterial, viral, parasite, and fungal infectious agents. The resistance of various infectious agents to drugs can also be determined using the present invention.

Bacterial infectious agents which can be detected by the present invention include Escherichia coli, Salmonella, Shigella, Klebsiella, Pseudomonas, Listeria monocytogenes, Mycobacterium tuberculosis, Mycobacterium aviumintracellulare, Yersinia, Francisella, Pasteurella, Brucella, Clostridia, Bordetella pertussis, Bacteroides, Staphylococcus aureus, Streptococcus pneumonia, B-Hemolytic strep., Corynebacteria, Legionella, Mycoplasma, Ureaplasma, Chlamydia, Neisseria gonorrhea, Neisseria meningitides, Hemophilus influenza, Enterococcus faecalis, Proteus vulgaris, Proteus mirabilis, Helicobacter pylori, Treponema palladium, Borrelia burgdorferi, Borrelia recurrentis, Rickettsial pathogens, Nocardia, and Acitnomycetes.

Fungal infectious agents which can be detected by the present invention include Cryptococcus neoformans, Blastomyces dermatitidis, Histoplasma capsulatum, Coccidioides immitis, Paracoccidioides brasiliensis, Candida albicans, Aspergillus fumigautus, Phycomycetes (Rhizopus), Sporothrix schenckii, Chromomycosis, and Maduromycosis.

Viral infectious agents which can be detected by the present invention include human immunodeficiency virus, human T-cell lymphocytotrophic virus, hepatitis viruses (e.g., Hepatitis B Virus and Hepatitis C Virus), Epstein-Barr Virus, cytomegalovirus, human papillomaviruses,

orthomyxo viruses, paramyxo viruses, adenoviruses, corona viruses, rhabdo viruses, polio viruses, toga viruses, bunya viruses, arena viruses, rubella viruses, and reo viruses.

Parasitic agents which can be detected by the present invention include Plasmodium falciparum, Plasmodium malaria, Plasmodium vivax, Plasmodium ovale, Onchoverva volvulus, Leishmania, Trypanosoma spp., Schistosoma spp., Entamoeba histolytica, Cryptosporidum, Giardia spp., Trichimonas spp., Balatidium coli, Wuchereria bancrofti, Toxoplasma spp., Enterobius vermicularis, Ascaris lumbricoides, Trichuris trichiura, Dracunculus medinesis, trematodes, Diphyllobothrium latum, Taenia spp., Pneumocystis carinii, and Necator americanis.

The present invention is also useful for detection of drug resistance by infectious agents. For example, vancomycin-resistant Enterococcus faecium, methicillin-resistant Staphylococcus aureus, penicillin-resistant Streptococcus pneumoniae, multi-drug resistant Mycobacterium tuberculosis, and AZT-resistant human immunodeficiency virus can all be identified with the present invention.

Genetic diseases can also be detected by the process of the present invention. This can be carried out by prenatal or post-natal screening for chromosomal and genetic aberrations or for genetic diseases. Examples of detectable genetic diseases include: 21 hydroxylase deficiency, cystic fibrosis, Fragile X Syndrome, Turner Syndrome, Duchenne Muscular Dystrophy, Down Syndrome or other trisomies, heart disease, single gene diseases, HLA typing, phenylketonuria, sickle cell anemia, Tay-Sachs Disease, thalassemia, Klinefelter Syndrome, Huntington Disease, autoimmune diseases, lipidosis, obesity defects, hemophilia, inborn errors of metabolism, and diabetes.

Cancers which can be detected by the process of the present invention generally involve oncogenes, tumor suppressor genes, or genes involved in DNA amplification, replication, recombination, or repair. Examples of these include: BRCA1 gene, p53 gene, APC gene, Her2/Neu amplification, Bcr/Abl, K-ras gene, and human papillomavirus Types 16 and 18. Various aspects of the present invention can be used to identify amplifications, large deletions as well as point mutations and small deletions/insertions of the above genes in the following common human cancers: leukemia, colon cancer, breast cancer, lung cancer, prostate cancer, brain tumors, central nervous system tumors, bladder tumors, melanomas, liver cancer, osteosarcoma and other bone cancers, testicular and ovarian carcinomas, head and neck tumors, and cervical neoplasms.

In the area of environmental monitoring, the present invention can be used for detection, identification, and monitoring of pathogenic and indigenous microorganisms in natural and engineered ecosystems and microcosms such as in municipal waste water purification systems