and water reservoirs or in polluted areas undergoing bioremediation. It is also possible to detect plasmids containing genes that can metabolize xenobiotics, to monitor specific target microorganisms in population dynamic studies, or either to detect, identify, or monitor genetically modified microorganisms in the environment and in industrial plants.

5       The present invention can also be used in a variety of forensic areas, including for human identification for military personnel and criminal investigation, paternity testing and family relation analysis, HLA compatibility typing, and screening blood, sperm, or transplantation organs for contamination.

        In the food and feed industry, the present invention has a wide variety of applications.
10      For example, it can be used for identification and characterization of production organisms such as yeast for production of beer, wine, cheese, yogurt, bread, etc. Another area of use is with regard to quality control and certification of products and processes (e.g., livestock, pasteurization, and meat processing) for contaminants. Other uses include the characterization of plants, bulbs, and seeds for breeding purposes, identification of the presence of plant-specific
15      pathogens, and detection and identification of veterinary infections.


## Template nucleic acids

        The template nucleic acid can be DNA or RNA, e.g., mRNA or rRNA. In a preferred embodiment, the template nucleic acid is genomic DNA. There is no limitation as to the source
20      of the template nucleic acid: it can be from a eukaryote, e.g., from a mammal, such as human, mouse, ovin, bovin, or from a plant; it can be from a prokaryote, e.g., bacteria, protozoan; and it can also be from a virus.

        Nucleic acid specimens may be obtained from an individual of the species that is to be analyzed using either "invasive" or "non-invasive" sampling means. A sampling means is said to
25      be "invasive" if it involves the collection of nucleic acids from within the skin or organs of an animal (including, especially, a murine, a human, an ovine, an equine, a bovine, a porcine, a canine, or a feline animal). Examples of invasive methods include blood collection, semen collection, needle biopsy, pleural aspiration, umbilical cord biopsy, etc. Examples of such methods are discussed by Kim, C. H. et al. (J. Virol. 66:3879-3882 (1992)); Biswas, B. et al.
30      (Annals NY Acad. Sci. 590:582-583 (1990)); Biswas, B. et al. (J. Clin. Microbiol. 29:2228-2233 (1991)).

        In contrast, a "non-invasive" sampling means is one in which the nucleic acid molecules are recovered from an internal or external surface of the animal. Examples of such "non-invasive" sampling means include "swabbing," collection of tears, saliva, urine, fecal material,

sweat or perspiration, hair etc. As used herein, "swabbing" denotes contacting an applicator/collector ("swab") containing or comprising an adsorbent material to a surface in a manner sufficient to collect surface debris and/or dead or sloughed off cells or cellular debris. Such collection may be accomplished by swabbing nasal, oral, rectal, vaginal or aural orifices, 5  by contacting the skin or tear ducts, by collecting hair follicles, etc.

Methods for isolating nucleic acid specimens are known in the art, and will depend on the type of nucleic acid isolated. When the nucleic acid is RNA, care to avoid RNA degradation must be taken, e.g., by inclusion of RNAsin. For example, genomic DNA can be prepared from human cells as described, e.g., in U.S. patent No. 6,027,889.

10  Although not required, it is also possible to amplify regions of the nucleic acid comprising the nucleotides to identify prior to hybridization with the probe of the invention. Amplification can be performed by PCR. The region amplified can comprise one or more stretches of one or more nucleotides to identify. Methods for amplifying certain regions of a genome are known in the art and are further described herein.

15  The method of the invention can also be performed at least in part in situ, e.g., on tissue sections. If the nucleic acid in which the nucleotides to identify (i.e., the template nucleic acid) is DNA, it must first be denatured, such as by heating the sample.

Prior to, or during, the step of contacting the template DNA with the probe(s) of the invention, the template DNA is denatured, so as to allow hybridization of the probe. 20  Denaturation is usually performed by increasing the temperature above the melting temperature of the duplex of probe-template DNA according to conditions known in the art. Alternatively, denaturation can be performed chemically according to known methods.

## Probes and primers of the invention

25  In one embodiment of the invention, a probe for detecting one or more consecutive nucleotides in a template nucleic acid has the general structure: a 5' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that is located immediately 5' of the nucleotides to be identified (THR1); a 3' end region that is complementary to, or at least capable of hybridizing to, a region of the template nucleic acid that 30  is located immediately 3' of the nucleotides to be identified (THR2); and optionally one or more 3' most nucleotides that are complementary to the nucleotides to be identified (see Figures 4A and B). The probe can include at least 2, 3, 4, 5, 6, 7, 8, 9, 10 or more nucleotides that are complementary to the region to be detected (i.e., nucleotides to be identified).

20/428241.1  -    31

The probe can be a nucleic acid, e.g., DNA or RNA or a derivative thereof. The probe can consist of any type of material, so long as the regions that must be able to bind specifically to the nucleic acid template or to the primers are capable of doing so. Thus, these regions will preferably be constituted of DNA or RNA, or derivatives thereof which are sufficiently related to a nucleic acid that they are capable of hybridizing.

The probe preferably comprises two regions of homology (THR1 and THR2) to the region of the template nucleic acid surrounding the nucleotides to be detected (see, e.g., Figure 1). Usually, THR1 and THR2 are immediately adjacent to the nucleotide(s) to be identified. These regions can be at least about 6 nucleotides in length, preferably at least about 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, or 60 nucleotides in length. THRs are preferably from about 10 to about 40 nucleotides in length, even more preferably from about 10 to about 30 nucleotides in length. The THRs may also be from about 10 to about 25 nucleotides in length; from about 10 to about 20 nucleotides in length; or from about 15 to about 25 nucleotides in length. Any length of THR is appropriate provided that specific hybridization is possible. The THR may include one or more mismatches with the template nucleic acid, provided it is capable of hybridizing specifically to the template nucleic acid at the designated region.

The proper length of the THRs in a probe will depend on factors including the GC content of the regions and their secondary structure. The considerations are similar to those used to identify an appropriate sequence for use as a primer, and are further described below. The length of the probe and GC content will determine the Tm of the hybrid, and thus the hybridization conditions necessary for obtaining specific hybridization of the probe to the template nucleic acid. These factors are well known to a person of skill in the art, and can also be tested in assays. An extensive guide to the hybridization of nucleic acids is found in Tijssen (1993), "Laboratory Techniques in biochemistry and molecular biology-hybridization with nucleic acid probes." Generally, stringent conditions are selected to be about 5°C lower than the thermal melting point (Tm) for the specific sequence at a defined ionic strength and pH. The Tm is the temperature (under defined ionic strength and pH) at which 50% of the target sequence hybridizes to a perfectly matched probe. Highly stringent conditions are selected to be equal to the Tm point for a particular probe. Sometimes the term "Td" is used to define the temperature at which at least half of the probe dissociates from a perfectly matched target nucleic acid. In any case, a variety of estimation techniques for estimating the Tm or Td are available, and generally described in Tijssen, supra. Typically, G-C base pairs in a duplex are estimated to contribute about 3°C to the Tm, while A-T base pairs are estimated to contribute about 2°C, up to a theoretical maximum of about 80-100°C. However, more sophisticated models of Tm and Td are available and appropriate in which G-C stacking interactions, solvent effects, the desired

assay temperature and the like are taken into account. For example, probes can be designed to have a dissociation temperature (Td) of approximately 60°C, using the formula: Td = (((((3 x #GC) + (2 x #AT)) x 37) - 562)/#bp) - 5; where #GC, #AT, and #bp are the number of guanine-cytosine base pairs, the number of adenine-thymine base pairs, and the number of total base

5    pairs, respectively, involved in the annealing of the probe to the template DNA.

The stability difference between a perfectly matched duplex and a mismatched duplex, particularly if the mismatch is only a single base, can be quite small, corresponding to a difference in Tm between the two of as little as 0.5 degrees. See Tibanyenda, N. et al., Eur. J. Biochem. 139:19 (1984) and Ebel, S. et al., Biochem. 31:12083 (1992). More importantly, it is

10    understood that as the length of the homology region increases, the effect of a single base mismatch on overall duplex stability decreases. Thus, where there is a likelihood that there will be mismatches between the probe and the HRs, it may be advisable to include a longer HR in the probe.

Thus, the specificity and selectivity of the probe can be adjusted by choosing a proper

15    lengths for the THRs and appropriate hybridization conditions. When the template nucleic acid is genomic DNA, e.g., mammalian genomic DNA, the selectivity of the THRs must be high enough to identify the correct base in $3 \times 10^9$ in order to allow processing directly from genomic DNA. However, in situations in which a portion of the genomic DNA is isolated first from the rest of the DNA, e.g., by separating one or more chromosomes from the rest of the

20    chromosomes, the selectivity or specificity of the probe is less important.

The length of the probe, and therefore the hybridization conditions will also depend on whether a single probe is hybridized to the template nucleic acid, or several probes. If several probes are used, and if all the probes are to be hybridized simultaneously to the template nucleic acid, then it is desirable to design the THRs of the different probes such that their Tm and/or Td

25    is similar, such that they all the probes will hybridize specifically to the template nucleic acid. These conditions can be determined by a person of skill in the art, by taking into consideration the factors discussed above, as well those described within the context of the primers.

The probes of the invention further comprise two regions to which the amplification primers will hybridize. The regions of the probe are referred to as "primer 1 homology region"

30    ("P1HR") and "primer 2 homology region" ("P2HR"), to which primer 1 and primer 2, respectively, hybridize (see, e.g., Figure 1). A PHR can be included within a THR of the probe or partially overlap a THR. In a preferred embodiment, PHR1 is located next to THR1 and PHR2 is located next to THR2 (see, e.g., Figure 1). This allows the primer to have a sequence that is independent of that of the homology region with the template nucleic acid and thereby

allows the use of generic primers. Such generic primers can be used to amplify probes for identification of any nucleotides, e.g., SNPs, by designing probes having homology regions to the generic primers.

Selecting primers, such as generic primers, for use in the invention involves considering the same factors as those for designing the THRs of the probe. Thus, specific hybridization of the primers will depend on the length of the primers, the GC content, their secondary structure and the hybridization conditions. Since the generic primers (also referred to as "generic amplification tags") do not have any sequence constraints, in that they do not have to have any homology with any sequence, can be designed to be very specific. In addition to the above described criteria to consider in designing primers, the following criteria may also be considered.

Primer pairs are selected by position, melt temperature, internal stability, and absence of homology with each other or with target regions that they are not intended to bind to. Factors which apply to the design and selection of primers for multiplexed amplification are described, for example, by Rylchik, W. (1993) "Selection of Primers for Polymerase Chain Reaction," in Methods in Molecular Biology, Vol. 15, White B. ed., Humana Press, Totowa, N.J. Theory and practice of nucleic acid hybridization and primer selection are also described, e.g., in Gait, ed. Oligonucleotide Synthesis: A Practical Approach, IRL Press, Oxford (1984); W. H. A. Kuijpers Nucleic Acids Research 18(17), 5197 (1994); K. L. Dueholm J.Org. Chem. 59, 5767-5773 (1994); S. Agrawal (ed.) Methods in Molecular Biology, volume 20; and Tijssen (1993) Laboratory Techniques in biochemistry and molecular biology-hybridization with nucleic acid probes, e.g., part I chapter 2 "overview of principles of hybridization and the strategy of nucleic acid probe assays", Elsevier, New York provide a basic guide to nucleic acid hybridization. Innis, supra, provides an overview of primer selection.

PCR primers are preferably selected so that no secondary structure forms within the primer. Self-complementary primers have poor hybridization properties, because the complementary portions of the primers self hybridize (i.e., form hairpin structures).

Primers are preferably selected to have minimal cross-hybridization, thereby preventing competition between individual primers and a template nucleic acid and preventing duplex formation of the primers in solution, and possible concatenation of the primers during PCR. If there is more than one constant region in the primer, the constant regions of the primer are selected so that they do not self-hybridize or form hairpin structures.

One of skill will recognize that there are a variety of possible ways of performing the above selection steps, and that variations on the steps are appropriate. Most typically, selection steps are performed using simple computer programs to perform the selection as outlined above;

20/428241.1 -                              34

however, all of the steps are optionally performed manually. One available computer program for primer selection is the MacVector™ program from Kodak.

In addition, the primers designed may be compared to the known sequences in the template nucleic acid, to avoid non specific hybridization of the primers to the template nucleic acid. For example, primers for use in detecting nucleotides in human genomic DNA can be "blasted" against human GenBank sequences, e.g., at the National Center for Biotechnology Information (NCBI) at http://www.ncbi.nlm.nih.gov/.

There are numerous algorithms that can be used for comparing sequences, such as probe sequences to template DNA sequences and probe and primer sequences. These algorithms include Sequencher, GCG, and the HGS Iris software. Any software which can align sequence and find regions of homology can be used, or the sequences can be compared manually.

Preferred primers will be from about 10 to about 50 nucleotides in length, and even more preferably from about 10 to about 40 nucleotides in length. Primers can also be from about 15 to about 30 nucleotides in length or from about 15 to about 25 nucleotides in length. Any length of primers can be used, provided that the primers hybridize specifically to the probe. An exemplary sequence for primer 1 includes 5'GACTAGAGACCTCGTGGAC 3' (SEQ ID NO: 1). Exemplary sequences for primer 2 include 5'GACCTGCAGCGTACG 3' (SEQ ID NO: 2) and 5' TGTAAAACGACGGCCAGT 3' (M13 primer; SEQ ID NO: 3).

The probe may further contain a "tag" or "sequence tag" or "molecular tag", i.e., a sequence that is specific to the probe and which, when detected, provides the identity of the nucleotide(s) to be identified. Thus the tag serves as a unique identifier (molecular bar code) of the probe. A tag will preferably allow for the multiplexed detection of an allele. The tag is preferably located in a region of the probe that is amplified during the amplification reaction using primers 1 and 2. Accordingly, the tag may be located between THR1 and P1HR or between THR2 and P2HR (see, e.g., probe depicted in Figure 4C). Whether the tag is located between THR1 and P1HR or between THR2 and P2HR will depend on the particular detection system used. For example, if primer 1 is labeled for detection, the tag should be located between THR1 and P1HR (see, e.g., Figure 1). Alternatively, if primer 2 is labeled for detection, the tag should be located between THR2 and P2HR.

The tag sequence can be a sequence designed to be detected by any of several methods, e.g., by molecular weight ("molecular weight tag" or "mass tag" or "length tag" or "electrophoretic tag"); by isoelectric point ("isoelectric tag"); or by sequence ("sequence tag"). The detection of the specific tags is further described below. Briefly, an electrophoretic tag can be identified electrophoretically; a mass tag can be detected by mass spectrometry; and a

20/428241.1 -                    35

hybridization tag can be detected by specific hybridization. The tag can be at least 5 nucleotides in length, at least 10 nucleotide; at least about 15, 20, 25, 30, 35, 40, 45, 50, 60, 70, 80, 90 or 100 nucleotides in length.

5    The tag is preferably located in a region of the probe that is amplified by primers 1 and 2. Even more preferably, the tag is located between P2HR and THR2 (see, e.g., Figure 4). The tag can also be located between P1HR and THR1. In yet another embodiment, the probe contains two identical or different tags. For example, one tag can be located between P1HR and THR1 and the other tag can be located between P2HR and THR2. Additional tags may be included in the probe.

10    Exemplary electrophoretic tags or barcode tags which have been used in the examples described herein include 5' CGACCTCAAGTGAAGTACA 3' (SEQ ID NO: 4);    5' GCTGGAGTTCGCACGCTATA    3'    (SEQ    ID    NO:    5);    5' CAAAGGTGGAGCTGCACACT/TTTAAA    3'    (SEQ    ID    NO:    6);    5' GCCTGGGTTACGTGTCTACT/TTTAAA    3'    (SEQ    ID    NO:    7);    5' GGTAGTACGGTGCTCTTACA 3' (SEQ ID NO: 8); and 5' /GCAATATGTAACTCTCTGGG 3' (SEQ ID NO: 9).

A tag for detection in array hybridization, e.g., high density arrays, are preferably around 20 nucleotides long and are described, e.g, in Shoemaker et al. (1996) Nature Genetics 14: 450. Tag seqences should be different as possible yet still retain similar hybridization properties to facilitate simultaneous analysis on hig-density olignucleotide arrays.    As described in Sheomaker et al., supra, an alogrithm can be used to select sets of thousands (over 9,000) maximally distinguished 20mer tag sequences that are predicted to have similar melting temperatures, no secondary structures and no extensive similarity between any two sequences (more than 5 mismatches). Moreover, hybridizations are sensitive and capable of detecting small differences in hybridization signal. For example, as further described in Shoemaker et al., supra, a two fold change in concentration was detected in the presence of a hybridization mixture with 120 oligonucleotides.

The probe can further include one or more specific restriction sites that allow the removal of a fragment of the amplified portion of the probe. For example, the probe may contain a restriction enzyme site adjacent to the tag, such that after amplification, a portion of the amplified product and the tag can be separated from the rest of the amplified product. Accordingly, in one embodiment, the probe contains a restriction enzyme site located between the tag and a THR, e.g., THR2 (see, e.g., Figures 1 and 4). If the tag is located between T1HR and THR1, the restriction site would preferably be located between the tag and THR1. In

20/428241.1 -                                        36

another embodiment, a probe contains a restriction site adjacent to each end of the tag, such that the tag can be isolated from the rest of the probe. If the probe contains two or more tags, it may contain additional restriction sites for isolating these tags. The restriction sites for isolating each of the tags may be same for each tag or different.

5      Restriction enzyme sites used for cleaving off the tag are preferably restriction sites of low occurrence, such that they do not produce contaminating nucleic acid fragments in the reaction to isolate the tag(s). Exemplary enzymes include DraI and NotI as well as any restriction enzyme recognizing an 8 nucleotide long motif. These enzyme are commercially available, e.g., from Boehringer Mannheim.

10      In certain embodiments, the probe may further contain additional elements. In particular, an additional fragment of nucleic acid between the PHR may be necessary in certain embodiments to obtain appropriate hybridization of the probe to the template nucleic acid. The sequence of such portions is chose so that it doesn't hybridize non specifically to the template nucleic acid, the probe or the primers or has an inappropriate secondary structure.

15      Instead of using one probe for hybridizing to a template nucleic acid to identify one or more nucleotides, the invention also provides a method using two probes, each containing half the single probe. In a preferred embodiment, each of the two probes contain a region of homology to the template nucleic acid (a THR), abutting the nucleotide(s) to be identified and a region of homology to a primer (a PHR) used in the amplification step. Similarly to the embodiment in which a single probe is used, in this embodiment, the region of homology to the primer can be included in or overlap with the region of homology to the template nucleic acid. In an embodiment in which the use of a generic primer is desirable, the THR and PHR preferably do not overlap. An illustrative example of a pair of probes is depicted in Figure 4D. Either or both of the probes may further contain one or more tags and one or more restriction enzyme sites for isolating a probe fragment comprising the one or more tag.

25      In yet another embodiment of the invention, one or more adaptor probes are used (see, e.g., Figure 3). In one embodiment, an adaptor probe comprises a sequence that is complementary to a region of a template nucleic acid located between two regions of nucleotides to be identified, e.g., between two SNPs, and abutting both of these regions. Optionally, the adaptor probe may contain one or more 3' most nucleotides that are complementary to the region of nucleotides to be determined that is located 5' relative to the other one (see, e.g., Figure 3).

30      Adaptor probes are designed based on the same criteria that must be considered when designing homology regions in a probe or when designing hybridization primers. The homology between the adaptor probe and the template nucleic acid is preferably 100%, i.e., the match

between the two strands is perfect. However, if the adaptor probe is sufficiently long, it may also contain one or more mismatches, provided that the hybridization remains sufficiently strong.

Oligonucleotides for use as probes, including adaptor probes, or primers, may be synthesized chemically, e.g., according to the solid phase phosphoramidite triester method described by Beaucage and Caruthers (1981), Tetrahedron Letts., 22(20):1859-1862, e.g., using an automated synthesizer, as described in Needham-VanDevanter et al. (1984) Nucleic Acids Res., 12:6159-6168. Oligonucleotides can also be custom made and ordered from a variety of commercial sources known to persons of skill. Purification of oligonucleotides, where necessary, is typically performed by either native acrylamide gel electrophoresis or by anion-exchange HPLC as described in Pearson and Regnier (1983) J. Chrom. 255:137-149. The sequence of the synthetic oligonucleotides can be verified using the chemical degradation method of Maxam and Gilbert (1980) in Grossman and Moldave (eds.) Academic Press, NY, Methods in Enzymology 65:499-560. Custom oligos can also easily be ordered from a variety of commercial sources known to persons of skill.

Where probes are prepared by synthetic methods, it may be necessary to phosphorylate the 5' end of the probe, since oligonucleotide synthesizers do not usually produce oligonucleotides having a phosphate at their 5' end. The absence of a phosphate at the 5' end of the probe would otherwise prevent ligation of the 5' and 3' ends of the probe. Phosphorylation may be carried out according to methods well known in the art, e.g., using T4 polynucleotide kinase as described, e.g., in U.S. 5,593,840.

Probes and primers can also be prepared by recombinant methods, such as by including the probe in a plasmid that can be replicated in a host cell, e.g., bacteria, amplified and isolated by methods known in the art. The probe can then be cut out of the plasmid using a restriction enzyme that cuts around the probe. Alternatively, large amounts of probe can be prepared by PCR amplification using primers that are complementary to the 5' and 3' ends of the probe. The probe can then be further purified according to methods known in the art.

Probes can be prepared in one step, e.g., by synthetically synthesizing the whole probe. Alternatively, probes can be synthesized in at least two parts and linked together through a linking oligonucleotides. For example, part A of a probe can be synthesized, which comprises THR1 and P1HR, part B of the probe can be synthesized, which comprises P2HR, optionally a tag, and THR2. Part A and part B can be linked together by using a bridging oligonucleotide, which contains sequences that are complementary to part A and part B of the probe. This is further described in Example 7. The bridging oligonucleotide is preferably at least from about 20 to about 50 nucleotides long, e.g., between 30 and 40 nucleotides. The bridging

oligonucleotide preferably comprises at least about 10, more preferably, at least about 15 or 20 nucleotides that are complementary to each of part A and part B of the probe. The criteria to consider when designing bridging oligonucleotides are the same as those involved in designing a primer for hybridizing to a particular sequence, as described above. The ligation in the presence

5    of the bridging oligonucleotide can be performed by regular ligation methods.

In certain embodiments, the probe contains one or more uracil bases, such that the original probe can be degraded using uracil-N-glycosylase digestion (UNG digestion; see infra). A probe may contain a single uracil base or several uracil bases. The location of the uracil base(s) is not important. For example, a uracil base can be located between the THR1 and

10    P1HR, as described in the examples. Uracil bases are indicated herein as "X" in the probe sequences (not to be confused with SNPs which, in diagrams, but not in sequences, are indicated by "X"). Probes containing one or more uracil bases can be, e.g., synthesized chemically using oligonucleotide synthesizers and including a uracil base where desired.

## Ligation of the probe(s)

15    Ligation of the 3' and 5' ends of the probe(s) can be performed using an enzyme, or chemically. Preferably, ligation is carried out enzymatically using a ligase in a standard protocol. Many ligases are known and are suitable for use in the invention, e.g. Lehman, Science, 186: 790-797 (1974); Engler et al, DNA Ligases, pages 3-30 in Boyer, editor, The Enzymes, Vol. 15B (Academic Press, New York, 1982); and the like. Preferred ligases include T4 DNA

20    ligase, T7 DNA ligase, E. coil DNA ligase, Taq ligase, Pfu ligase, and Tth ligase. Protocols for their use are well known, e.g. Sambrook et al (cited above); Barany, PCR Methods an Applications, 1: 5-16 (1991); Marsh et al, Strategies, 5: 73-76 (1992); and the like. Generally, ligases require that a 5' phosphate group be present for ligation to the 3' hydroxyl of an abutting

25    strand. Preferred ligases include thermostable or (thermophilic) ligases, such as pfu ligase, Tth ligase, Taq ligase and Ampligase TM DNA ligase (Epicentre Technologies, Madison, Wis.). Ampligase has a low blunt end ligation activity.

The preferred ligase would be the one which has the least mismatch ligation and ligation across the gap activity. The specificity of can be increased by substituting the more specific

30    NAD+ -dependant ligases such as E. coli ligase and (thermostable) Taq ligase for the less specific T4 DNA ligase. The use of NAD analogues in the ligation reaction further increases specificity of the ligation reaction. See, U.S. Pat. No. 5,508,179 to Wallace et al.

The conditions for carrying out the ligation will depend on the particular ligase used and will generally follow the manufacturer's recommendations. For example, preferred Ampligase

concentrations are from about 0.0001 to about 0.001 u/ul, and preferably about 0.0005 u/ul. Preferred concentrations of probe nucleic acids are from about 0.001 to about 0.01 picomoles/ul and even more preferably, about 0.015 picomoles/ul.  Preferred concentrations of template nucleic acids include from about 1 to about 5 femtomole/ul, most preferably, about 2 femtomole/ul. A typical reaction is performed in a total of about 20 ul.

     In a preferred embodiment, the template nucleic acids and probe(s) are combined in a reaction mixture together with a ligase and ligase buffer.  The template and probe(s) are then denatured, e.g., by incubation at 95°C for about 5 to 10 minutes, and then annealed, e.g., by decreasing the temperature of the reaction.  The annealing conditions will depend on the Tm of the homology regions, as described elsewhere herein.  Annealing can be carried out by slowing reducing the temperature from 95°C to about the Tm or several degrees below the Tm. Alternatively, annealing can be carried out by incubating the reaction at a temperature several degrees below the Tm for, e.g., about 10 to about 60 minutes.  For example, the annealing step can be carried out for about 15 minutes.  Ligation can be then carried out by incubation the reactions for about 10 minutes at 65°C.

     Alternatively, the nucleic acids are denatured and annealed in the absence of the ligase, and the ligase is added to the annealed nucleic acids and then incubated, e.g., for about 10 minutes at 65°C. This embodiment is preferably for non heat stable ligases.


Ligation/polymerization

     In embodiments in which the probe does not include a 3' most terminal nucleotide(s) that are complementary to the nucleotide(s) to be probed, one or more dNTPs are added to the 3' most end of the probe prior to, or during, the ligation step.  These nucleotides can be linked to the probe using a polymerase, e.g., DNA or an RNA polymerase.  Preferred polymerases are those that are deprived of strand displacement capacity, such that they will be capable of adding only the necessary bases at the end of the probe, without further extending the probe to include nucleotides that are complementary to the PHR1.  For example, various RNA polymerases such as from Thermus sp., or Q beta replicase from bacteriophage, also SP6, T3, T4 and T7 RNA polymerases can be used, among others.

Even more preferred polymerases are those that are essentially devoid of a 5' to 3' exonuclease activity, so as to assure that the probe will not be extended past the 5' end of the probe. Exemplary enzymes lacking 5' to 3' exonuclease activity include the Klenow fragment of the DNA Polymerase and the Stoffel fragment of DNAPTaq Polymerase.  For example, the Stoffel fragment of Taq DNA polymerase lacks 5' to 3' exonuclease activity due to genetic

20/428241.1 -                                    40

manipulations, which result in the production of a truncated protein lacking the N-terminal 289 amino acids. (See e.g., Lawyer et al., J. Biol. Chem., 264:6427-6437 [1989]; and Lawyer et al., PCR Meth. Appl., 2:275-287 [1993]). Analogous mutant polymerases have been generated for polymerases derived from T. maritima, Tsps17, TZ05, Tth and Taf.

5      Even more preferred polymerases are those that lack a 3' to 5' exonuclease activity, which is commonly referred to as a proof-reading activity, and which removes bases which are mismatched at the 3' end of a primer-template duplex. Although the presence of 3' to 5' exonuclease activity provides increased fidelity in the starnd synthesized, the 3' to 5' exonuclease activity found in thermostable DNA polymerases such as Tma (including mutant forms of Tma

10    that lack 5' to 3' exonuclease activity) also degrades single-stranded DNA such as the primers used in the PCR, single-stranded templates and single-stranded PCR products. The integrity of the 3' end of an oligonucleotide primer used in a primer extension process is critical as it is from this terminus that extension of the nascent strand begins. Degradation of the 3' end leads to a shortened oligonucleotide which in turn results in a loss of specificity in the priming reaction

15    (i.e., the shorter the primer the more likely it becomes that spurious or non-specific priming will occur).

Yet even more preferred polymerases are thermostable polymerases. For the purposes of this invention, a heat resistant enzyme is defined as any enzyme that retains most of its activity after one hour at 40o C. under optimal conditions. Examples of thermostable polymerase which

20    lack both 5' to 3'exonuclease and 3' to 5' exonuclease include Stoffel fragment of Taq DNA polymerase. This polymerase lacks the 5' to 3' exonuclease activity due to genetic manipulation and no 3' to 5' activity is present as Taq polymerase is naturally lacking in 3' to 5' exonuclease activity. Tth DNA polymerase is derived form Thermus thermophilus, and is available form Epicentre Technologies, Molecular Biology Resource Inc., or Perkin-Elmer Corp. Other useful

25    DNA polymerases which lack 3' exonuclease activity include a Vent[R ](exo-), available from New England Biolabs, Inc., (purified from strains of E. coli that carry a DNA polymerase gene from the archaebacterium Thermococcus litoralis), and Hot Tub DNA polymerase derived from Thermus flavus and available from Amersham Corporation. {I'm not use that this Vent enzyme and Hot tub pol. Are devoid of 5' to 3' exonuclease activity?]

30    Other preferred enzymes which are thermostable and deprived of 5' to 3' exonuclease activity and of 3' to 5' exonuclease activity include AmpliTaq Gold. Other DNA polymerases, which are at least substantially equivalent may be used like other N-terminally truncated Thermus aquaticus (Taq) DNA polymerase I. the polymerase named KlenTaq I and KlenTaq LA are quite suitable for that purpose. Of course, any other polymerase having these characteristics

35    can also be used according to the invention.

The conditions for performing the addition of one or more nucleotides at the 3' end of the probe will depend on the particular enzyme used, and will generally follow the conditions recommended by the manufacturer of the enzymes used.

The nucleotides are preferably added to a final concentration from about 0.1 uM/ul to about 100 uM/ul, and preferably about 1 to 10 uM/ul in the reaction. The concentration of ligase to add is described in the previous section. Preferred amounts of Taq DNA Polymerase Stoffel fragment include 0.5 u/ul. A typical reaction volume is about 20 ul. Preferred amounts of template and probe DNA are also described in the previous section.

In a preferred embodiment, the template nucleic acids and probe(s) are combined in a reaction mixture together with a ligase, ligase buffer, nucleotides and polymerase. The template and probe(s) are then denatured, e.g., by incubation at 95°C for about 5 to 10 minutes, and then annealed, e.g., by decreasing the temperature of the reaction. As described above, the annealing conditions will depend on the Tm of the homology regions. Polymerization and ligation are then done by incubation, e.g., for about 10 minutes at 65°C. Alternatively, the nucleic acids are first incubated together in the absence of enzymes, denatured and annealed and then the enzymes are added and the reactions are further incubated for, e.g., about 10 minutes at 65°C.

In order to decrease background signals that result from the attachment and ligation of a non complementary nucleotide, instead of adding a single dNTP to the polymerisation reaction, one dNTP could be added along with the other three ddNTP's. These ddNTPs would not allow ligation but would render the reaction insensitive to small amounts of contaminating nucleotide.

Background signals may also result from the presence of the "correct" nucleotide in the reaction due to the presence of nucleotides in reagents, and its attachment to the probe. Contamination of reagents with nucleotides can be reduced by treatment of the reagents with an enzyme that degrades free nucleotides. A preferred enzyme includes Apyrase. As described in the Examples, Apyrase is usually added to the reaction prior to the addition of the one or more dNTPs, at about a concentration of 0.5 mU/ul in a typical reaction of about 20ul. Generally, the reactions are then incubated at 20 °C for a few minutes to up to 30 minutes. The enzyme is then denatured by incubation of the reaction for about 5 to 10 minutes at 95°C.

## Amplification of ligated probe(s)

After the ligation or ligation/polymerization of the probe, the portion of the probe including the nucleotide(s) to be probed is amplified, e.g., by PCR, using primers 1 and 2. PCR can be conducted according to methods known in the art. See generally PCR Technology:

20/428241.1 -                                   42

principles and Applications for DNA Amplification (ed. H. A. Erlich, Freeman Press, N.Y., N.Y., 1992); PCR Protocols: A Guide to Methods and applications (eds. Innis, et al., academic Press, San Diego, Calif., 1990); Mattila et al., Nucleic Acids Res. 19, 4967 (1991); Eckert et al., PCR Methods and Applications 1, 17 (1991); PCR (eds. McPherson et al., IRL Press, Oxford);

5   and U.S. Pat. No. 4,683,202.

Other suitable amplification methods include the ligase chain reaction (LCR) see Wu and Wallace, Genomics 4, 560 (1989), Landegren et al., Science 241, 1077 (1988), transcription amplification (Kwoh et al., Proc. Natl. Acad. Sci. USA 86, 1173 (1989)), and self-sustained sequence replication (Guatelli et al., Proc. Nat. Acad. Sci. USA, 87, 1874 (1990)) and nucleic

10   acid based sequence amplification NASBA).

Probes can be designed and synthesized as further described herein.

## Background reduction methods

It is important to note that there may be PCR background that results from polymerase

15   extension of the mismatched 3' end of the probe along the template. This background may be reduced in order to obtain high levels of enrichment of the specifically ligated probes. The following represent examples of PCR background suppression techniques. These techniques may be based on the elimination of the original probe and/or template nucleic acids.

In one embodiment, after ligating the probes, a biotinylated primer is introduced which is

20   complementary to the first probe primer. An extension polymerization reaction is then performed resulting in either a full length probe complement (in the case of the ligated probes) or a truncated probe missing the second primer site (in the case of the unligated probes) (see, e.g., Figure 1). This product can then be captured on magnetic streptavidin beads and the template and original probes washed away. The PCR can then performed using this "clean" product.

25   Because the unligated probe products will lack the second primer site, they will not amplify. Numerous examples of such a reaction are provided in the Examples. Biotinylated probes can be synthesized on an oligonucleotide synthesizer.

In another embodiment, the probe is made to contain a uracil base between the first primer sequence and the first homology sequence. After a run-off reaction as described above,

30   uracil-N-glycosylase can be used to induce strand cision on all the original probes stopping any PCR. Only the full length extension products will amplify.

In yet another embodiment, instead of the elongation reaction as described above, a rolling circle polymerization reaction can be performed. In this way many concatenated copies

of the ligated probes can be made, effectively increasing the concentration of the ligated probes relative to the unligated probes and leading to a lower level of amplified un-ligated probe. This technique is described, e.g., in Example 2, and in U.S. patent No. 5,854,033 by Lizardi et al.

Yet other methods to reduce background amplification, i.e., non specific amplification,
5   include using an exonuclease to degrade any unligated probe. Prior to amplification, any exonuclease must be eliminated from the reaction mixture, e.g., by heat denaturation of the nuclease.

In yet another embodiment, in which the template or probe is an RNA molecule, degradation of the probe or template can be achieved by subjection the reaction to alkaline
10   conditions, which will degrade the RNA. Accordingly, in an embodiment in which the template nucleic acid is RNA, the probe is annealed to the RNA template, ligation and/or ligation polymerization is carried out, and the reactions are then subjected to alkaline conditions, e.g., about 0.5M NaOH, for about 5 to 10 minutes to degrade the template RNA. The reactions are then neutralized and the subsequent steps of the method can be carried on. This will result in
15   reduced PCR background that would have resulted from the presence of the template RNA during PCR amplification.


## Detection of the amplified products

The amplified products can be identified by a variety of means, which may or may not include the labeling of a primer with a detectable molecule, and the use of a probe with may or
20   may not include a tag. For example, a product amplified form a reaction with a probe which does not contain a tag and an amplification that did not contain a labeled primer, can be detected and identified by, e.g., gel electrophoresis, transfer onto a membrane and hybridization of the membrane to a probe that is specific for the probe used in the reaction. Alternatively, the
25   amplification products can be sequenced. In a reaction involving multiple different probes for the detection of multiple SNPs for example, the amplified products could all be ligated together and the ligated products could be sequenced ("SAGE" method of detection). The sequencing primesr could be, e.g., the amplification primers.

In another embodiment, the amplification products are detected and identified due to the
30   presence of a tag, e.g., a mass tag or a length tag. In one embodiment, the second primer in the PCR reaction is given a fluorescent label. After amplification, the restriction site is used to cleave off all of the amplicon after the tag. If this tag is of variable length, these labeled probes can then be separated electrophoretically on a capillary electrophoresis machine to reveal the presence or absence of a given probe.

20/428241.1 -                            44

If the tag is a hybridization tag, the collection of probes can be hybridized to a DNA tag array which contains spots with the tag complements immobilized on a surface. The fluorescent intensity and/or color of a given spot reveals the presence or absence of a probe.

If the tag is a hybridization tag, the tag can also be hybridized to a set of beads which
5    contain the tag complements immobilized on their surfaces. These beads can be spectrally encoded (e.g. using quantum dots). A flow cytometer can then be used to identify which beads are have been hybridized to a fluorescent product.

In another embodiment, the hybridization tag is an RNA molecule. For example, primer 1 or 2 can be a sequence that is complementary to a transcriptional promoter, e.g., T7 or SP6.
10   After amplification, an RNA polymerase is used to transcribe the sequences downstream of the promoter. Since the tag is located downstream of the promoter, it will be transcribed into RNA. The transcribed RNA can then be hybridized to a solid matrix containing complementary sequences.

If tag is a mass tag (or length tag) the probes can be separated by MALDI-TOF mass
15   spectrometry. The presence or absence of an allele will then reveal itself in the resultant mass spectrum.

Set forth below are methods that can be used to label a primer and to detect the amplied tags.

Several preferred methods can be used to label and detect the labeled amplified DNA,
20   including: 1) Chemiluminescence [using both Horseradish Peroxidase and/or Alkaline Phosphatase with substrates that produce photons as breakdown products][kits available from Amersham, Boehringer-Mannheim, and Life Technologies/Gibco BRL], 2) Color production [using both Horseradish Peroxidase and/or Alkaline Phosphatase with substrates that produce a colored precipitate] [kits available from Life Technologies/Gibco BRL, and Boehringer-
25   Mannheim], 3) Chemifluorescence using Alkaline Phosphatase and the substrate AttoPhos [Amersham] or other substrates that produce fluorescent products, 4) Fluorescence [using Cy-5 [Amersham], fluorescein, and other fluorescent tags], 5) Radioactivity using end-labeling, nick translation, random priming, or PCR to incorporate radioactive molecules into the probe DNA/oligonucleotide. Other methods for labeling and detection will be readily apparent to one
30   skilled in the art.

More generally, a primer can be labeled with any composition detectable by spectroscopic, photochemical, biochemical, immunochemical, electrical, optical or chemical means. Useful labels in the present invention include spectral labels such as fluorescent dyes (e.g., fluorescein isothiocyanate, Texas red, rhodamine, dixogenin, biotin, and the like),

20/428241.1 -                                45

radiolabels (e.g., $^3$H, $^{125}$I, $^{35}$S, $^{14}$C, $^{32}$P, $^{33}$P, etc.), enzymes (e.g., horse-radish peroxidase, alkaline phosphatase etc.) spectral calorimetric labels such as colloidal gold or colored glass or plastic (e.g. polystyrene, polypropylene, latex, etc.) beads. The label may be coupled directly or indirectly to a the primer according to methods well known in the art, and further described

5    below. As indicated above, a wide variety of labels may be used, with the choice of label depending on sensitivity required, ease of conjugation with the compound, stability requirements, available instrumentation, and disposal provisions. In general, a detector which monitors a probe- target nucleic acid hybridization is adapted to the particular label which is used. Typical detectors include spectrophotometers, phototubes and photodiodes, microscopes,

10    scintillation counters, cameras, film and the like, as well as combinations thereof. Examples of suitable detectors are widely available from a variety of commercial sources known to persons of skill. Commonly, an optical image of a substrate comprising a nucleic acid array with particular set of probes bound to the array is digitized for subsequent computer analysis.

Fluorescent labels are also preferred labels, having the advantage of requiring fewer

15    precautions in handling, and being amendable to high-throughput visualization techniques. Preferred labels are typically characterized by one or more of the following: high sensitivity, high stability, low background, low environmental sensitivity and high specificity in labeling. Fluorescent moieties, which are incorporated into the labels of the invention, are generally are known, including Texas red, dixogenin, biotin, 1- and 2-aminonaphthalene, p,p'-

20    diaminostilbenes, pyrenes, quaternary phenanthridine salts, 9-aminoacridines, p,p'-diaminobenzophenone imines, anthracenes, oxacarbocyanine, merocyanine, 3-aminoequilenin, perylene, bis-benzoxazole, bis-p-oxazolyl benzene, 1,2-benzophenazin, retinol, bis-3-aminopyridinium salts, hellebrigenin, tetracycline, sterophenol, benzimidazolylphenylamine, 2-oxo-3-chromen, indole, xanthen, 7-hydroxycoumarin, phenoxazine, calicylate, strophanthidin,

25    porphyrins, triarylmethanes and flavin. Individual fluorescent compounds which have functionalities for linking to an element desirably detected in an apparatus or assay of the invention, or which can be modified to incorporate such functionalities include, e.g., dansyl chloride; fluoresceins such as 3,6-dihydroxy-9-phenylxanthydrol; rhodamineisothiocyanate; N-phenyl 1-amino-8-sulfonatonaphthalene; N-phenyl 2-amino-6-sulfonatonaphthalene; 4-

30    acetamido-4-isothiocyanato-stilbene-2,2'-disulfonic acid; pyrene-3-sulfonic acid; 2-toluidinonaphthalene-6-sulfonate; N-phenyl-N-methyl-2-aminoaphthalene-6-sulfonate; ethidium bromide; stebrine; auromine-0,2-(9'-anthroyl)palmitate; dansyl phosphatidylethanolamine; N,N'-dioctadecyl oxacarbocyanine: N,N'-dihexyl oxacarbocyanine; merocyanine, 4-(3'-pyrenyl)stearate; d-3-aminodesoxy-equilenin; 12-(9'-anthroyl)stearate; 2-methylanthracene; 9-

35    vinylanthracene; 2,2'(vinylene-p-phenylene)bisbenzoxazole; p-bis(2-   -methyl-5-phenyl-

oxazolyl))benzene; 6-dimethylamino-1,2-benzophenazin; retinol; bis(3'-aminopyridinium) 1,10-decandiyl diiodide; sulfonaphthylhydrazone of hellibrienin; chlorotetracycline; N-(7-dimethylamino-4-methyl-2-oxo-3-chromenyl)maleimide;        N-(p-(2benzimidazolyl)-phenyl)maleimide; N-(4-fluoranthyl)maleimide; bis(homovanillic acid); resazarin; 4-chloro-7-nitro-2,1,3-benzooxadiazole; merocyanine 540; resorufin; rose bengal; and 2,4-diphenyl-3(2H)-furanone. Many fluorescent tags are commercially available from SIGMA chemical company (Saint Louis, Mo.), Molecular Probes, R&D systems (Minneapolis, Minn.), Pharmacia LKB Biotechnology (Piscataway, N.J.), CLONTECH Laboratories, Inc. (Palo Alto, Calif.), Chem Genes Corp., Aldrich Chemical Company (Milwaukee, Wis.), Glen Research, Inc., GIBCO BRL Life Technologies, Inc. (Gaithersberg, Md.), Fluka Chemica-Biochemika Analytika (Fluka Chemie AG, Buchs, Switzerland), and Applied Biosystems (Foster City, Calif.) as well as other commercial sources known to one of skill.

The label may be coupled directly or indirectly to a molecule to be detected (a product, substrate, enzyme, or the like) according to methods well known in the art. As indicated above, a wide variety of labels are used, with the choice of label depending on the sensitivity required, ease of conjugation of the compound, stability requirements, available instrumentation, and disposal provisions. Non radioactive labels are often attached by indirect means. Generally, a ligand molecule (e.g., biotin) is covalently bound to a nucleic acid such as a probe, primer, amplicon, YAC, BAC or the like. The ligand then binds to an anti-ligand (e.g., streptavidin) molecule which is either inherently detectable or covalently bound to a signal system, such as a detectable enzyme, a fluorescent compound, or a chemiluminescent compound. A number of ligands, and anti-ligands can be used. Where a ligand has a natural anti-ligand, for example, biotin, thyroxine, and cortisol, it can be used in conjunction with labeled, anti-ligands. Alternatively, any haptenic or antigenic compound can be used in combination with an antibody. Labels can also be conjugated directly to signal generating compounds, e.g., by conjugation with an enzyme or fluorophore or chromophore. Enzymes of interest as labels will primarily be hydrolases, particularly phosphatases, esterases and glycosidases, or oxidoreductases, particularly peroxidases. Fluorescent compounds include fluorescein and its derivatives, rhodamine and its derivatives, dansyl, umbelliferone, etc. Chemiluminescent compounds include luciferin, and 2,3-dihydrophthalazinediones, e.g., luminol. Means of detecting labels are well known to those of skill in the art. Thus, for example, where the label is a radioactive label, means for detection include a scintillation counter or photographic film as in autoradiography. Where the label is optically detectable, typical detectors include microscopes, cameras, phototubes and photodiodes and many other detection systems which are widely available.

The tags may be cleaved from the hybridized fragments and detected by the respective detection technology (e.g., mass spectrometry, infrared spectrometry, potentiostatic amperometry or UV/visible spectrophotometry). Oligonucleotide tags may be single stranded and be designed for specific hybridization to single stranded tag complements by duplex formation.

5   Oligonucleotide tags may also be double stranded and be designed for specific hybridization to single stranded tag complements by triplex formation.

The terms length determination, separation-by-length assay, and separation-by-length assay medium are taken collectively to mean a process and its related apparatus that achieves separation of DNA fragments on the basis of length, size, mass, or any other physical property.

10   This includes generally, liquid chromatography, electrophoresis and direct mass spectrometry; more particularly, high performance liquid chromatography (HPLC) and capillary electrophoresis or gel electrophoresis, and MALDI-TOF MS respectively.

Where the tag is a hybridization tag, in order to keep high specificity, hybridization is normally carried out under the most stringent conditions, achieved through various combinations

15   of temperature, salts, detergents, solvents, chaotropic agents, and denaturants. Such conditions are further described herein in context of the homology regions and primers.

Multiple sample nucleic acid hybridization analysis has been conducted on a variety of filter and solid support formats (see G. A. Beltz et al., in Methods in Enzymology, Vol. 100, Part B, R. Wu, L. Grossman, K. Moldave, Eds., Academic Press, New York, Chapter 19, pp. 266-

20   308, 1985). One format, the so-called "dot blot" hybridization, involves the non-covalent attachment of target DNAs to a filter, which are subsequently hybridized with a radioisotope labeled probe(s). "Dot blot" hybridization gained wide-spread use, and many versions were developed (see M. L. M. Anderson and B. D. Young, in Nucleic Acid Hybridization-A Practical Approach, B. D. Hames and S. J. Higgins, Eds., IRL Press, Washington D.C., Chapter 4, pp. 73-

25   111, 1985). The "dot blot" hybridization has been further developed for multiple analysis of genomic mutations (D. Nanibhushan and D. Rabin, in EPA 0228075, Jul. 8, 1987) and for the detection of overlapping clones and the construction of genomic maps (G. A. Evans, in U.S. Pat. No. 5,219,726, Jun. 15, 1993).

Another format, the so-called "sandwich" hybridization, involves attaching

30   oligonucleotide probes covalently to a solid support and using them to capture and detect multiple nucleic acid targets. (M. Ranki et al., Gene, 21, pp. 77-85, 1983; A. M. Palva, T. M. Ranki, and H. E. Soderlund, in UK Patent Application GB 2156074A, Oct. 2, 1985; T. M. Ranki and H. E. Soderlund in U.S. Pat. No. 4,563,419, Jan. 7, 1986; A. D. B. Malcolm and J. A. Langdale, in PCT WO 86/03782, Jul. 3, 1986; Y. Stabinsky, in U.S. Pat. No. 4,751,177, Jan. 14,

1988; T. H. Adams et al., in PCT WO 90/01564, Feb. 22, 1990; R. B. Wallace et al. 6 Nucleic Acid Res. 11, p. 3543, 1979; and B. J. Connor et al., 80 Proc. Natl. Acad. Sci. USA pp. 278-282, 1983). Multiplex versions of these formats are called "reverse dot blots".

5    In another approach of matrix hybridization, Beattie et al., in The 1992 San Diego Conference: Genetic Recognition, November, 1992, used a microrobotic system to deposit micro-droplets containing specific DNA sequences into individual microfabricated sample wells on a glass substrate. The hybridization in each sample well is detected by interrogating miniature electrode test fixtures, which surround each individual microwell with an alternating current (AC) electric field.

10    In another embodiment, the hybridization tags are detected on a micro-formatted multiplex or matrix devices (e.g., DNA chips) (see M. Barinaga, 253 Science, pp. 1489, 1991; W. Bains, 10 Bio/Technology, pp. 757-758, 1992). These methods usually attach specific DNA sequences to very small specific areas of a solid support, such as micro-wells of a DNA chip. In one variant, the invention is adapted to solid phase arrays for the rapid and specific detection of multiple polymorphic nucleotides, e.g., SNPs. Typically, an olignoucletodie is linked to a solid support and a tag nucleic acid is hybridized to the oligonucleotide. Either the oligonucleotide, or the tag, or both, can be labeled, typically with a fluorophore. Where the tag is labeled, hybridization is detected by detecting bound fluorescence. Where the oligonucleotide is labeled, hybridization is typically detected by quenching of the label. Where both the oligonucleotide and the tag are labeled, detection of hybridization is typically performed by monitoring a color shift resulting from proximity of the two bound labels. A variety of labeling strategies, labels, and the like, particularly for fluorescent based applications are described, supra.

    In one embodiment, an array of oligonucleotide are synthesized on a solid support. Exemplar solid supports include glass, plastics, polymers, metals, metalloids, ceramics, organics, etc. Using chip masking technologies and photoprotective chemistry it is possible to generate ordered arrays of nucleic acid probes. These arrays, which are known, e.g., as "DNA chips," or as very large scale immobilized polymer arrays ("VLSIPS TM " arrays) can include millions of defined probe regions on a substrate having an area of about 1 cm2 to several cm2, thereby incorporating sets of from a few to millions of probes.

30    The construction and use of solid phase nucleic acid arrays to detect target nucleic acids is well described in the literature. See, Fodor et al. (1991) Science, 251: 767-777; Sheldon et al. (1993) Clinical Chemistry 39(4): 718-719; Kozal et al. (1996) Nature Medicine 2(7): 753-759 and Hubbell U.S. Pat. No. 5,571,639. See also, Pinkel et al. PCT/US95/16155 (WO 96/17958). In brief, a combinatorial strategy allows for the synthesis of arrays containing a large number of

probes using a minimal number of synthetic steps. For instance, it is possible to synthesize and attach all possible DNA 8 mer oligonucleotides (48, or 65,536 possible combinations) using only 32 chemical synthetic steps. In general, VLSIPS TM procedures provide a method of producing 4n different oligonucleotide probes on an array using only 4n synthetic steps.

5        Light-directed combinatorial synthesis of oligonucleotide arrays on a glass surface is performed with automated phosphoramidite chemistry and chip masking techniques similar to photoresist technologies in the computer chip industry. Typically, a glass surface is derivatized with a silane reagent containing a functional group, e.g., a hydroxyl or amine group blocked by a photolabile protecting group. Photolysis through a photolithogaphic mask is used selectively to

10     expose functional groups which are then ready to react with incoming 5'-photoprotected nucleoside phosphoramidites. The phosphoramidites react only with those sites which are illuminated (and thus exposed by removal of the photolabile blocking group). Thus, the phosphoramidites only add to those areas selectively exposed from the preceding step. These steps are repeated until the desired array of sequences have been synthesized on the solid surface.

15     A 96 well automated multiplex oligonucleotide synthesizer (A.M.O.S.) has also been developed and is capable of making thousands of oligonucleotides (Lashkari et al. (1995) PNAS 93: 7912). Existing light-directed synthesis technology can generate high-density arrays containing over 65,000 oligonucleotides (Lipshutz et al. (1995) BioTech. 19: 442.

       Combinatorial synthesis of different oligonucleotide analogues at different locations on the array is determined by the pattern of illumination during synthesis and the order of addition

20     of coupling reagents. Monitoring of hybridization of target nucleic acids to the array is typically performed with fluorescence microscopes or laser scanning microscopes. In addition to being able to design, build and use probe arrays using available techniques, one of skill is also able to order custom-made arrays and array-reading devices from manufacturers specializing in array

25     manufacture. For example, Affymetrix Corp., in Santa Clara, Calif. manufactures DNA VLSIP TM arrays.

       It will be appreciated that oligonucleotide design is influenced by the intended application. For example, where several oligonucleotide -tag interactions are to be detected in a single assay, e.g., on a single DNA chip, it is desirable to have similar melting temperatures for

30     all of the probes. Accordingly, the length of the probes are adjusted so that the melting temperatures for all of the probes on the array are closely similar (it will be appreciated that different lengths for different probes may be needed to achieve a particular $T_m$ where different probes have different GC contents). Although melting temperature is a primary consideration in probe design, other factors are optionally used to further adjust probe construction, such as

20/428241.1 -                                50

selecting against primer self-complementarity and the like. The "active" nature of the devices provide independent electronic control over all aspects of the hybridization reaction (or any other affinity reaction) occurring at each specific microlocation. These devices provide a new mechanism for affecting hybridization reactions which is called electronic stringency control

5    (ESC). For DNA hybridization reactions which require different stringency conditions, ESC overcomes the inherent limitation of conventional array technologies. The active devices of this invention can electronically produce "different stringency conditions" at each microlocation. Thus, all hybridizations can be carried out optimally in the same bulk solution. These arrays are described in U.S. Patent No. 6,051,380 by Sosnowski et al.

10    One preferred aspect of the present invention is that it results in high-throughput screening capabilities. In the assays described herein, from a few up to millions of different tags identifying, e.g., SNPs, can be identified simultaneously. For example, using simple dot-blot hybridization methods, membranes with thousands of immobilized probes can be generated for

15    screening against tags. The solid-phase techniques described below can be adapted to having literally millions of different immobilized nucleic acids per square inch. Similarly, very large sets of amplified DNAs, e.g,. tags, can be immobilized on membranes for simultaneous screening against one or more sequence.

In one embodiment, the identity of the amplification products are determined by detecting the molecular weights of the amplification product or a fragment thereof, such as by

20    chromatography or mass spectroscopy.

For instance, the gross molecular weight of an amplification product or a discrete fragment thereof can be detected. As set forth above, each member of a probe library (i.e., all of the probes in the reactin) has a unique molecular weight label based on the particular sequence of the tag. For instance, mass spectrometry can provide high detection sensitivity and accuracy of

25    mass measurements that can discern between probes which, while identical in length, differ in sequence by only base. Thus, complex libraries can be constructed by calculating the overall molecular weight of each amplification product to be detected by varying the G/C/A/T content in the tag sequence. In certain preferred embodiments, the nucleic acid sequence which is being detected includes, as its only variable sequence, the tag sequence and not the template homology

30    regions. Such fragments can be generated, for example, by including restriction sites that flank the tag sequence, or choosing the PCR primers such that only the tag sequence is the only variable region of the covalently closed circular product which is included in the amplification products. That being said, in those embodiments where the amplification product which is being detected also includes the template homology region(s), the calculation and design of the tag

35    sequences will need to include the variability in the THRs as well in order to produce products

20/428241.1 -                                51

having a unique molecular weight so as to be discernable from one another by mass spectroscopy or other detection means as may be chosen.

Those skilled in the art will recognize that very simple algorithms can be used to calculate the molecular weights for each member of a library by varying the sequence of the tag, taking into account if necessary the sequences of the template homology regions. The molecular weight complexity of the tag can be increased by allowing the probes to vary in length as well sequence.

In certain instances, the library can be deconvoluted by chromatographic techniques prior to detection by mass spectroscopy. For example, prior to introducing a sample into the spectrometer, the mixture can first be at least semi-purified. Separation procedures based on size (e.g. gel-filtration), solubility (e.g. isoelectric precipitation) or electric charge (e.g. electrophoresis, isoelectric focusing, ion exchange chromatography) may be used to separate a mixture of amplimers. A preferred separation procedure is high performance liquid chromatography (HPLC).

In certain embodiments, the amplification product can include an integrated mass label for multiplex sequencing. Multiplexing by mass modification in this case is obtained by mass-modifying the nucleic acid primer, e.g., at the level of the sugar or base moiety. Such embodiments are most practical when amplification products are to be mixed for detection after the amplification step rather than before.

Suitable mass spectrometry techniques for use in the present invention include DNA analyses of the present invention include collision-induced dissociation (CID) fragmentation analysis (e.g., CID in conjunction with a MS/MS configuration, see Schram, K. (1990) "Mass Spectrometry of Nucleic Acid Components," in Biomedical Applications of Mass Spectrometry 34:203-287; and Crain P. (1990) Mass Spectrometry Reviews 9:505-554); fast atomic bombardment (FAB mass spectrometry) and plasma desorption (PD mass spectrometry), see Koster et al. (1987) Biomedical Environmental Mass Spectrometry 14:111-116; and electrospray/ionspray (ES) and matrix-assisted laser desorption/ionization (MALDI) mass spectrometry (see Fenn et al. (1984) J. Phys. Chem. 88:4451-4459, Smith et al. (1990) Anal. Chem. 62:882-889, and Ardrey, B. (1992) Spectroscopy Europe 4:10-18). MALDI mass spectrometry is particularly well suited to such analyses when a time-of-flight (TOF) configuration is used as a mass analyzer (MALDI-TOF). See International Publication No. WO 97/33000, published Sep. 12, 1997, see also Huth-Fehre et al. (1992) Rapid Communications in Mass Spectrometry 6:209-213, and Williams et al. (1990) Rapid Communications in Mass Spectrometry 4:348-351.

Suitable mass spectrometry techniques for use in the mass tag analyses of the present invention include collision-induced dissociation (CID) fragmentation analysis (e.g., CID in conjunction with a MS/MS configuration, see Schram, K. (1990) "Mass Spectrometry of Nucleic Acid Components," in Biomedical Applications of Mass Spectrometry 34:203-287; and Crain P.

5    (1990) Mass Spectrometry Reviews 9:505-554); fast atomic bombardment (FAB mass spectrometry) and plasma desorption (PD mass spectrometry), see Koster et al. (1987 Biomedical Environmental Mass Spectrometry 14:111-116; and electrospray/ionspray (ES) and matrix-assisted laser desorption/ionization (MALDI) mass spectrometry (see Fenn et al. (1984) J. Phys. Chem. 88:4451-4459, Smith et al. (1990) Anal. Chem. 62:882-889, and Ardrey, B. (1992)

10    Spectroscopy Europe 4:10-18). MALDI mass spectrometry is particularly well suited to such analyses when a time-of-flight(TOF) configuration is used as a mass analyzer (MALDI-TOF). See International Publication No. WO 97/33000, published Sep. 12, 1997, see also Huth-Fehre et al. (1992) Rapid Communications in Mass Spectrometry 6:209-213, and Williams et al. (1990) Rapid Communications in Mass Spectrometry 4:348-351.

15    In this regard, a number of mass tags suitable for use with nucleic acids are known (see U.S. Pat. No.5,003,059 to Brennan and U.S. Pat. No. 5,547,835 to Koster), including mass tags which are cleavable from the nucleic acid (see International Publication No. WO 97/27331).

In still another embodiment, the various tag sequences can be concatenated and sequenced by traditional sequencing techniques, e.g., Sanger or Maxim-Gilbert techniques. To

20    further illustrate, the amplification products can be generated to include restriction sites that flank the tag sequence. Thus, the amplification product can be represented by the formula linker-TAG-linker. After treatment of the amplification products with the restriction enzymes, linker-TAG-linker fragments are ligated to form concatenated nucleic molecules. For example, 5' and 3' linkers can carry a BamH1 and BglII site, respectively, so as to produce compatible

25    sticky ends. In the illustrated example, by carrying out the ligation in the presence of BamH1 and BglII, the resulting concatemer will result in the restriction fragments being linked in a head-to-tail format by virtue of the redigestion of BamHI/BamHI and BglII/BglII ligation products but not of the BamHI/BglII ligation products (which do not produce a sequence recognized by either restriction enzyme).

30    The concatemer arrays can be isolated, preferably as 2-3kb fragments, and ligated into an amplification vector. The amplified arrays can then be readily sequenced, with the junction site of restriction enzymes marking the boundaries of one tag sequence from the next.

The present invention is further illustrated by the following examples which should not be construed as limiting in any way. The contents of all cited references including literature

20/428241.1 -                                           53

references, issued patents, published patent applications as cited throughout this application are hereby expressly incorporated by reference. The practice of the present invention will employ, unless otherwise indicated, conventional techniques of cell biology, cell culture, molecular biology, transgenic biology, microbiology, recombinant DNA, and immunology, which are

5 within the skill of the art. Such techniques are explained fully in the literature. See, for example, Molecular Cloning A Laboratory Manual, 2nd Ed., ed. by Sambrook, Fritsch and Maniatis (Cold Spring Harbor Laboratory Press: 1989); DNA Cloning, Volumes I and II (D. N. Glover ed., 1985); Oligonucleotide Synthesis (M. J. Gait ed., 1984); Mullis et al. U.S. Patent No: 4,683,195; Nucleic Acid Hybridization (B. D. Hames & S. J. Higgins eds. 1984); Transcription And

10 Translation (B. D. Hames & S. J. Higgins eds. 1984); Culture Of Animal Cells (R. I. Freshney, Alan R. Liss, Inc., 1987); Immobilized Cells And Enzymes (IRL Press, 1986); B. Perbal, A Practical Guide To Molecular Cloning (1984); the treatise, Methods In Enzymology (Academic Press, Inc., N.Y.); Gene Transfer Vectors For Mammalian Cells (J. H. Miller and M. P. Calos eds., 1987, Cold Spring Harbor Laboratory); Methods In Enzymology, Vols. 154 and 155 (Wu et

15 al. eds.), Immunochemical Methods In Cell And Molecular Biology (Mayer and Walker, eds., Academic Press, London, 1987); Handbook Of Experimental Immunology, Volumes I-IV (D. M. Weir and C. C. Blackwell, eds., 1986); Manipulating the Mouse Embryo, (Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y., 1986).

20

**Examples**

Example 1:    Distinction of two templates differing by a single nucleotide

This example demonstrates that it is possible to distinguish two nucleic acids which differ

25 by a single nucleotide by a method in which an oligonucleotide probe is hybridized to the nucleic acid prior to PCR amplification.

Eight reactions were conducted in parallel in which one of two template DNAs, differing from each other by a single nucleotide (referred to herein as "SNP"), were incubated with or without one of two oligonucleotide probes. The different combinations are set forth in Table 1.

30 The template DNA S7 is 600 bp long double stranded DNA amplified from *S. cerevisiae* strain S288C, which includes the nucleotide sequence 5' ATCTCGGGATATCAGACTTAGCGGCACCGTCCTCACCG 3'(SEQ ID NO: 10): 1 and template DNA Y7 is 600 bp long double stranded DNA from *S. cerevisiae* strain YJM789, which