includes the nucleotide sequence 5'
ATCTCGGGATATCAGACTTAGCGGTACCGTCCTCACCG 3'(SEQ ID NO: 11). The two
template DNAs are identical except in the underlined nucleotide. The oligonucleotide probe "S"
(also referred to as Y2:L: S288C) has the nucleotide sequence
5 5'CCGCTAAGTCTGATATCCCGAGAT/GTCCACGAGGTCTCTAGTC/GACCTGCAGCGT
ACG/CGGACCTCAAGTGAAGTACA/CGGTGAGGACGGT/G 3' ( SEQ ID NO: 12); and the
oligonucleotide probe "Y" (also referred to as Y2:L: yjm789) has the nucleotide sequence
5'CCGCTAAGTCTGATATCCCGAGAT/GTCCACGAGGTCTCTAGTC/GACCTGCAGCGT
ACG/CGGACCTCAAGTGAAGTACA/CGGTGAGGACGGT/A 3' (SEQ ID NO: 13). The "/"
10 in the probe sequences indicate the different parts of the probe: homology 1/primer 1/primer
2/barcode/homology 2/SNP. The oligonucleotide probe Y is identical to probe S, except that the
3' most base is complementary to the SNP nucleotide in template DNA Y7.

Table 1: Contents of the different reactions

| Reaction | 1 | 2 | 3 | 5 | 6 | 7 | 8 |
|----------|---|---|------|---|---|------|---|
| Probe | S | Y | none | S | Y | none | S | Y |
| Template | S 7 | S 7 | S 7 | Y 7 | Y 7 | Y 7 | none | none |

A ligase mix was prepared by combining (per reaction): 8 ul of 5x Tth ligase buffer (from
15 Marsh Biomedical, Rochester, New York); 0.32 ul of Tth ligase (from Marsh Biomedical,
Rochester, New York ) and 29.7 ul of water. To the 38 ul of ligase mix, 1 ul of template DNA at
10 pmol/ul was added. The reaction was incubated for 60 minutes at 55°C to hybridize the
template DNA and the probe and to ligate the 3' and 5' ends of the oligonucleotide probe. To
12.5 ul of this reaction was then added 37.5 ul of PCR mix, prepared by mixing (per reaction) 5
20 ul of 10 x Taq Gold buffer (from PE Biosystems, Foster City, CA) ; 6 ul dNTPs at 1.25 mM; 0.2
ul of AmpliTaq Gold DNA Polymerase at 5 u/ul (from PE Biosystems, Foster City, CA) 1 ul of
primer p1BAR at 10 pmol/ul; 1 ul of primer P2 at 10 pmol/ul; and 24.3 ul of water. The primer
p1Bar has the nucleotide sequence 5' GACTAGAGACCTCGTGGAC 3' (SEQ ID NO: 1) and
the primer P2 has the nucleotide sequence 5' GACCTGCAGCGTACG 3' (SEQ ID NO: 2). The
25 reactions were then incubated for 10 minutes at 95°C to denature the template DNA, followed by
14 cycles of 95°C for 20 seconds; 57°C (decreasing by 0.5 degrees each cycle) for 1 minute;
followed by 16 cycles of 95°C for 20 seconds; 50°C for 45 seconds; followed by incubation at
4°C.

20 ul of each of the amplification products were then subjected to electrophoresis on a
30 2% weight/volume agarose gel , and the amplification products were visualized by ethidium
bromide staining and U.V. light. The results, which are shown in Figure 6, indicate the presence
of a band of about 100 nucleotides in the lanes containing the reaction products in which the

probe contains the complementary SNP nucleotide to that present in the template DNA, but not in the other lanes. Thus, probe S identifies the SNP on the template DNA S7 and probe Y identifies the SNP on the template DNA Y7. No product is amplified from a reaction mixture containing template DNA S7 and probe Y or template DNA Y7 and probe S.

5        Thus, this example demonstrates the identification of a SNP using a method involving hybridization, ligation and then PCR amplification.

## Example 2:   Identification of a SNP by "gap filling"

         This example describes a method for determining the identity of a nucleotide, e.g., a

10   SNP, comprising adding an oligonucleotide probe in four reactions containing a polymerase, a ligase, and one of the four nucleotides.

         Four different SNPs were tested in singleplex reactions.   Sixteen reactions were conducted in parallel, in which each of four DNA templates were incubated with one of four probes. In this example, the template DNAs were from 36 to 42 base oligonucleotides from *S.*

15   *cerevisiae.* The different combinations are set forth in Table 2. The nucleotide sequences of the templates and probes are as follows (the structure of the probes is indicated as: homology 1/primer 1/primer 2/barcode/(+/- DraI)/homology 2):

Template DNA Y1:TOS:T:

5' ACATTTAGATCTGCAGTTTCTAATATGAATTCAGTGGAAAAT 3' (SEQ ID NO: 14);

Template DNA Y2:TO S:C:

5' TCGGGATATCAGACTTAGCGGCACCGTCCTCACCGT 3'  (SEQ ID NO: 15);

Template DNA Y3:TO S:A:

5' GATCAAATGCGACCATATTCATCAAACTTATAGGCG 3'  (SEQ ID NO:16);

Template DNA Y5:TO S:G:

25   5' CCAGTCCCTTGAGTTCGCGAATAGTAATTTTGGTGATACCTG 3'  (SEQ ID NO: 17);

Probe Y1:PL:119:31 (also referred to as SNP1):

5'GAAACTGCAGATCTAAATGTACC/UGTCCACGAGGTCTCTAGTC/TGTAAAACGAC GGCCAGTU/GCTGGAGTTCGCACGCTATA/ATTTTCCACTGAATTCATATT 3' (SEQ ID NO: 18);

30   Probe Y2:PL:C:119:55 (also referred to as SNP2):

5'CCGCTAAGTCTGATATCCCGAGAT/UGTCCACGAGGTCTCTAGTC/TGTAAAACGAC
GGCCAGTU/CAAAGGTGGAGCTGCACACT/TTTAAA/ACGGTGAGGACGGT 3'    (SEQ
ID NO: 19);

Probe Y3:PL:C:119:131(also referred to as SNP3):

5   5'ATGGTCGCATTTGATCGAG/UGTCCACGAGGTCTCTAGTC/TGTAAAACGACGGCCA
GTU/GCCTGGGTTACGTGTCTACT/TTTAAA/CGCCTATAAGTTTGATGAA 3'    (SEQ
NO: 20); and

Probe Y5:PL:119:167(also referred to as SNP5):

5'GCGAACTCAAGGGACTGGTAC/UGTCCACGAGGTCTCTAGTC/TGTAAAACGACGG
10   CCAGTU/GCAATATGTAACTCTCTGGG/CAGGTATCACCAAAATTACTATT 3' (SEQ ID
NO: 21).

Table 2: Contents of the different reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Probe | Y1:PL 119:31 | Y1:PL 119:31 | Y1:PL 119:31 | Y1:PL 119:31 | Y2:PL:C 119:55 | Y2:PL:C 119:55 | Y2:PL:C 119:55 | Y2:PL:C 119:55 |
| Template | Y1:TO S:T | Y1:TO S:T | Y1:TO S:T | Y1:TO S:T | Y2:TO S:C | Y2:TO S:C | Y2:TO S:C | Y2:TO S:C |
| dNTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

| Reaction | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Probe | Y3:PL 119:131 | Y3:PL 119:131 | Y3:PL 119:131 | Y3:PL 119:131 | Y5:PL: 119:167 | Y5:PL: 119:167 | Y5:PL: 119:167 | Y5:PL: 119:167 |
| Template | Y3:TO S:A | Y3:TO S:A | Y3:TO S:A | Y3:TO S:A | Y5:TO S:G | Y5:TO S:G | Y5:TO S:G | Y5:TO S:G |
| dNTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

A DNA mix was prepared by mixing (per reaction) 2 ul of pfu ligase buffer (from
15   Stratagene, San Diego, CA); 0.1 μl of template oligonucleotide at 400 fmoles/ul; 0.4 ul of probe
oligo (also referred to as "barcode oligo") at 10 pmoles/ ul; and 17.5 ul of water. The DNA was
denatured by incubating these reactions at 95°C for 5 minutes. The nucleic acids were then
annealed by incubating the reactions at 65°C for one hour. The final template amount was 40
femtomoles/reaction, and that of the probe oligonucleotide was 4 picomoles/reaction. To each
20   reaction, 20 ul of prewarmed (1 minute at 65°C) polymerase/ligase/dNTP mix was added. This
mix was prepared by combining (per reaction) 2 ul of 10 x pfu ligase buffer (from Stratagene,
San Diego, CA); 2 ul of one dNTP at 1 mM; 0.05 ul. of Taq, DNA Polymerase Stoffel fragment
(from PE Biosystems, Foster City, CA) at 10 u/ul; 1 ul of pfu Ligase (from, Stratagene, San
Diego, CA) at 4 u/ul; and 14.95 ul of water. The 40 ul reactions were incubated at 65°C for 10
25   minutes.

The template DNA was then subjected to rolling circle amplification as follows. 4 ul of the above reactions was added to 32 ul of RCA mix prewarmed at 65°C for 10 minutes. RCA mix was prepared by combining (per reaction) 4 ul of 10x Vent buffer (from New England Biolabs, Beverly, MA); 2 ul of DMSO; 6.4 ul of Vent DNA pol. Exo- at 2u/ul (NEB); 0.36 ul of RCA primer at 100 pmole/ul; 0.93 ul of T4 gene 32 Protein at 1.7 mg/ml (USB); 0.4 ml of MgSO4 at 100 mM; and 17.91 ul of water. The nucleotide sequence of the RCA primer contains at its 5' end the complement of a portion of the sequence of primer 2, followed by the nucleotide sequence of primer 1 and has the nucleotide sequence 5' GTCGTTTTACAGACTAGAGACCTCGTGGAC 3' (SEQ ID NO: 22). The reactions were then incubated at 92°C for 3 minutes (heat denaturation), following which, 4 ul of prewarmed dNTP mix containing 4 mM of all four nucleotides was added, and the reactions were further incubated at 65.5°C for 4.5 hours. This amplification results in the synthesis of a long strand having at its 5' end the RCA primer, followed by the rest of primer 2-primer 1-HR1-HR2-tag-primer 2-[primer 1-HR1-HR2-tag-primer 2-]n.

For the PCR amplification step, two reactions were done for each of the template/probe combinations by combining 1 ul of each of the above reactions with 19 ul of PCR mix containing (per reaction) 2 ul of 10 x Taq Gold buffer (from PE Biosystems, Foster City,CA); 0.75 ul of dNTPs at 4.0 mM; 0.15 ul of AmpliTaq gold DNA Polymerase at 5 u/ul (PE); 0.16 ul of P1bar primer (SEQ ID NO: 1) at 100 pmol/ul; 0.16 ul of M13 primer (i.e., primer 2) at 100 pmol/ul; 2 ul of MgCl2 at 25 mM; and 13.78 ul of water. The nucleotide sequence of the M13 primer is 5' TGTAAAACGACGGCCAGT 3'(SEQ ID NO: 3). The PCR reactions were denatured for 5 minutes at 95°C and then subjected to either 15 or 25 cycles of 20 seconds at 95°C and 1 minute at 50°C.

20 ul of each of the reactions were then subjected to gel electrophoresis in 2% agarose, and the products visualized as described in Example 1. The results are shown in Figure 7, and indicate that in one of each of the four reactions containing a different dNTP each, amplification product is obtained with the dNTP that is complementary to the SNP in the DNA. For example, more amplification product was detected in the reaction in which dATP was added to the probe containing a thymidine as SNP nucleotide, compared to the reactions in which dCTP, dGTP or dTTP was added.

Thus, this example demonstrates a method for identifying a nucleotide in a nucleic acid, comprising hybridization of a probe to the nucleic acid, gap filling by the addition of a specific dNTP through polymerization and ligation, extension of a primer, ligation, PCR amplification; and detection of amplified product(s).

Example 3:   Background suppression by capture of the run-off products using biotin-streptavidin

This experiment is a demonstration of a biotin capture cleanup method used to suppress

5 background that arises from elongation events that are primed by unligated oligo probe during PCR amplification. A biotinylated primer is used to make a first copy of the ligated probe. This copy is captured with streptavidin coated magnetic beads while all other molecules are washed away. The captured copy is then amplified in a PCR reaction (see Figure 1).

The template DNAs and probes were identical to those used in Example 1: The two

10 template DNAs used were the 600 bp amplicons designated S7 and Y7, comprising SEQ ID NO: 10 and 11, respectively, which differ from each other in a single nucleotide; and the two probes S and Y, having SEQ ID NO: 12 and 13, respectively.

The different combinations of template and probes are set forth in Table 3.

Table 3: Components of the reaction mixtures

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|----------|---|---|---|---|---|---|---|---|
| Probe | S allele | S allele | S allele | S allele | Y allele | Y allele | Y allele | Y allele |
| Template | Y 7 | S 7 | S 7 | none | Y 7 | Y 7 | S 7 | none |
| other | | | No ligase | | | No ligase | | |

15 Two barcode oligo mixes were prepared (one for each barcode oligo) by mixing 20 ul of 5x Tth ligase buffer, 15 ul of barcode oligonucleotide S or Y at 10 pmoles/ul; and 62.5 ul of water, and 19.5 ul of this mix was added to 8 strip tubes. To each strip tube, 0.5 ul of respective PCR template S7 or Y7 at 0.04 ug/ul was added. The final barcode and template amount was 30 picomoles and 40 femtomoles per reaction, respectively.

20 21.5 ul of ligase mix that was prepared by mixing 36 ul of 5x Tth ligase buffer and 135 ul of water, was added to strip tubes 3 and 6 (reactions without ligase). 3.5 ul of Tth ligase (50 u/ul Marsch Bio.) was added to the remaining ligase mix and 21 ul of this mix were added to the remaining tubes. The tubes were heated for 1 minute at 65°C, and 20 ul of each tube was added to each of the strip tubes containing the DNAs. The volume of each reaction was 40 ul.

25 Biotinylated P1Bar primer is identical to P1 bar primer (SEQ ID NO:1) except that it was synthesized with a 5' biotin.

For rolling amplification, an extension mix (RCA mix) was prepared by combining (for 20 reactions) 40 ul of 10x vent buffer; 20 ul DMSO; 64 ul of Vent DNA Polymerase exo- at 2 u/ul (NEB); 3.6 ul of P1bar biotin primer (SEQ ID NO: 1) at 100 pmol/ul; 9.3 ul of T4 gene 32

protein 1.7 m/ml; 4 ul of MgSO4 at 100 mM; 40 ul of each of the four dNTPs at 4 mM; and 179.2 ul of water to obtain a final volume of 360 ul. 18 ul of RCA mix that was prewarmed for 1 minute at 65°C, was added to 2 ul of the above reactions, and incubated for 2.5 minutes at 65 °C. This results in having 8 tubes each with Taq and Vent elongated biotin P1bar primer.

5        The biotinylated run-off product was isolated using stock Dynabeads (10 ug/ul). These beads can capture up to 20 pmole of biotinyalated oligo using 10 ul of stock. 20 ul out of the 40 ul were taken from each reaction tube and captured with Dynal beads as follows: the stock beads were first washed thrice with 2M NaCl Buffer (use same volume of buffer as sample); equal volumes of sample and washed beads were combined to obtain a final 1M NaCl mix; this mix
10      was centrifuged at 43°C for 15 minutes at 1400 rpm; the beads were washed twice with 100 ul of 2M NaCl buffer and then, once with 100 ul double distilled water (by gentle tapping instead, not by pipetting); the beads were resuspended in 50 ul of 50 mM NaOH and incubated at room temperature for 5 minutes; the supernatant (which may be neutralized with 5 ul of 0.5M HCl) was removed; and the beads were resuspended in original sample volume (eg. 20 ul) using 1X
15      TE.

A PCR mix was prepared by mixing 48 ul of 10x Taq Gold buffer; 18 ul of dNTPs at 4.0 mM; 3.84 ul of P1Bar primer (SEQ ID NO: 1) at 100 pmol/ul; 3.84 ul of M13 primer (SEQ ID NO: 3) at 100 pmol/ul; 48 ul of MgCl2 at 25 mM; and 330.7 ul of water to obtain a total of 456 ul. 1.0 ul of bead slurry reaction was added to 19 ul PCR mix; denatured for 5 minutes at 95°C ;
20      and subjected to 30 or 40 cycles of PCR as follows: 20 seconds at 95°C and 1 minute at 60°C.

20 ul of each reaction was then subjected to electrophoresis in 2% agarose , and the bands were visualized as described in the previous examples. The results, which are shown in Figure 8, indicate that more amplification product was obtained in reactions in which the probe perfectly matches the template DNA and ligase is included, i.e., in reactions 2 and 5. In addition, isolation
25      of the run-off product on beads allows cleaner amplification (compare with Figures 6 and 7).


**Example 4:    Background suppression by digestion of the probe with uracil-N-glycosylase prior to amplification**

Another method to suppress background that arises as a result of extension from
30      unligated oligonucleotide probe during PCR is to digest the unligated probe with uracil - N - glycosylase prior to PCR amplification (see Figure 1). Digestion of the unligated oligonucleotide probe with uracil-N-glycosylase (also referred to as "UNG") breaks the probe into three fragments that can no longer prime the generation of PCR background amplicons.

This example describes a method using uracil-N-glycosylase as a run-off product cleanup method.

The template DNA and probes were the same as those used in Example 3 (note that these oligonucleotides were synthesized with U bases in the indicated locations), and the different combinations were also the same (Table 3). In this example, pfu ligase was used instead of Tth ligase.

Two barcode oligo mixes were prepared (one for each barcode oligo) by mixing 10 ul of 5x Tth ligase buffer, 15 ul of barcode oligonucleotide S (SEQ ID NO: 12) or Y (SEQ ID NO: 13) at 10 pmoles/ul; and 72.5 ul of water. 19.5 ul of this mix was added to 8 strip tubes. To each strip tube, 0.5 ul of respective PCR template S7 or Y7 at 0.40 ug/ul was added. The final barcode and template amount was 30 picomoles and 40 femtomoles per reaction, respectively.

The reaction mixtures (containing the DNAs) were denatured for 5 minutes at 95°C and annealed for 15 minutes at 65°C. 23.75 ul of ligase mix prepared by combining 24 ul of 10 x pfu ligase buffer and 204 ul of water, were added into strip tubes 3 and 6. 10 ul of pfu ligase at 4 u/ul (Stratagene) was added to the remaining mix of 204.25 ul. To each tube (except tubes 3 and 6), 20 ul of ligase mix prewarmed for 1 minute at 65°C was added, and the reactions were incubated for 10 minutes at 65°C (ligation reactions). The final reaction volume was 40 ul.

2 ul of ligation reactions were added to 18 ul of extension mix, which was prepared by combining 40 ul of 10 x Taq Gold buffer; 15 ul of dNTPs at 4 mM each; 3 ul of AmpliTaq Gold DNA Polymerase at 5 u/ul (P.E.); 3.2 ul biotin RCA primer (5' GTCGTTTTACAGACTAGAGACCTCGTGGAC 3' SEQ ID NO: 28) at 100 pmol/ul (same as in example 3); 40 ul of MgCl2 at 25 mM; and 258.8 ul of water to obtain a final volume of 360 ul of PCR reaction mix. The reactions were then incubated for 10 minutes at 95°C to denature the ligated product as well as to activate Taq Gold. One set of reactions was then incubated for 15 minutes at 65°C to run-off and another set of reactions was not incubated at 65°C (no run-off control). This resulted in 8 tubes with Taq elongated biotin RCA primer. Two PCR mixes were prepared as described in Example 3 with and without the addition of 1 ul per reaction of uracil-N-glycosylase (PE Biosystems, Foster City, CA). 1.0 ul of extension reaction was added to 19 ul PCR mix; denatured for 5 minutes at 95°C; and subjected to 25 cycles of PCR as follows: 20 seconds at 95°C and 1 minute at 64°C. Also, as a control, 1 ul of a 1:10 dilution of the ligation reaction (no extension) was added to 19 ul PCR mix, denatured for 5 minutes at 95°C; and subjected to 25 cycles of PCR as follows: 20 seconds at 95°C and 1 minute at 64°C.

20 ul of each reaction was then subjected to electrophoresis in 2% agarose , and the bands were visualized as described in the previous examples. The results, which are shown in Figure 9,

20/428241.1 -                                    61

indicate that, in the no extension controls, all background is eliminated by UNG digestion of the probe (lanes 1,3,4,6,7,8). In addition, this control shows that the specific signal (lanes 2 and 5) are also eliminated without the extension step, thus confirming that the original probe is degraded by UNG and that extension is required for signal. The extended experiments indicate

5   that UNG eliminates the background (lanes 1,3,4,6,7,8) but not the specific signal (lanes 2 and 5).

## Example 5:   Background suppression by use of apyrase

Another source of background signal comes from contaminating nucleotides in various

10   reagents such as ligase and template preparations. These contaminating nucleotides generate signal in the polymerase - ligase step even if the added nucleotide is not complementary to the SNP being tested. To eliminate this source of background, apyrase, an enzyme that degrades nucleotides, was added to all reagents at the assembly of the reaction. Contaminating nucleotides were degraded in a 20 °C incubation, prior to the DNA denaturing step. Apyrase was heat

15   inactivated during the denaturing and annealing steps so that the later added specific nucleotide is not degraded.

The different reactions performed are summarized in Table 4.

Table 4: components of the different reactions:

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| probe | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 |
| Template | Y 7 | Y 7 | Y 7 | Y 7 | S 7 | S 7 | S 7 | S 7 |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |
| Other | Apyrase + | Apyrase + | Apyrase + | Apyrase + | Apyrase + | Apyrase + | Apyrase + | Apyrase + |

| Reaction | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| probe | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 | SNP 2 |
| Template | S 7 | S 7 | S 7 | S 7 | | S 7 | S 7 | S 7 |
| dXTP | dATP | dCTP | dGTP | dTTP | dGTP | dGTP | dTTP | |
| Other | Apyrase - | Apyrase - | Apyrase - | Apyrase - | Apyrase + Template | Apyrase + Pol/lig - | Apyrase + Pol/lig - | Apyrase + dXTP - |

20   Three template/barcode mixes were prepared by mixing in each 6 ul of 10 x pfu ampligase buffer; 1.8 ul of barcode oligo (having the sequence set forth in SEQ ID NO: 19); 3 ul of PCR template (either S7 SEQ ID NO 10, Y7 SEQ ID NO 11, or water; these templates are the

same as those used in Example 1); and 49.2 ul of water to obtain a final volume of 60 ul. 12 ul of each were distributed into tubes.

12 ul of ligase mix was aliquoted into 16 strip tubes. The mix was prepared for the various reactions as described in Table 5, and the ligase dilution was prepared by mixing 5 ul of 10 x ampligase buffer with 44.33 ul of water and 0.67 ul of Ampligase at 5 u/ul, resulting in a solution containing 0.067 u/ul of Ampligase.

Table 5: Preparation of ligase mixes

| Ligase mix | each | Rxn 1-8, 13, 16 (x16) | Rxn 9-12 (x 8) | Rxn 14 and 15 (x 4) |
|---|---|---|---|---|
| 10x ampligase buffer | 1.0 ul | 16.0 ul | 8.0 ul | 4.0 ul |
| Ampligase dilution | 0.125 | 2.0 ul | 1.0 ul | N/A |
| Taq DNA Pol. Stoffel frag 10 u/ul | 0.05 ul | 0.8 ul | 0.4 ul | N/A |
| Apyrase 50mU/ul | 0.2 ul | 3.2 ul | N/A | 0.8 ul |
| H2O | | 106 ul. | 54.6 ul | 27.2 ul |
| Total | 8.0 ul | 128.0 ul | 64.0 ul | 32.0 ul |

8 ul ligase mixes were added to the annealed DNA mixes. These were then incubated for 2 min at 20°C degrees. The barcode/tempate mixes were then denatured for 5 minutes at 95°C and annealed for 15 minutes at 65°C. 2ul dXTP (1mM) were added to the appropriate tubes, following which they were incubated for 10 min at 65°C. Final reaction volume was 20 ul. Final enzyme ligase concentration was .00042 units/ul in the ligation reaction (.0084 units total), the final barcode concentration was 0.015 picomoles/ul and the final template concentration was approximately 2 femtomoles/ul. 2 ul of each ligation reaction were added to 18 ul of extension mix, prepared by combining 85 ul of 4 x E/U buffer (4x Taq Gold buffer; 3.2 picomoles per microliter P1 bar primer (SEQ ID NO: 1); 10 mM MgCl2; 0.6 mM dNTPs); 2.55 ul of AmpliTaq Gold DNA Polymerase (P.E. Biosystems, Foster City, CA) at 5 u/ul and 218.5 ul of water to obtain a final volume of 306 ul. The reactions were incubated for 10 minutes at 95°C to denature the ligated product as well as to activate Taq Gold. The reactions were then incubated for 2 minutes at 65°C to run-off.

UNG clean up and amplification were conducted as follows. To each reaction (20 ul), 20 ul of UNG/PCR mix was added. This mix was prepared by combining 85 ul of 4 x E/U buffer; 2.55ul of AmpliTaq Gold DNA Polymerase (P.E.) at 5 u/ul; 17 ul of UNG (1unit/ul PE Biosystems, Foster City, CA); 5.44ul of M13 primer (SEQ ID NO: 3) at 100 pmol/ul and 230 ul of water to obtain a final volume of 340 ul. The reactions were incubated for 20 minutes at 37°C and then heat denatured for 5 minutes at 95°C. PCR was conducted for 33 cycles as follows: 20 seconds at 95°C and 1 minute at 60°C.

20/428241.1 -

63

The amplification products were analyzed in the same way as in the previous examples. The results, which are shown in Figure 10, indicate that the presence of apyrase in the reactions strongly reduce background amplification. This can be seen, e.g., by comparing lanes 3 and 4, in which the absence of apyrase in a tube containing dCTP (nucleotide that is not complementary

5   to the SNP in the template DNA) results in a band, whereas the presence of apyrase in the same reaction does not produce a band. In comparison, in the first two lanes, representing reactions done with dATP(the nucleotide that is complementary to the SNP in the template DNA), the presence or absence of apyrase does not affect the signal observed, thus showing that the signal is specific, and not resulting from background amplification. Thus, the use of apyrase can reduce

10   background amplification.


Example 6:   Detection of two SNPs in a single reaction

This example describes an example of a reaction in which two SNPs were detected simultaneously. The background reduction methods using apyrase; uracil-N-glycosylase

15   digestion; and biotin capture of extension products were included.

The combinations of template and probe were as shown in Table 6. The DNA templates were 600 bp DNA fragments amplified from *S. cerevisiae*. The template S7 (SEQ ID NO: 10 is described in Example 1. Template S37 is a 600 bp long double stranded DNA amplified from *S. cerevisiae* strain S288C,   which   includes   the   nucleotide   sequence   5'

20   CCAGTCCCTTGAGTTCGCGAATAGTAATTTTGGTGATACCTG 3'(SEQ ID NO: 17). The barcode oliogonucleotides are SNP2 (SEQ ID NO: 19) and SNP5 (SEQ ID NO: 21).

Table 6: Components of the reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| probe | SNP 2 | SNP 2 | SNP 5 | SNP 5 | SNP 2 SNP 5 | SNP 2 SNP 5 | SNP 2 SNP 5 | SNP 2 SNP 5 |
| Template | S - 7 | S - 7 | S - 37 | S - 37 | S - 7 S - 37 | S - 7 S - 37 | S - 7 S - 37 | S - 7 S - 37 |
| dXTP | dCTP | dGTP | dCTP | dGTP | dATP | dCTP | dGTP | dTTP |

DNA template/probe reaction mixtures were prepared as set forth in Table 7. The enzyme mix listed in the table was prepared by mixing 154.3 ul water; 22 ul of 10 x ampligase

25   buffer; 2.2 ul of Apyrase at 50 mU/ul; 1.38 ul of Ampligase dilution (5 ul of 10 x ampligase buffer; 44.33 ul of water and 0.67 ul of Ampligase at 5 u/ul); and 0.55 ul of Taq DNA Pol. Stoffel fragment at 10 u/ul.

Table 7:  Components of DNA/enzyme mix

| DNA/Enzyme mix | Mix 1&2 (X2.5) | Mix 3&4 (X2.5) | Mix 5-8 (X5) |
|---|---|---|---|
| Enzyme mix | 41.0 ul | 41.0 ul | 82.0 ul |
| Template S-7 | 1.25 ul  (S7) | | 2.5 ul  (S7) |
| Template S-37 | | 1.25 ul  (S37) | 2.5 ul  (S37) |
| SNP2 1pmol/ul | 0.75 ul (SNP2) | | 1.5 ul (SNP2) |
| SNP5 1pmol/ul | | 0.75 ul (SNP5) | 1.5 ul (SNP5) |
| | | | |
| Total | 45.0 ul | 45.0 ul | 90.0 ul |

18 ul of the mix were distributed into strip tubes. The potential contaminating nucleotides were degraded by incubation of the reactions for 4 minutes at 20°C.  The reactions were then heated for 5 minutes at 95°C and annealed by incubation for 15 minutes at 65°C.  2 ul of the respective dXTPs 0.1 mMset forth in Table 6 were added to the reactions and the reactions were incubated for 10 minutes at 65 °C (ligation reactions).  In the ligation reaction (20 ul), the final barcode concentration was 0.015 picomoles/ul and template was approximately 2 femtomoles/ul. Final ligase concentration was .00042 units/ul in the ligation reaction (.0084 units total).

6 ul of ligation reactions were added to 54 ul of extension mix prewarmed for 1 minute at 95°C.  The extension mix was prepared by combining 54ul of 10 x Taq Gold buffer; 4.05 ul AmpliTaq Gold DNA Polymerase at 5u/ul; 64.8 ul of dNTPs at 1.25mM each; 54 ul of MgCl2 at 25 mM; 4.32 ul of P1BAR (SEQ ID NO 1) biotin primer at 100 pmol/ul; and 101.61 ul of water.

The reactions were incubated 10 minutes at 95°C to denature the ligated products as well as to activate Taq Gold and then incubated for 2 minutes at 55°C to 79°C gradient to runoff.  The reactions were then cooled to 4°C.

Three cleanups were performed:  UNG cleanup, a low stringency biotin cleanup (3 washes), and an increased stringency biotin cleanup (6 washes).  20ul of each reaction were subjected to capture on Dynal beads.  The stock beads were washed thrice with 2M NaCl Buffer using the same volume of buffer as that of the sample.  To 25 ul of beads were added 75 ul 1M NaCl.  20 ul of sample were mixed with 80ul of beads in NaCl to get final 1M NaCl mix and incubated at 43 °C for 15 min, pipetting up and down every 5 minutes.  The beads were then washed 3 or 6 times in 200 ul of 0.5 M NaCl / 0.5 M NaOH buffer, followed by a wash with 200ul of 0.5 M NaCl in TE.  The beads were resuspended in 200 ul of:  100 mM NaCl, TE, 0.25% DMSO, 0.01% Triton, and heated for 15-20 min at 70°C.  This releases non-specifically bound product to beads.  The beads were then washed again with 200 ul TE.  The beads were resuspended in original sample volume (eg. 20 ul) using 1X TE.

Amplification of the cleaned up extension product was carried out by mixing 20 ul of the extension product with 20 ul of UNG/PCR mix prepared by combining 18 ul 10 x Taq Gold

65

buffer; 1.35 ul AmpliTaq gold DNA polymerase at 5u/ul; 21.6 ul of dNTPs at 1.25 mM each; 18 ul of MgCl2 at 25 mM; 1.44 ul P1Bar primer (SEQ ID NO: 1) at 100 pmol/ul; 1.44 ul M13 primer (SEQ ID NO: 3) at 100 pmol/ul; 9 ul of UNG at 1 unit/ul; and 109.17 ul of water. The reactions were incubated for 20 minutes at 37°C, heat denatured for 5 minutes at 95°C and subjected to 14 PCR cycles including 20 seconds denaturation at 95°C; 1 minute annealing at 63°C; and 10 seconds extension at 72°C; followed by 20 cycles of 20 seconds at 95°C; 45 seconds at 56°C and 10 seconds at 72 °C. The reactions were incubated for another 10 seconds at 72°C and then at 4°C.

The reaction products were analyzed in the same way as in the previous example. The results, which are shown in Figure 11, show that, as expected, a stronger amplification signal was obtained in lanes 2, 3, 6 and 7 (which correspond to reactions including dNTPs that are complementary to the SNP in the template DNA) relative to the other lanes. Since lanes 6 and 7 comprise the two template DNAs and the same two probes and that the reactions were identical except for addition of dCTP in one reaction and dGTP in the other reaction, these results show that two different SNPs can be identified in the same reaction if the two dNTPs are included in the same reaction.

The amplified products from reactions 6 and 7were also subjected to a DraI restriction digest, which cleaves between the tag sequence and the homology region THR2. Because the two different probes have different length homology regions, it is it possible to identify the probe which was amplified in each reaction on a high resolution gel. Probe 5 consisted of 109 bases, whereas probe 2 consisted of 104 bases.

Accordingly, 1 ul of DraI enzyme was added to 20 ul of PCR product of reactions 6 and 7 and incubated at 37°C for 1 hour. The results, which are shown in Figure 12, show that, as expected, the amplification product observed in reaction 6 corresponds to probe SNP2, whereas that observed in reaction 7 corresponds to probe SNP7. These results provide further support for multiplexing.

**Example 7:    Use of a two part probes instead of a one part probe**

All probe oligonucleotides described above were synthesized as a single molecule. This example shows the functional use of a two part ligated oligonucleotide probe. These probes were constructed by ligating a 40 base oligonucleotide to a 60 base oligonucleotide using a bridge oligonucleotide that is common to all probes.

The template/probe combinations are set forth in Table 8. The template S37 and the probe SNP5 (SEQ ID NO: 21) were described in the previous Example. SNP5 was described in Example 2 (SEQ ID NO: 21). SNP5 2 part probe was constructed by ligating part A, comprising the template homology region 1 and primer 1 homology region with part B comprising primer 2 homology region, barcode sequence, DraI and template homology region 2. The two parts were enzymatically ligated with a bridging oligonucleotide having the sequence 5' ACTGGCCGTCGTTTTACA/GACTAGAGACCTCGTGGAC 3' (SEQ ID NO: 22; the "/" indicates the portions that are complementary to part A and part B, respectively. Ligation was carried out as follows: 10 picomoles each of SNP5 partA, SNP5 partB, and the bridging oligonucleotide were incubated with 5 units of ampligase, in 1x ampligase buffer for one hour at 60 degrees C The probes contain an uracil base between the primer 2 homology region and the barcode sequence.

Table 8: Components of the reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| probe | SNP 5 Syn 3 | SNP 5 Syn 3 | SNP 5 Syn 3 | SNP 5 Syn 3 | SNP 5 2 part | SNP 5 2 part | SNP 5 2 part | SNP 5 2 part |
| Template | S - 37 | S - 37 | S - 37 | S - 37 | S - 37 | S - 37 | S - 37 | S - 37 |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

An enzyme mix was prepared by combining 148.3 ul of water, 20 ul of pfu ampligase buffer; 5 ul of template S37 at 0.04....ug/ul; 2 ul of Apyrase at 50mU/ul; 1.25 ul Ampligase dilution (5 ul 10 x ampligase buffer; 44.33 ul water; and 0.67 ul Ampligase at 5 u/ul); and 0.5 ul Taq DNA Polymerase Stoffel fragment at 10 u/ul. DNA enzyme mixes were prepared by combining 79.7 ul of enzyme mix with 1.35 ul of either probe at 1 pmol/ul. In the ligation reaction (20 ul), the final barcode concentration was 0.015 picomoles/ul, template is approximately 2 femtomoles/ul. Final ligase concentration was .00042 units/ul in the ligation reaction (.0084 units total).

18 ul were aliquoted into strip tubes. Potential contaminating nucleotides were degraded by incubation for 4 minutes at 20°C. The DNA is then denatured by incubation for 5 minutes at 95°C, and annealed by incubation for 15 minutes at 65°C. 2 ul of respective dXTPs at 0.1 mM was added to the appropriate reactions and incubated for 10 minutes at 65°C (ligation reactions).

2 ul of ligation reactions were added to 18 ul of extension mix prewarmed at 95°C. Extension mix was prepared by combining 45 ul 4 x E/U buffer (described in example 5); 1.35 ul of AmpliTaq gold DNA Polymerase at 5 u/ul and 115,65 ul of water. The reactions were incubated for 10 minutes at 95°C to denature the ligated product as well as to activate Taq Gold. The reactions were incubated for 2 minutes to runoff, and then brought to 4°C (extension reaction).

20/428241.1 -                                67

UNG cleanup and amplification was performed by mixing 20 ul of extension reaction with 20 ul of UNG/PCR mix, prepared by mixing 85 ul of 4 x E/U buffer; 2.55 ul of AmpliTaq Gold DNA Polymerase at 5u/ul; 17 ul UNG at 1 unit/ul; 5.44 ul of M13 primer (SEQ ID NO 3) at 100 pmol/ul and 230 ul of water.  The reactions were incubated for 20 minutes at 37°C; denatured for 10 minutes at 95°C; subjected to 14 PCR cycles of 20 seconds at 95°C, 1 minute at 69.6 °C (decreasing by 0.4 degrees every cycle) and 10 seconds at 72°C; followed by 20 PCR cycles of 20 seconds at 95°C; 45 seconds at 64°C; and 10 seconds at 72°C.  The reactions were then incubated for 10 seconds at 72°C and then soaked at 4°C.

The reaction products were analyzed in the same way as in the previous examples.  The results, which are shown in Figure 13, clearly show that amplification was observed only in lanes 2 and 6, both of which contained dGTP, which is the nucleotide that is complementary to the SNP in the template DNA.  In addition, the bands in the two reactions were similar, indicating that 2 part probes are as functional as a one part probe.

**Example 8:    Detection of a SNP in *S. cerevisiae* genomic DNA**

This example describes the detection of a SNP in *S. cerevisiae* genomic DNA template using the polymerase/ligase method with a two part probe, and Apyrase and UNG for reducing background amplification.

Template DNA used in this example was either S. cerevisiae genomic DNA (referred to as genomic template) alone or containing varying concentrations of the template DNA S37 (SEQ ID NO: 17 described in previous examples) .The probe used in this example was SNP5 (SEQ ID NO 21).  Probe DNA was first diluted to 0.3pmol/ul, from which 4 aliquots of 19 ul were prepared.  1 ul of S37 DNA was added to the first tube, mixed, one ul of this dilution was added into the next tube and so on so that the template S37 is serially diluted by the probe DNA. In reactions 7 and 8, no PCR template is added and only genomic DNA template is present.

The different probe and template DNA combinations are set forth in Table 9.

Table 9: Components of the reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Probe | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 |
| Template | S37/10 | S37/10 | S37/200 | S37/200 | S37/4000 | S37/4000 | - | - |
| Genomic template | + | + | + | + | + | + | + | + |
| dXTP | C | G | C | G | C | G | C | G |

The reactions were carried out as described in Example 7. Briefly, the template and probe DNAs were combined and incubated with 100 ng of genomic yeast DNA, Apryase, Ampligase and Taq DNA Polymerase Stoffel fragment for 4 minutes at 20°C to degrade potential contaminating nucleotides. The reactions were then denatured by incubation at 95°C and annealed by ramping down to 65°C over about 30 minutes, and then incubated for 10 minutes at 65°C.

2 ul of each reaction was added to 18 ul of runoff mix prepared by combining (per reaction) 2 ul 10x Taq Gold buffer; 0.75 ul dNTPs at 4 mM each; 0.15 ul of AmpliTaq gold DNA Polymerase at 5u/ul; 0.16 ul P1 bar biotin primer (SEQ ID NO 1) at 100pmol/ul; 2 ul MgCl2 at 25 mM; and 12.94ul water. The reactions were heat denatured for 10 minutes at 95°C and runoff products obtained by incubation for 2 minutes at 60°C. While the reactions were still at 60°C, 20 ul of the reactions were transferred to a UNG/PCR mix prepared by combining 2 ul of 10x Taq Gold buffer; 0.75 ul dNTPs at 1.25 mM each; 0.3 ul AmplTaq Gold DNA Polymerase at 100 pmol.ul; 1 ul UNG; 0.32 ul M13 primer (SEQ ID NO 3) at 100pmol/ul; 2 ul MgCl2 at 25 mM; and 13.31 ul water. The reactions were incubated for 20 minutes at 37°C, heat denatured for 5 minutes at 95°C and subjected to 14 and 30 amplification cycles of 20 seconds at 95°C and 1 minute at 60°C each.

The amplification products were analyzed as described above. The results, which are shown in Figure 14, show the presence of an amplified product in each lane containing a reaction with a dCTP (the nucleotide complementary to the SNP in the template DNA), but not in lanes containing a reaction with a dGTP. In addition, a strong band was also seen in lanes 7, which contained only genomic template and no S37 template, but not in lane 8, which contained dGTP. Thus, this example clearly shows that a SNP can be identified in a unique sequence in genomic DNA.

**Example 9:    Detection of five SNPs in the same reaction**

This example demonstrates the identification of five SNPs in template DNA in a single reaction using the ligase/polymerase method, two part probes, and the Apyrase, biotin isolation of extension product, and UNG background reduction methods.

The template DNAs were a mix of 600 base pair PCR templates amplified from *S cerevisiae*; S-7 (SEQ ID NO: 10), 26 containing the sequence 5' ACATTTAGATCTGCAGTTTCTAATATGAATTCAGTGGAAAAT 3'(SEQ ID NO: 23), 30 containing the sequence 5' GATCAAATGCGACCATATTCATCAAACTTATAGGCG 3' (SEQ ID NO: 16 and 37 containing both sequences 5'

TACTGTACCCATTTTTTTGTCGCTTAAGGTTTCGCGT 3' (SEQ ID NO: 5) and SEQ ID NO: 17 (S37). The probes used were SNPs1, 2, 3, and 5 described previously, e.g., in Example 2. SNP4 (Y4:PL:C:119:159) has the nucleotide sequence 5'ACAAAAAAATGGGTACAGTATAA/UGTCCACGAGGTCTCTAGTC/ /TGTAAAACGACGGCCAGT/UGGTAGTACGGTGCTCTTACA/TTTAAA/ACGCGAAACC TTAAG 3' (SEQ ID NO: 23; representing homology 1/primer1/primer 2/barcode/DraI/homology2; U is uracil). The different combinations of tempate DNA and probes is set forth in Table 10.

Table 10: Components of each reaction

| Reaction: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| probe | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 | SNPs 1,2,3,4,5 |
| Template | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 | S - 7,26, 30,37 |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

The reactions were carried out as described in Example 8. Eenzyme mix was prepared by combining 109.1 ul of water, 18 ul 10 x pfu Ampligase buffer; 2.7 ul of each barcode olio; 4.5 ul of each template DNA; 1.8 ul Apyrase at 50mU/ul; 1.125 ul Ampligase dilution (5ul Ampligase buffer; 44.33 water and 0.67 ul Ampligase 5u/ul); and 0.45 ul Taq DNA Polymerase Stoffel fragment at 10 u/ul. 18 ul of the mix were transferred to strip tubes, which were incubated for 4 minutes at 20°C to degrade potential contaminating nucleotides. The reactions were then denatured by incubation at 95°C for 5 minutes and annealed at 65°C for 15 minutes. 2ul of the respective dXTP was added and the reactions incubated for 10 minutes at 65°C. In the ligation reaction (20 ul), the final probe concentration was 0.015 picomoles/ul and template concentration was approximately 2 femtomoles/ul. Final ligase concentration was .00042 units/ul in the ligation reaction (.0084 units total).

2 ul of each reaction was added to 18 ul of runoff mix preheated to 95°C prepared by combining 34ul 10x Taq Gold buffer; 40.8 ul dNTPs at 1.25 mM each; 2.25 ul of AmpliTaq gold DNA Polymerase at 5u/ul; 2.72 ul P1bar biotin primer (SEQ ID NO: 1) at 100pmol/ul; 34 ul MgCl2 at 25 mM; and 306ul water. The reactions were heat denatured for 10 minutes at 95°C and runoff products obtained by incubation for 2 minutes at 60°C. The reactions were then brought to 4°C .

Biotin cleanup was performed as described in Example 6. Briefly, the beads were washed as described and resuspended in 2 volumes 2M NaCl. 20ul of each reaction were added to 20 ul of beads to get a 1M NaCl mix. The mix was incubated at 43 °C for 15 min, pipetting up and down every 5 minutes. The beads were then washed 6 times in 200 ul of 0.5 M NaCl /

0.5 M NaOH buffer, followed by a wash with 200ul of 0.5 M NaCl in TE. The beads were resuspended in 200 ul of: 100 mM NaCl, TE, 0.25% DMSO, 0.01% Triton, and heated for 15-20 min at 70°C. This releases non-specifically bound product to beads. The beads were then washed again with 200 ul TE. The beads were resuspended in original sample volume (eg. 20 ul) using 1X TE.

20 ul of the reactions were transferred to a UNG/PCR mix prepared by combining 18 ul of 10x Taq Gold buffer; 21.6 ul dNTPs at 1.25 mM each; 1.35 ul AmplTaq Gold DNA Polymerase at 100 pmol.ul; 1.44ul P1Bar primer (SEQ ID NO 1) at 100pmol/ul; 9 ul UNG; 2.88 ul M13 biotin primer (SEQ ID NO: 3) at 100pmol/ul; 18 ul MgCl2 at 25 mM; and 107.9 ul water. The reactions were incubated for 20 minutes at 37°C, heat denatured for 5 minutes at 95°C and subjected to 14 amplification cycles of 20 seconds at 95°C; 1 minute at 69.6 °C (decreasing by 0.4°C every cycle); and 10 seconds at 72°C and 20 amplification cycles of 45 seconds at 64°C; and 10 seconds at 72°C. The reactions are then incubated for 10 seconds at 72°C and further incubated at 4°C.

The amplified products were analyzed by gel electrophoresis and the result (figure 15A) indicate that an amplification product is seen for each nucleotide as expected (A,C,G,T in lanes 1,2,3,4 respectively). The five SNPs tested had the following nucleotide matches: SNP1, dATP; SNP2, dGTP; SNP3, dTTP: and both SNP4 and SNP5, dCTP. Therefore different SNPs are amplified in each lane although this cannot be distinguished by gel electrophoresis

The amplified products were further analyzed by hybridization of each multiplexed reaction to a DNA chip. Each dXTP reaction (multiplexed to 5 probes) was hybridized to a separate chip. In each case, the hybridization mixture consisted of the following: 2.0 ul of the above PCR reaction, 0.5 ul of a control (border) oligo at 0.7 fm/ul, 2.9 ul M13 complement oligo at 10 pm/ul (10 fold excess over the M13 primer of the PCR reaction), brought up to 160 ul in 6X SSPE-T buffer (6X SSPE buffer with 0.005% Triton). This mixture was denatured for 2 min at 95°C and then incubated on ice for 5 min. The solution was loaded on a DNA chip and hybridized at 42°C for 4 hours. After this period, the chip was washed with 6X SSPE-T, 5 times and loaded with the following for fluorescent labeling:     0.5 ul of Streptavidin R-Phycoerythrin conjugate (1 mg/ml), 10 ul of BSA (20 mg/ml), brought up to 160 ul in SSPE-T buffer. The chip was incubated for 10 minutes at 42 C. After this, the chip was again washed with SSPE-T buffer 5 times and loaded onto a laser fluorescence scanner for analysis of the multiplexed reaction products. The signal at each of the five probe features of interest were averaged over the 8x8 pixels per feature, background subtracted and then normalized using the average signal intensity of the control (border) features.     This effectively normalized the difference in hybridization efficiency on the four different chips. Table 11 shows normalized signal intensity

from four hybridizations, one for each nucleotide.    The signal : noise ratio corresponds to the normalized signal at the expected nucleotide to the highest normalized signal at the other three nucleotides.

Table 11:  Normalized signal intensity from DNA chip hybridization

|  | A Signal | C Signal | G Signal | T Signal | Base call | Signal : Noise |
|---|---|---|---|---|---|---|
| Probe 1 | 1.5 | 0.01 | 0.02 | 0.03 | Correct | 50:1 |
| Probe 2 | 0.2 | 0.04 | 1.3 | 0.16 | Correct | 6.5:1 |
| Probe 3 | 0.06 | 0 | 0 | 0.56 | Correct | 9:1 |
| Probe 4 | 0.03 | 0.14 | 0.02 | 0.01 | Correct | 5:1 |
| Probe 5 | 0.24 | 0.48 | 0.18 | 0.27 | Correct | 2:1 |

5

The results of the DNA chips hybridization is shown in Figure 15B.    Three separate hybridizations are shown superimposed for these three spots.    The reaction to which dATP was added (1) is shown colored in green.    The reaction to which dCTP was added (2) is shown in blue.  The reaction to which dGTP (3) was added is shown in red.  The allele calls are shown by the color of the spot at the given SNP tag location: SNP1: A; SNP2: G and SNP5: C.

Thus, this example demonstrates that multiplexing is possible with the method of the invention, and that the different SNPs can easily be identified by hybridization to DNA chips.

## Example 10:  Multiplexing with *S. cerevisiae* genomic DNA

This example demonstrates multiplexing on yeast genomic DNA using gap modular synthesis and Apyrase and UNG to reduce background.

The template DNA from S. cerevisiae ( genomic DNA at 197 ng/ul was incubated with one or more SNP probes, as set forth in Table 12.  The sequences of the two part probes are provided in the previous examples.

20    Table 12:  Components of the reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Probe | SNP 1 | SNP 1 | SNP 1 | SNP 1 | SNP 2 | SNP 2 | SNP 2 | SNP 2 |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

| Reaction | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| Probe | SNP 3 | SNP 3 | SNP 3 | SNP 3 | SNP 4 | SNP 4 | SNP 4 | SNP 4 |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

| Reaction | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|
| Probe | SNP 5 | SNP 5 | SNP 5 | SNP 5 | All 5 probes | All 5 probes | All 5 probes | All 5 probes |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

20/428241.1 -                                         72

The reactions were carried out as described in Example 9. Briefly, the template and probe DNAs were combined and incubated with Apryase, Ampligase and Taq DNA Polymerase Stoffel fragment for 4 minutes at 20°C to degrade the dXTPs. An enzyme mix was prepared by combining 409.95 ul of water, 60 ul 10 x pfu Ampligase buffer; 15.3 ul of template DNA at 197ng/ul; 6 ul Apyrase at 50mU/ul; 0.75 ul Ampligase; and 3 ul Taq DNA Polymerase Stoffel fragment at 10 u/ul. 18 ul were transferred to strip tubes. The final mix was prepared by combining (for 5 reactions) 74.25 ul enzyme mix; 1.35 ul of each probe and TE if necessary to obtain a volume of 81 ul.

The reactions were then denatured by incubation at 95°C and annealed at 65°C for 15 minutes. 2ul of the respective dXTP at 0.1 mM was added and the reactions were incubated for 10 minutes at 65°C. In the ligation reaction (20 ul), the final probe concentration was 0.015 picomoles/ul.

3 ul of each reaction was added to 27 ul of runoff mix prepared by combining 78 ul 10x Taq Gold buffer; 93.6 ul dNTPs at 1.25 mM each; 5.85ul of AmpliTaq gold DNA Polymerase at 5u/ul; 6.24 ul P1bar biotin primer (SEQ ID NO 1) at 100pmol/ul; 78 ul MgCl2 at 25 mM; and 440.31ul water. The reactions were heat denatured (and Taq activated) for 10 minutes at 95°C and runoff products obtained by incubation for 2 minutes at 60°C. The reactions were then chilled by incubation at 4°C .

20 ul of the reactions were transferred to a UNG/PCR mix prepared by combining 78 ul of 10x Taq Gold buffer; 93.6 ul dNTPs at 1.25 mM each; 78 ul AmpiTaq Gold DNA Polymerase; 39 ul UNG; 12.48 ul M13 primer (SEQ ID NO: 3) at 100pmol/ul; 6.24 ul P1Bar primer (SEQ ID NO: 1) at 100 pmol/ul; 78 ul MgCl2 at 25 mM; and 466.83 ul water. The reactions were incubated for 20 minutes at 37°C, heat denatured for 10 minutes at 95°C and subjected to 14 amplification cycles of 20 seconds at 95°C; 1 minute at 69.6 °C (decreasing by 0.4°C every cycle), followed by 30 amplification cycles of 20 seconds at 95°C; 45 seconds at 64°C; and 10 seconds at 72°C. The reactions were then incubated for 10 seconds at 72°C and then soaked at 4°C.

The amplification products were analyzed as described in Example 8. The results, which are shown in Figure 16, clearly show the presence of amplification products in reactions in which the dNTP that was added is complementary to the SNP in the template DNA. For example, lane 7 shows a reaction with a SNP2 probe and dGTP, which is the nucleotide that is complementary to the SNP in the template DNA at that location. Similary, lane 18 shows an amplification product resulting from the addition of dCTP which is the complementary nucleotide to SNP5 in

template DNA.    In reactions 22, 23 and 24, bands are also clearly visible indicating that amplification does occur in multiplexed reactions.

The dCTP and the dGTP nucleotide reactions were also analyzed by hybridization to DNA chips. The hybridization conditions were similar to those in the example 9, except that 20 ul of the PCR reaction was used in the hybridization mix and the chip was hybrizided for 12 hours.    Table 13 shows normalized signal intensity from the two hybridizations.    The Signal:Noise ratio corresponds to the normalized signal at the expected nucleotide to the normalized signal at the other nucleotide.

Table 13:  Normalized signal intensity from DNA chip hybridization

|         | C Signal | G Signal | Base call | Signal : Noise |
|---------|----------|----------|-----------|----------------|
| Probe 2 | 0.13     | 0.39     | Correct   | 3:1            |
| Probe 4 | 0.16     | 0.08     | Correct   | 2:1            |
| Probe 5 | 0.13     | 0.05     | Correct   | 2.5:1          |

## Example 11:  Detection of SNPs in very high complexity DNA

To mimic the complexity and quantity of DNA needed to genotype human DNA, yet still use the current yeast specific probes, *S. cerevisiae* DNA was mixed with calf thymus DNA in an equimolar ratio or further diluted and then performed the SNP genotyping reaction.  Calf thymus DNA is mammalian DNA and contains roughly the same complexity in base pairs as does human DNA.

The reactions are set forth in Table 14.  Yeast genomic DNA (200ng/ul) was serially diluted into calf thymus (100 ng /ul) as follows. 1 ul of yeast S96 was mixed with 19 ul of calf thymus (Dilution 1). 2 ul of Dilution 1 were mixed into 18 ul of calf thymus (Dilution2). 2 ul of Dilution 2 were mixed into 18 ul of calf thymus (Dilution 3).

Table 14:  Components of the reactions

| Reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|----------|------|------|-------|-------|-------|-------|--------|--------|
| probe | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 | SNP5 |
| Yeast S96 Genomic uncut | 100ng | 100ng | 10ng | 10ng | 1 ng | 1 ng | 0.1 ng | 0.1 ng |
| Calf Thymus | 100ng | 100ng | 100ng | 100ng | 100ng | 100ng | 100ng | 100ng |
| dXTP | C | G | C | G | C | G | C | G |

An enzyme mix containing the template and probe DNAs was prepared by combining (per reaction) 4.875; 11.875; 13.875; or 14.575 ul of water; 2 ul 10 x pfu Ampligase buffer; 0.3 ul of barcode olio; 10, 3, 1, or 0.3 ul of yeast genomic dilution; 0.2 ul Apyrase at 50mU/ul; 0.125

ul Ampligase; and 0.5  ul Taq DNA Polymerase Stoffel fragment at 10 u/ul.  18 ul were transferred to strip tubes.  Potential contaminating nucleotides were degraded by incubation for 20 minutes at 4°C.  The reactions were then denatured by incubation at 95°C for 5 minutes and ramped down to 65°C.  2ul dXTP at 100uM dilution was added and the reactions were incubated

5    at 65°C for 10 minutes.

For Taq run-off, 2 ul of ligation mix was added to 18 ul of run-off mix was prepared by combining (per reaction) 2 ul 10x Taq Gold buffer; 0.75 ul dNTPs at 4 mM each; 0.15ul of AmpliTaq gold DNA Polymerase at 5u/ul; 0.16 ul P1bar biotin primer (SEQ ID NO 1) at 10 pmol/ul; 2 ul MgCl2 at 25 mM; 1ul UNG; and  13.78ul water.  The reactions were heat

10   denatured (and Taq activated) for 10 minutes at 95°C and runoff products obtained by incubation for 2 minutes at 60°C.

After runoff, while the mixture is still at 60°C, 20 ul of the extension reaction were transferred into a UNG/PCR mix, prepared by combining (per reaction) 2 ul of 10x Taq Gold buffer; 0.75 ul dNTPs at 1.25 mM each; 0.15 ul AmpiTaq Gold DNA Polymerase at 5 units/ul; 1

15   ul UNG; 0.16 ul M13 primer (SEQ ID NO 3) at 100pmol/ul; 0.16 ul P1Bar primer (SEQ ID NO 1) at 100 pmol/ul; 2 ul MgCl2 at 25 mM; and 13.78 ul water.  The reactions were incubated for 20 minutes at 37°C , heat denatured for 5 minutes at 95°C and subjected to 35 amplification cycles of 20 seconds at 95°C; 45 seconds at 64 °C; and 10 seconds at 72°C.  The reactions are then incubated for 10 seconds at 72°C and then soaked at 4°C.

20   The amplification products were analyzed by gel electrophoresis as described in the previous examples.  The results, which are shown in Figure 17, indicate the presence of an amplification product in all lanes having reactions done in the presence of dCTP, the nucleotide that is complementary to the SNP in the template nucleic acid.  This demonstrates that, even in the presence of several billion base pairs of DNA, a SNP can be detected by this method.

25

## Example 12:  Amplification of SNPs in human DNA

This example demonstrates the use of the system to identify SNPs in human genomic DNA.  This example used the polymerase/ligase method with two part synthesized probes and the Apyrase and UNG background reduction methods.

30   Two DNA samples were obtained from a Northern European donor and an Indian donor. The samples were screened for two markers in the human ATM gene, GenBank accession number HSU82828.  This gene contains many polymorphisms including two SNPs: one at base 46611 (intron 17; G to A: 34,107) and the second one at 60136 (Intron 22; T to C: 35107).  The

probe designed to detect the SNP at base 46611 was prepared by ligating two oligonucleotides using a bridging oligonucleotide as described above, to produce a probe having the nucleotide sequence 5' AGAATAATTGTTTTTATTTCTTTGAAC/UGTCCACGAGGTCTCTAGTC/ TGTAAAACGACGGCCAGT/UATGCGTACCCTCGACTGAG/TTTAAA/TAGAGAAAACA

5    CTGTCTGCC    3'    (SEQ    ID    NO:    26),    represented    as homology1/primer1/primer2/barcode/DraI/homology2 ("U" indicates uracil bases). The probe to detect the second SNP was also constructed by ligating two oligonucleotides using a bridging oligonucleotides, to produce a probe having the nucleotide sequence 5' AATAACCTTTCAGTGAGTTTTGAC/UGTCCACGAGGTCTCTAGTC/

10    TGTAAAACGACGGCCAGT/UACTGTCACCGGAGTCTGAG/TTTAAA/GACATATTGGA AGTAACTTA 3' (SEQ ID NO: 27).

The compositions of the reactions are set forth in Table 15.

Table 15:  Components of the reactions

| Reactions | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| probe | ATM466 11 | ATM466 11 | ATM466 11 | ATM466 11 | ATM601 36 | ATM601 36 | ATM601 36 | ATM601 36 |
| Genomic template | NE | NE | NE | NE | NE | NE | NE | NE |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

| Reactions | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|
| probe | ATM466 11 | ATM466 11 | ATM466 11 | ATM466 11 | ATM601 36 | ATM601 36 | ATM601 36 | ATM601 36 |
| Genomic template | EI | EI | EI | EI | EI | EI | EI | EI |
| dXTP | dATP | dCTP | dGTP | dTTP | dATP | dCTP | dGTP | dTTP |

15    NE stands for North European and EI stands for Indian.

An enzyme mix containing the template and probe DNAs was prepared by combining 232.7 ul of water; 40 ul 10 x pfu Ampligase buffer; 4 ul Apyrase at 50mU/ul; 2.5 ul Ampligase; and 0.5  ul Taq DNA Polymerase Stoffel fragment at 10 u/ul.  Four enzyme/DNA mixes were prepared by combining 65.07ul enzyme mix; 13.5 ul of template DNA; and 0.54 ul probe DNA.

20    18 ul were transferred to strip tubes.  Potential contaminating nucleotides were degraded by incubation for 20 minutes at 4°C.  The reactions were then denatured by incubation at 95°C for 5 minutes and ramped down to 65°C for about 15 minutes.  2ul dXTP at 100uM dilution was added and the reactions were incubated at 58 for 10 minutes.

For Taq run-off, 2 ul of ligation mix was added to 18 ul of run-off mix warmed to 95°C,

25    prepared by combining 34 ul 10x Taq Gold buffer; 12.75 ul dNTPs at 1.25 mM each; 2.55ul of AmpliTaq gold DNA Polymerase at 5u/ul; 2.72 ul P1bar biotin primer (SEQ ID NO: 1) at 10

pmol/ul; 34 ul MgCl2 at 25 mM; and  220ul water.  The reactions were heat denatured (and Taq activated) for 10 minutes at 95°C and runoff products obtained by incubation for 2 minutes at 60°C, and then chilled at 4°C.

20 ul of the extension reaction were transferred into a UNG/PCR mix, prepared by combining 34 ul of 10x Taq Gold buffer; 12.75 ul dNTPs at 1.25 mM each; 2.55 ul AmpiTaq Gold DNA Polymerase at 5 units/ul; 17 ul UNG 1unit/ul; 2.72 ul M13 primer (SEQ ID NO 3) at 100pmol/ul; 2.72 ul P1Bar primer (SEQ ID NO 1) at 100 pmol/ul; 34 ul MgCl2 at 25 mM; and 234.26 ul water.  The reactions were incubated for 20 minutes at 37°C, heat denatured for 10 minutes at 95°C and subjected to 35 amplification cycles of 20 seconds at 95°C; 45 seconds at 64 °C; and 10 seconds at 72°C.  The reactions are then incubated for 10 seconds at 72°C and then soaked at 4°C.

The amplification products were analyzed by gel electrophoresis as described in previous examples.  The results, which are shown in Figure 18, indicate the presence of an amplification product in lanes 3 and 11 for the ATM46611 SNP indicating that both genomic DNAs are homozygous G for this SNP.  Amplification products in lane 6 but not 8 for the Northern European donor indicates that this genomic DNA is homozygous for C for the ATM60136 SNP while the East Indian genomic DNA is heterozygous for C and T due to the presence of products in lanes 14 and 16 , respectively.


## Equivalents

It will be apparent to those skilled in the art that the examples and embodiments described herein are by way of illustration and not of limitation, and that other examples may be used without departing from the spirit and scope of the present invention, as set forth in the claims.