Claims:

1.    A method for identifying one or more consecutive nucleotides in a sample of nucleic acids, comprising

(i) hybridizing a probe to a nucleic acids in the sample, wherein the probe comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a nucleic acid/probe duplex;

(ii) incubating the nucleic acid/probe duplex with one or more dNTPs, a polymerase and a ligase to form a closed circular probe when the one or more dNTPs added are complementary to the nucleotide(s) to identify;

(iii) adding to reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, in the probe, and a Polymerase to thereby extend primers 1 or 2, to form extension product(s); and

(iv) detecting the extension product(s), and thereby determine the identity of the nucleotides to identify.

2.    A method for identifying one or more consecutive nucleotides in a sample of nucleic acids, comprising

(i)    hybridizing a probe to a nucleic acid of the sample, wherein the probe comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or more nucleotides to identify ("THR2"); one or more 3' or 5' most bases that are complementary to the one or more nucleotides to identity; a primer 1 homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a nucleic acid/probe duplex;

(ii)    incubating the nucleic acid/probe duplex with a ligase to form a closed circular probe when the 3' or 5' most nucleotides are complementary to the nucleotides to identify;

(iii)    adding to reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, in the probe, and a Polymerase to thereby extend primers 1 or 2, to form extension products; and

(iv)     detecting the extension product(s), and thereby determine the identity of the nucleotides to identify.

3.     The method of claim 1 or 2 for identifying a plurality of sequences of one or more consecutive nucleotides in a sample of nucleic acids, comprising

(i) hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or more nucleotides to identify ("THR2"); one or more 3' or 5' most bases that are complementary to the one or more nucleotides to identity; a primer 1 homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a plurality of nucleic acid/probe duplexes;

(ii)     incubating the plurality of nucleic acid/probe duplexes with a ligase to form a plurality of closed circular probes when the 3' or 5' most nucleotides are complementary to the nucleotides to identify;

(iii) adding to reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to obtain an extension products; and

(iv) detecting the extension products, and thereby identify the plurality of sequences of one or more consecutive nucleotides in the sample of nucleic acids.

4.     The method of claim 1 or 2 for identifying a plurality of sequences of one or more consecutive nucleotides in a sample of nucleic acids, comprising

(i) hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of one of the sequences of one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a plurality of nucleic acid/probe duplexes;

(ii)  incubating the plurality of nucleic acid/probe duplexes with one or more dNTPs, a polymerase and a ligase to form a plurality of closed circular probes when the one or more dNTPs added are complementary to the nucleotide(s) to identify;

(iii)  adding to reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products; and

(iv)  detecting the extension products, and thereby identify the plurality of sequences of one or more consecutive nucleotides in the sample of nucleic acids.

5.    The method of claim 3 or 4, wherein the P1HR nucleotide sequences or P2HR nucleotide sequences in at least two probes are identical.

6.    The method of claim 5, wherein the P1HR nucleotide sequences in each of the probes are identical and the P2HR nucleotide sequences in each of the probes are identical.

7.    The method of claim 1, 2, 3, or 4, wherein the extension products of step (iii) are further amplified by performing at least one cycle of polymerase chain reaction ("PCR") amplification using primers 1 and 2.

8.    The method of claim 7, wherein the extension products of step (iii) are is followed comprises performing a number of PCR cycles sufficient to allow detection of the amplification product.

9.    The method of claim 1, 2, 3, or 4, wherein step (iii) consists of a rolling circle amplification.

10.    The method of claim 1 or 3, wherein at least one probe comprises a tag sequence which is an identifier of the probe.

11.    The method of claim 3, wherein each probe comprises a tag sequence which is an identifier of the probe.

12.    The method of claim 2 or 4, wherein at least one probe comprises a tag sequence which is an identifier of the probe and 3' or 5' most nucleotide of the probe.

13.    The method of claim 4, wherein each probe comprises a tag sequence which is an identifier of the probe and 3' or 5' most nucleotide of the probe.

14.    The method of claim 10 or 12, wherein the tags can be distinguished from each other based on their molecular weight or size.

15.    The method of claim 10 or 12, wherein the tags can be distinguished from each other based on their nucleotide composition.

16.    The method of claim 10 or 12, wherein step (iii) comprises performing a number of PCR cycles sufficient to allow detection of the amplification product, and wherein step (iv) comprises detecting the amplification products by electrophoresis.

17.    The method of claim 10 or 12, wherein step (iii) comprises performing a number of PCR cycles sufficient to allow detection of the amplification product, and wherein step (iv) comprises detecting the amplification products by mass spectrometry.

18.    The method of claim 10 or 12, wherein step (iii) comprises performing a number of PCR cycles sufficient to allow detection of the amplification product, and wherein step (iv) comprises detecting the amplification products by nucleic acid hybridization.

19.    The method of claim 18, wherein step (iv) comprises hybridization to a high density oligonucleotide array.

20/428241.1 - -

81

20.    The method of claim 8, further including one or more steps to reduce background amplification.

21.    The method of claim 20, wherein primer 1 or primer 2 is labeled, and the method further comprises separating the labeled extension products obtained in step (iii) from the probe(s) and/or from the template nucleic acids.

22.    The method of claim 21, wherein primer 1 or primer 2 is labeled with biotin and the extension products are isolated by contact with a streptavidin coated surface, to obtain isolated extension products.

23.    The method of claim 22, further comprising subjecting the isolated extension products to a number of PCR cycles with primer 1 and primer 2 sufficient for detection of the amplification products.

24.    The method of claim 20, the probe contains one or more uracil bases and the method comprises incubating the reaction mixture obtained after step (iii) with uracil-N-glycosylase ("UNG") prior to step (iv), such that the probes are fragmented.

25.    The method of claim 24, wherein uracil-N-glycolylase is included during the PCR amplification.

26.    The method of claim 8, further comprising degrading potential contaminating nucleotides prior to step (iii).

27.    The method of claim 26, wherein the potential contaminating nucleotides are degraded with apyrase.

28.    The method of claim 1, 2, 3 or 4, wherein the template nucleic acids is genomic DNA.

29.    The method of claim 1, 2, 3 or 4, wherein the template nucleic acids is RNA.

30.    The method of claim 1, 2, 3 or 4, wherein the one or more nucleotides to identify are one or more single nucleotide polymorphisms (SNPs).

5

31.    The method of claim 1, 2, 3 or 4, wherein the polymerase of step (iii) is an RNA polymerase and primer 1 or 2 includes a promoter, such that an RNA strand is synthesized.

32.    The method of claim 1, 2, 3 or 4, further comprising subjecting the isolated extension
10    products to a number of PCR cycles with primer 1 and primer 2 sufficient for detection of the amplification products, and wherein primer 1 or primer 2 contains a transcription promoter such that transcription can be carried out after the PCR cycles

33.    A method for identifying one or more consecutive nucleotides in a plurality of sequences
15    of in a sample of nucleic acids, comprising

(i)  hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the one or
20    more nucleotides to identify ("THR2"); one or more 3' or 5' most nucleotides that are complementary to the one or more nucleotides to identify; a primer 1 homology region ("P1HR") which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and of the 3' or 5' most nucleotides and which is located between THR1 and P1HR or between THR2 and P2HR, to form
25    a plurality of nucleic acid/probe duplexes;

(ii)    incubating the plurality of nucleic acid/probe duplexes with a ligase to form a plurality of closed circular probes when the 3' or 5' most nucleotides are complementary to the nucleotides to identify;

(iii)    adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and
30    P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to obtain extension products;

20/428241.1 -                                83

(iv)    subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(v)    detecting the amplification products by virtue of their tags, to thereby identify the one or more consecutive nucleotides of the plurality of sequences in the sample of nucleic acids.

5

34.    The method of claim 33, further comprising rendering the probes inaccessible to PCR amplification between steps (iii) and (iv).

35.    A method for identifying one or more consecutive nucleotides of a plurality of sequences in a sample of nucleic acids, comprising

10

(i)    hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of one of the sequences of one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and which is located between THR1 and P1HR or between THR2 and P2HR, to form a plurality of nucleic acid/probe duplexes;

15

(ii)    incubating the plurality of nucleic acid/probe duplexes with one or more dNTPs, a polymerase and a ligase to form a plurality of closed circular probes when the one or more dNTPs added are complementary to the nucleotide(s) to identify;

20

(iii)    adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

25

(iv)    subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(v)    detecting the amplification products by virtue of their tags, to thereby identify the one or more consecutive nucleotides of the plurality of sequences in the sample of nucleic acids.

30

36.    The method of claim 35, further comprising rendering the probes inaccessible to PCR amplification between steps (iii) and (iv).

20/428241.1 -                                84

37.  The method of claim 33 or 35 for identifying one or more consecutive nucleotides of a plurality of sequences which are located on the same nucleic acid molecule, further comprising hybridizing to the nucleic acid molecule an adaptor probe which hybridizes to the sequences located between two sequences having one or more consecutive nucleotides to identify.

5

38.  The method of claim 33, for determining the identity of a plurality of single nucleotide polymorphisms (SNPs), wherein each of probes of step (i) comprise a 3' or 5' most nucleotide that is complementary to a candidate nucleotide of the SNP and a tag that is an identifier of the probe and of the 3' or 5' most nucleotide, and the method comprises determining the identity of

10  the SNPs by detection of the tags, wherein the presence of a tag in the amplified products of step (v) indicates the presence of a the particular nucleotide at the specific SNP that was identified by the tag.

39.  The method of claim 35, for determining the identity of a plurality of single nucleotide

15  polymorphisms (SNPs), wherein each of probes of step (i) comprise a tag that is an identifier of the probe, and the method comprises determining the identity of the SNPs by detection of the tags, wherein the presence of a tag in the amplified products of step (v) obtained from a reaction in which a particular nucleotide was added in step (ii) indicates that the SNP identified by the tag is the complementary nucleotide to that which was added in the reaction.

20

40.  A method for determining the structure of a plurality of stretches of consecutive nucleotides in a sample of nucleic acids, comprising

(i) hybridizing a plurality of probes to a nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located

25  immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of one of the sequences of one or more nucleotides to identify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag which serves as an identifier of the probe, to form a plurality

30  of nucleic acid/probe duplexes;

(ii)  incubating the plurality of nucleic acid/probe duplexes with dATP, dCTP, dGTP, dTTP, a polymerase and a ligase to form a plurality of closed circular probes;

20/428241.1 -                                   85

(iii)    subjecting the reaction of step (ii) to PCR amplification using primer 1, which hybridizes to P1HR in each probe, and primer 2, which hybridizes to P2HR in each probe, for a number of PCR cycles sufficient to allow detection of the amplification products resulting from the PCR amplification; and

5    (iv)    detecting the amplification products by virtue of their tags, and characterizing the amplification products, to thereby determine the structure of a plurality of stretches of consecutive nucleotides in a sample of nucleic acids.

41.    The method of claim 40, wherein determining the structure of a stretch of consecutive nucleotides consists in determining the approximate number of the one or more consecutive nucleotides, and characterizating the amplification products in step (v) comprises determining the molecular weight or length of the amplified products.

42.    The method of claim 40, wherein determining the structure of a stetch of consecutive nucleotides consists in determining the sequence of the one or more consecutive nucleotides, and characterizing the amplification products in step (v) comprises determining the sequence of the one or more consecutive nucleotides in the amplified products.

43.    The method of claim 40, further comprising adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products, prior to step (iii).

44.    The method of claim 43, further comprising rendering the probe inaccessible to PCR amplification prior to step (iii).

25

45.    A method for lowering the complexity of a nucleic acid mixture, comprising

(i) hybridizing a plurality of probes to a nucleic acids mixture, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences of one or more nucleotides to identify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of one of the sequences of one or more nucleotides to identify ("THR2"); a primer 1 homology

region ("P1HR"), which is identical in each probe; and a primer 2 homology region ("P2HR"), which is identical in each probe, to form a plurality of nucleic acid/probe duplexes;

(ii)     incubating the plurality of nucleic acid/probe duplexes with dATP, dCTP, dGTP, dTTP, a polymerase and a ligase to form a plurality of closed circular probes;

(iii)    subjecting the reaction of step (ii) to PCR amplification using primer 1, which hybridizes to P1HR in each probe, and primer 2, which hybridizes to P2HR in each probe, for a number of PCR cycles sufficient to reduce the complexity of the nucleic acid mixture.

46.     A method for quantifying the number of one or more specific sequences in a sample of nucleic acids, comprising

(i)     hybridizing one or more probes to nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the specific sequences quantify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the specific sequence to identify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe, to form one or more nucleic acid/probe duplexes;

(ii)    incubating the one or more nucleic acid/probe duplexes with one or more dNTPs, a polymerase and a ligase to form one or more closed circular probes;

(iii)   adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

(iv)    rendering the probes inaccessible to PCR amplification;

(v)     subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(vi)    detecting the amplification products, and quantitating the amount of amplified products by comparison with a known amount of molecular marker, to thereby quantify the number of one or more specific sequences in a sample of nucleic acids.

47.     A method for quantifying the number of one or more specific sequences in a sample of nucleic acids, comprising

20/428241.1 -

87

(i)  hybridizing one or more probes to nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the specific sequences quantify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the specific

5    sequence to identify ("THR2"); one or more 3' or 5' most nucleotides that are complementary to the one or more nucleotides to identity; a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe, to form one or more nucleic acid/probe duplexes;

(ii)    incubating the one or more nucleic acid/probe duplexes with a polymerase and a ligase to

10   form one or more closed circular probes;

(iii)    adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

(iv)    rendering the probes inaccessible to PCR amplification;

15   (v)    subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(vi)    detecting the amplification products, and quantitating the amount of amplified products by comparison with a known amount of molecular marker, to thereby quantify the number of one or more specific sequences in a sample of nucleic acids.

20

48.    The method of claim 46 or 47, wherein the probes further comprise a tag which serves as an identifier of the probe, and the amplification products are detected in step (vi) by virtue of their tags.

25   49.    A method for genotyping and quantifying one or more sequences of one or more nucleotides in a sample of nucleic acids, comprising

(i)  hybridizing one or more probes to nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences to genotype and quantify ("THR1"); a 3' end region that

30   hybridizes to a region of the template nucleic acid that is located immediately 3' of the specific sequence to genotype and quantify ("THR2"); a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe;

20/428241.1 -                                                88

and a tag sequence which serves as an identifier of the probe and which is located between THR1 and P1HR or between THR2 and P2HR, to form one or more nucleic acid/probe duplexes;

(ii)    incubating the one or more nucleic acid/probe duplexes with one or more dNTPs, a polymerase and a ligase to form one or more closed circular probes when the one or more dNTPs added are complementary to the sequence to genotype;

(iii)    adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

(iv)    rendering the probes inaccessible to PCR amplification;

(v)    subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(vi)    detecting the amplification products by virtue of their tag, and quantitating the amount of amplified products by comparison with a known amount of molecular marker, to thereby genotype and quantigy one or more sequences of one or more nucleotides in a sample of nucleic acids.

50.    A method for genotyping and quantifying one or more sequences of one or more nucleotides in a sample of nucleic acids, comprising

(i)    hybridizing one or more probes to nucleic acids in the sample, wherein each of the probes comprises a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of one of the sequences to genotype and to quantify ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the sequence to genotype and to identify ("THR2"); one or more 3' or 5' most nucleotides that are complementary to the sequence to genotype; a primer 1 homology region ("P1HR"), which is identical in each probe; a primer 2 homology region ("P2HR"), which is identical in each probe; and a tag sequence which serves as an identifier of the probe and of the 3' and 5' most nucleotides and which is located between THR1 and P1HR or between THR2 and P2HR, to form one or more nucleic acid/probe duplexes;

(ii)    incubating the one or more nucleic acid/probe duplexes with a polymerase and a ligase to form one or more closed circular probes;

(iii)    adding to the reaction of step (ii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

(iv)    rendering the probes inaccessible to PCR amplification;

(v)    subjecting the extension products of step (iii) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

(vi)    detecting the amplification products by virtue of their tag, and quantitating the amount of amplified products by comparison with a known amount of molecular marker, to thereby genotype and quantigy one or more sequences of one or more nucleotides in a sample of nucleic acids.

51.    The method of claim 46, 47, 49 or 50 wherein rendering the probes inaccessible to PCR amplification comprises fragmenting the probes.

52.    The method of claim 51, wherein the probes comprise one or more uracil bases and fragmenting the probes comprises incubating the probes with UNG.

53.    The method of claim 46, 47, 49 or 50, wherein primer 1 or primer 2 that was added in step (iii) is labeled, and rendering the probes inaccessible to PCR amplification comprises isolating the extension products from step (iii) by virtue of the label.

54.    The method of claim 46, 47, 49 or 50, wherein the sample of nucleic acids is a sample of RNA.

55.    The method of claim 33, 35, 40, 46, 47, 49, or 50 wherein all the probes are included in one reaction.

56.    The method of claim 1, 2, 33, 35, 40, 46, 47, 49, or 50 for genotyping a subject, wherein the sample of nucleic acids is obtained from cells of the subject.

20/428241.1 -

90

57.    A method for determining whether a subject is homozygous for the presence or absence of an insertion of a specific nucleotide at a locus in his genome or heterozygous for the insertion, comprising

(i)    obtaining a representative sample of nucleic acids from the subject;

5    (ii)    hybridizing the nucleic acids in the sample with two probes:

(1)    a probe comprising a 5' end region that hybridizes to a region of the nucleic acid that is located immediately 5' of the site of insertion ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the site of insertion ("THR2"); a primer 1 homology region ("P1HR"); a

10    primer 2 homology region ("P2HR"); and a tag sequence which serves as an identifier of the probe which is located between THR1 and P1HR or between THR2 and P2HR, wherein in the presence of a nucleotide insertion, the 5' and 3' ends of the probe will abut upon hybridization, and

(2)    a probe comprising a 5' end region that hybridizes to a region of the nucleic acid

15    that is located immediately 5' of the site of insertion ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located immediately 3' of the nucleotide located immediately 5' to the site of insertion ("THR2"); a primer 1 homology region ("P1HR"); a primer 2 homology region ("P2HR"); and a tag sequence which serves as an identifier of the probe which is located between

20    THR1 and P1HR or between THR2 and P2HR, wherein in the absence of a nucleotide insertion, the 5' and 3' ends of the probe will abut upon hybridization,

to form one or more nucleic acid/probe duplexes;

(iii)    incubating the nucleic acid/probe duplexes with a ligase to form closed circular probes if the 5' and 3' ends of the probe abut;

25    (iv)    adding to the reaction of step (iii) primer 1 or primer 2, which hybridize to the P1HR and P2HR, respectively, of the plurality of probes, and a Polymerase to thereby extend primers 1 or 2, to form extension products;

(v)    subjecting the extension products of step (iv) to a number of PCR amplification cycles using primer 1 and primer 2 sufficient to allow detection of the amplification products; and

30    (vi)    detecting the amplification products by virtue of their tag, wherein the presence of amplification products of probe 1 and probe 2 indicates that the subject is heterozygous for the insertion; the presence of an amplification product of probe 1 and not probe 2 indicates that the

subject is homozygous for lack of insertion; and the presence of an amplification product of probe 2 and not probe 1 indicates that the subject is homozygous for the insertion.

58. The method of claim 57, wherein at least one of the probes lacks a 3' or 5' most nucleotide, and step (iii) of the method further includes including one or more dNTPs and a polymerase.

59. The methods of claims 1, 2, 3, or 4, wherein step (ii) further includes at least one cycle of denaturation and annealing, to increase the amount of closed circle products.

# ABSTRACT

## DIRECT MULTIPLEX CHARACTERIZATION OF GENOMIC DNA

The invention provides compositions and methods for characterizing a nucleic acid

5   sample, e.g, identifying and quantifying one or more stretches of one or more consecutive
nucleotides in a nucleic acid sample. For example the invention may be used to identify alleles
of polymorphic regions in genomic DNA. The invention comprises (i) hybridizing the sample
nucleic acid with one or more probes comprising a 5' end region that hybridizes to a region of
the nucleic acid that is located immediately 5' of the one or more nucleotides to identify

10   ("THR1"); a 3' end region that hybridizes to a region of the template nucleic acid that is located
immediately 3' of the one or more nucleotides to identify ("THR2"); optionally one or more 3'
or 5' most bases that are complementary to the one or more nucleotides to identify; a primer 1
homology region ("P1HR") and a primer 2 homology region ("P2HR"), to form a nucleic
acid/probe duplex; (ii) incubating the nucleic acid/probe duplex with a ligase, and optionally

15   with a polymerase and dNTP(s), to form a closed circular probe when the 3' most nucleotides are
complementary to the nucleotides to identify; (iii) extending primers 1 and/or 2 in the presence
of a polymerase, such that the primer(s) extend over the nucleotides to identify in the closed
circular probe, to form extension product(s); and (iv) detecting the extension product(s), and
thereby determine the identity of the nucleotides to identify.

Figure 1A



Allele 2: T

Allele 1 :A

Hybridize Probes to Genomic Template, degrade any nucleotide using Apyrase.

Use a ligase enzyme to circularize any extended probes.

Anneal a common primer to the backbone of all probes.

figure 1C

Scheme Figure 1C (continued)

Use a polymerase enzyme to extend the common primer.

A

T

Capture the run-off products and/or degrade the original probes using UNG.



Allele 1 :A

Allele 2: T

Hybridize Probes to Genomic Template.
degrade any nucleotide using Apyrase.

Use a polymerase enzyme to extend one
base in the presence of one nucleotide.

Figure 3





# Probe 1: assays the insertion position.



T A

↓

no amplification

T

↓

amplification

# Probe 2: abuts at the insertion position





T A

↓

amplification

T

↓

no amplification

| genotype | Probe 1 | Probe 2 |
|---|---|---|
| homozygous no insertion | + | − |
| homozygous for insertion | − | + |
| heterozygous | + | + |

Figure 5





figure 8





Figure 10



Expt:     1   2 3   4   5   6 7   8

Figure 12



0



Figure 14

SNP5 : S37 + DraI Digested
          Genomic S9%

(undiluted ligase, 10x Stoffel, 2x TAQ in
                                          PCR)

UNG  (14 + 30 cycles)

Expt:  1



S37
x -Sal

Figure

A



Expt:    1    2    3    4

B



SNP 1
Hyb tag

SNP 5
Hyb tag

SNP 2
Hyb tag

At left is a composite image of three of the spots
on the hybridization array labelled: SNP1,
SNP5, SNP2.

Three separate hybridizations are shown
superimposed for these three spots. The reaction
to which dATP was added (1) is shown colored
in Green. The reaction to which dCTP was
added (2) is shown in Blue. The reaction to
which dGTP (3) was added is shown in Red.

The allele calls are shown by the color of the
spot at the given SNP tag location:

SNP 1 : A
SNP 2: G
SNP 5: C



Figure 17

YEAST S96 DILUTED $\frac{1}{200}$ INTO CALF PER
UNG 35 CYCLES (1·6 pmol $\bar{P}_1$) (·8 pmol n13/P1)





**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

❑ **BLACK BORDERS**

❑ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☑ **FADED TEXT OR DRAWING**

☑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

❑ **SKEWED/SLANTED IMAGES**

☑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

❑ **GRAY SCALE DOCUMENTS**

❑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

❑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

❑ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.
As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

# ANNEX D

| Claims 1 and 37 of U.S. Patent 6,858,412 | Claims 23 and 24 of USSN10/264,574 |
|---|---|
| 1. A method for detecting a target sequence comprising a first and second target domain in a sample, said method comprising: a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; d) amplifying said cleaved probe to form a plurality of amplicons; and e) detecting said amplicons to detect the presence of said target sequence in said sample. | 23. A method for detecting a target sequence comprising a first and second target domain in a sample, said method comprising: a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; d) amplifying said cleaved probe to form a plurality of amplicons; and e) detecting said amplicons to detect the presence of said target sequence in said sample. |
| 37. A method for amplifying a target sequence comprising a first and second target domain in a sample, said method comprising: a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; and d) amplifying said cleaved probe. | 24. A method for amplifying a target sequence comprising a first and second target domain in a sample, said method comprising: a) hybridizing said target sequence to a precircle probe to form a first hybridization complex, said precircle probe comprising: i) a first targeting domain; ii) a second targeting domain; iii) at least a first universal priming site; and iv) a cleavage site; wherein said first and second targeting domains hybridize to said first and second target domains; b) contacting said first hybridization complex with a ligase to form a closed circular probe; c) cleaving said closed circular probe at said cleavage site to form a cleaved probe; and d) amplifying said cleaved probe. |



| REVOCATION OF POWER OF ATTORNEY, NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS | ATTORNEY DOCKET NO. 70051.0002US01 | |
|---|---|---|
| | U.S. APPLICATION SERIAL NO. 10/264,574 | CONFIRMATION NO. 4126 |
| | FILING DATE October 4, 2002 | |
| INVENTOR(S) Kevin Gunderson, et al | EXAMINER (If known) Robert Thomas CROW | ART UNIT (If known) 1634 |
| TITLE OF APPLICATION Detection of nucleic acid reactions on bead arrays | | |

COMMISSIONER FOR PATENTS
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

    I hereby revoke all previous powers of attorney given in the above-identified application.

    I hereby appoint the practitioners associated with Customer Number

**23552**

Patent & Trademark Office

to transact all business in the U.S. Patent & Trademark Office in connection with this application.

    Please change the correspondence address for the above-identified application to the address associated with the aforementioned Customer Number.

    I am the:

☐ Applicant/Inventor.

☒ Assignee of record of the entire interest (See 37 CFR 3.71). A statement under 37 CFR 3.73(b) is enclosed.

| SIGNATURE of Assignee of Record | | | |
|---|---|---|---|
| Signature | *John R Stuelpnagel* | | |
| Name | John Stuelpnagel | Title | Chief Operating Officer |
| Date | Sept. 16, 2005 | Telephone | 858-202-4502 |

NOTE: Signatures of all of the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required.

A total of 1 form(s) is/are submitted.

SEP 2 6 2005

| STATEMENT UNDER 37 CFR 3.73(b) | ATTORNEY DOCKET NO.<br>**70051.0002US01** | |
|---|---|---|
| | U.S. APPLICATION SERIAL NO.<br>**10/264,574** | CONFIRMATION NO.<br>**4126** |
| | FILING DATE<br>**October 4, 2002** | |
| INVENTOR(S)<br>**Mark S. CHEE et al.** | EXAMINER (If known)<br>**Robert Thomas CROW** | ART UNIT (If known)<br>**1634** |
| TITLE OF APPLICATION<br>Detection of nucleic acid reactions on bead arrays | | |

Illumina, Inc. certifies that it is:

☒ the assignee of the entire right, title, and interest; or

☐ the assignee of less than the entire right, title and interest (the extent by percentage of its ownership interest is _____ %);

of the application identified above by virtue of an assignment from the inventor(s) of the application identified above.

☒ The assignment was recorded in the United States Patent and Trademark Office at Reel 011285, Frame 0837.

☐ A copy of the assignment is attached.

☐ Copies of assignments or other documents in the chain of title are attached.
[NOTE: A true copy of the original assignment documents must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See MPEP § 302.08]

The undersigned (whose title is supplied below) is empowered to act on behalf of the assignee.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and, further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine, imprisonment, or both under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| Signature | *[signature]* | | |
|---|---|---|---|
| Name | John Stuelpnagel | Date | Sept 16, 2005 |
| Title | Chief Operating Officer | Telephone | 858-202-4502 |