## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DR. ANTHONY CZARNIK,                    )
                                        )
                Plaintiff,              )
                                        )    C.A. No. 05-400 (JJF)
        v.                              )
                                        )
ILLUMINA, INC.,                         )
                                        )
                Defendant.              )

## ORDER

The Court, having considered the parties' submissions and heard argument on Illumina's Motion for Disqualification, makes the following findings: (1) a former attorney/client relationship between Illumina and Merchant & Gould existed; (2) that former attorney/client relationship involved matters not substantially related to the matters in this litigation.

THEREFORE, IT IS HEREBY ORDERED this _____ day of _____, 2007, that Illumina's motion to disqualify is DENIED. The parties shall submit a joint scheduling order for the Court's consideration.

_____
UNITED STATES DISTRICT JUDGE

830982 / 32040