IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-400 (JJF) ) |
| ILLUMINA, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

The Court, having considered the parties' submissions and heard argument on Illumina's Motion for Disqualification, makes the following findings: (1) a former attorney/client relationship between Illumina and Merchant & Gould existed; (2) that former attorney/client relationship involved matters not substantially related to the matters in this litigation.

THEREFORE, IT IS HEREBY ORDERED this __16__ day of __November__, 2007, that Illumina's motion to disqualify is DENIED. The parties shall submit a joint scheduling order for the Court's consideration.

_____
UNITED STATES DISTRICT JUDGE

830982 / 32040