**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DR. ANTHONY W. CZARNIK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-400 JJF |
| ILLUMINA, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF SERVICE**

Please take notice that on the 29th day of November, 2007, copies of the following document, **DEFENDANT ILLUMINA'S THIRD SET OF INTERROGATORIES TO PLAINTIFF DR. CZARNIK,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**VIA EMAIL AND FEDEX**
Anthony R. Zeuli, Esq.
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 371-5208
tzeuli@merchant-gould.com

Anthony F. Pantoni, Esq.
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA  92101
(619) 235-4400
apantoni@pantonilaw.com

Dated: November 29, 2007        */s/ Richard K. Herrmann*
                                            Richard K. Herrmann #405
                                            Mary B. Matterer #2696
                                            MORRIS JAMES LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE 19801
                                            (302) 888-6800
                                            rherrmann@morrisjames.com

                                            Mark A. Pals, P.C.
                                            Marcus E. Sernel
                                            KIRKLAND & ELLIS LLP
                                            200 East Randolph Drive
                                            Chicago, IL 60601
                                            (312) 861-2000

                                            ***Counsel for Illumina, Inc.***