IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-400 (JJF) |
| v. ) | |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff, Dr. Anthony Czarnik, will take the deposition by oral examination of Todd Dickinson at Shelburne Sherr Court Reporters, 501 W. Broadway, Suite 1330, San Diego, CA 92101, commencing at 9:00 A.M. on December 19, 2007, or at some other place mutually agreed upon by counsel. The deposition will be taken by stenographic and videographic means before a notary public or other officer duly authorized to administer oaths and will continue day to day until completed. You are invited to attend and cross-examine.

OF COUNSEL:

Anthony R. Zeuli
Rachel Zimmerman
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 371-5208

Anthony F. Pantoni
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA 92101
Tel: (619) 235-4400

Dated: December 17, 2007
838219

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Dr. Anthony Czarnik*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 17, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 17, 2007, I have Electronically Mailed and Hand Delivered (where noted) the document to the following person(s):

| | |
|---|---|
| Richard K. Herrmann (also by Hand Delivery) | Mark A. Pals, P.C. |
| Mary B. Matterer | Marcus E. Sernel |
| Morris James LLP | Stephen T. Webb |
| 500 Delaware Avenue, Suite 1500 | Kirkland & Ellis LLP |
| Wilmington, DE 19899 | 200 East Randolph Drive |
| rherrmann@morrisjames.com | Chicago, IL 60601 |
| mmatterer@morrisjames.com | mpals@kirkland.com |
| | msernel@kirkland.com |
| | swebb@kirkland.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040