IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY W. CZARNIK,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>Defendant. | Civil Action No. 05-400 JJF |

## ILLUMINA'S DEPOSITION NOTICE OF ANTHONY CZARNIK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Illumina Inc. hereby provides notice that the deposition of Dr. Anthony Czarnik will be taken at the offices of Laxalt & Nomura, Ltd., 9600 Gateway Drive, Reno, Nevada 89521 commencing at 9:00 a.m. on January 4, 2008. The deposition will be taken before a person authorized to administer oaths, and may be recorded by both stenographic and videotape means pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, and will continue from day to day, as necessary, until completed.

Dated: December 20, 2007

*/s/ Mary Matterer*

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800

Marcus E. Sernel
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Counsel for Illumina, Inc.*