IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DR. ANTHONY W. CZARNIK,          :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Civil Action No. 05-400 JJF
                                 :
ILLUMINA, INC.,                  :
                                 :
        Defendant.               :

### O R D E R

WHEREAS, a Markman Hearing has been set for January 25, 2008 at 4:00 p.m. in the above-captioned matter (D.I. 28);

WHEREAS, the briefing on claim construction issues was to be completed by January 11, 2008;

WHEREAS, to date, claim construction briefing has not been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the January 25, 2008 Markman Hearing is **CANCELLED**.

January 17, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE