IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., )<br>)<br>Defendant. ) | C.A. No. 05-400 (JJF) |

## STIPULATION AND ORDER

WHEREAS, the parties in the above action have been actively engaged in good faith settlement discussions and have reached a verbal agreement to settle this action;

WHEREAS, the parties jointly request a stay of the action until February 1, 2008 to allow the parties to finalize a written agreement which includes settling this litigation;

WHEREAS, within fourteen (14) days after a written agreement has been signed by the parties, Plaintiff will submit to the Court a proposed Stipulation of Dismissal of the above action;

WHEREAS, if settlement of this matter is not finalized by February 1, 2008, within fourteen (14) days of that date, the parties will submit a revised Scheduling Order for the Court's consideration;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1. The litigation is stayed through and including February 1, 2008; and

2. The parties shall advise the Court of the status of the written agreement settling this action on February 1, 2008 or earlier if the agreement is finalized.

3.  Within fourteen (14) days after the written agreement is signed by the parties, Plaintiff will submit an appropriate Stipulation of Dismissal of the above action for the Court's approval.

4.  If settlement of this matter is not finalized by February 1, 2008, within fourteen (14) days of that date, the parties will submit a revised Scheduling Order for the Court's consideration.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com | By: */s/ Richard K. Herrmann* <br> Richard K. Herrmann <br> Mary B. Matterer <br> 222 Delaware Avenue, 10th Floor <br> 919 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 <br> Tel: (302) 888-6800 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com |
| OF COUNSEL: <br> Anthony R. Zeuli <br> MERCHANT & GOULD <br> 3200 IDS Center <br> 80 South Eighth Street <br> Minneapolis, MN 55402 <br> Tel: (612) 371-5208 | OF COUNSEL: <br> Mark A. Pals, P.C. <br> Marcus E. Sernel <br> Stephen T. Webb <br> KIRKLAND & ELLIS LLP <br> 200 East Randolph Drive <br> Chicago, IL 60601 <br> Tel: (312) 861-2000 |
| Anthony F. Pantoni <br> ANTHONY F. PANTONI, ESQUIRE <br> 501 West Broadway, Suite 1370 <br> San Diego, CA 92101 <br> Tel: (619) 235-4400 | *Attorneys for Defendant Illumina, Inc.* |
| *Attorneys for Plaintiff Dr. Anthony Czarnik* | |

IT IS SO ORDERED this _____ day of _____, 2008.

843484

_____
United States District Judge