# Morris James LLP

Richard K. Herrmann<br>
302.888.6816<br>
rherrmann@morrisjames.com

February 1, 2008

**VIA EFILING AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re: *Dr. Anthony W. Czarnik v. Illumina, Inc.*, D. Del., C.A. No. 05-400-JJF

Your Honor:

    Pursuant to the Stipulation and Order filed on January 23, 2008, the parties are pleased to advise the Court that this action has been settled. The parties anticipate a stipulation of dismissal will be filed on or before February 8, 2008.

Respectfully,<br><br>
Richard K. Herrmann, I.D. No. 405<br>
rherrmann@morrisjames.com

cc: Richard L. Horwitz, Esq.
    David E. Moore, Esq.