IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. ANTHONY CZARNIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-400 (JJF) |
| v. ) | |
| ) | |
| ILLUMINA, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action and all claims asserted herein are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | By: /s/ Richard K. Herrmann<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue, 10th Floor<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| OF COUNSEL:<br>Anthony R. Zeuli<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-5208<br><br>- and - | OF COUNSEL:<br>Mark A. Pals, P.C.<br>Marcus E. Sernel<br>Stephen T. Webb<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Tel: (312) 861-2000<br><br>*Attorneys for Defendant*<br>*Illumina, Inc.* |

Anthony F. Pantoni
ANTHONY F. PANTONI, ESQUIRE
501 West Broadway, Suite 1370
San Diego, CA 92101
Tel: (619) 235-4400

*Attorneys for Plaintiff*
*Dr. Anthony Czarnik*

846942