AO 120 (Rev. 3/04)

| TO: | | |
|---|---|---|
| Director of the U.S. Patent and Trademark Office<br>Mail Stop 8<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **Delaware**  on the following  X Patents or ☐ Trademarks:

| DOCKET NO.<br>05-400 | DATE FILED<br>6/15/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| **PLAINTIFF**<br><br>Dr. Anthony W. Czarnik | | **DEFENDANT**<br><br>Illumina Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,544,732 B1 | 4/8/03 | Illumina, Inc. |
| 2 | 6,429,027 B1 | 8/6/02 | Illumina, Inc. |
| 3 | 6,858,394 B1 | 2/22/05 | Illumina, Inc. |
| 4 | 6,890,764 B2 | 5/10/05 | Illumina, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| DECISION/JUDGEMENT |
|---|
| Case closed per DI 85 Stipulation of Dismissal |

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | /s/ Dorothy A. Blansfield | 2/8/08 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Case 1:05-cv-00400-JJF   Document 86   Filed 02/08/2008   Page 2 of 2

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | /s/ Dorothy A. Blansfield | 2/8/08 |